```
 1
 2
 3
 4
 5        FedEx Ground_A Letter of Assurance
 6        _____/
 7
 8              Length - 13:38
 9              Transcribed by Andrea Filar, CSR-8349
10
11
12
...
25
```

www.veritext.com    Veritext Legal Solutions    800-556-8974

Exhibit B1
Case 3:22-cv-00656   Document 17-2   Filed 09/19/22   Page 1 of 16 PageID #: 84

```
 1                            * * *
 2
 3                    MALE VOICEOVER:  As civilian areas are
 4       pummelled every day now by Russian missiles.
 5                    FEMALE VOICEOVER 1:  Tonight,
 6       record-breaking prices at the pump nationwide.
 7                    FEMALE VOICEOVER 2:  If the world runs
 8       low on food, who gets to eat, and who doesn't?
 9                    MALE VOICEOVER 2:  0.53 million workers
10       quit their jobs in November.
11                    "Route Consultant is not endorsed by and
12       is not recommended by Federal Express Corporation and
13       FedEx Ground.  Route Consultant is not sponsored by, is
14       not approved by, is not associated with, and has no
15       connection whatsoever with Federal Express Corporation or
16       FedEx Ground."
17                    MR. PATTON:  My name is Spencer Patton.
18       I'm one of the largest FedEx Ground contractors in the
19       United States and I'm based in Nashville, Tennessee.
20                    The purpose of this video is to accompany
21       a corresponding document that states our requests of
22       FedEx Ground to adjust compensation across the board
23       given the unprecedented market circumstances that are
24       impacting us.  Contractors have issued two letters of
25       concern to FedEx Ground so far in 2022, and while FedEx
```

Ground has invited discussion, invited communication, and even invited efforts to renegotiate our contract, all of those have come to no financial difference at all. All of my renegotiation requests supported with strong facts and data have been outright denied. Many contractors share my exact same story.

Before getting to those pieces, let me establish a baseline for why this video is necessary. Contractors in general are suffering to a degree that is largely unseen by the general public, and to some degree FedEx Ground themselves. Our fuel costs have doubled in less than a year. Our wage costs have soared dramatically as documented in our paperwork, as well as widely published in the media. And our truck costs and the lack of availability in trucks have dramatically spiked our cost in this important cost segment for us. All of these elements mandate that we receive financial compensation from FedEx Ground to adjust contracts that were just not engineered for the world in which we are living.

FedEx Ground actually has precedent for doing this back in 2020. When COVID happened, FedEx Ground released an across-the-network compensation increase that lasted for approximately six months. That increase was vital to our ability to be able to serve as

essential workers and keep this economy running.

Here in 2022, the conditions are magnitudes worse than what justified that intervention from FedEx Ground in the middle of 2020. The contractor network, specifically the FedEx Ground network, is in far more peril than what anyone realizes. If Wall Street analysts, if FedEx corporate, and FedEx Ground understood the degree to which the network is in danger, there would be widespread panic.

As the largest contractor in the United States, I have no history of crying wolf. Hear me when I tell you that there is not a day that goes by that I do not hear from my fellow contractors that are seeking a financial path out of certain bankruptcy. The contractors need help. We have served as essential workers and have overcome unprecedented challenges to arrive in this moment. And now, in our moment of need, we need FedEx Ground to respond to us.

The prior letters of concern lacked two things that this video and the corresponding letter will seek to fix. First, the letters lacked a specific financial ask. We're going to fix that here in this video and the letter. Secondly, it lacked a specific timeline for resolution. We're also going to provide a timeline in our corresponding communication.

The first ask that contractors have of FedEx Ground relates to the pickup and delivery last mile component. The request is to see a 50 cent per stop increase that will apply across all agreements, and that application will be towards both Ground and e-commerce deliveries.

Second, for line haul, the request is for a 20 cent per mile increase that will affect both solo and team runs. Both of these increases will have a 12-month duration, at which time there will be a reassessment, because the economy could change again. We could be going into the teeth of a recession, we could be just beginning our inflationary journey. That 12 months will allow us a time to reassess and recalibrate the contractual dynamics that we will only know once we arrive in 2023. But what I do know now is that contractors are in enormous financial distress, the likes of which has never been more severe.

One other piece missing from the letters of concern was a clear timeline. The timeline for our negotiations here will extend through November 25th of 2022. The reality is, contractors are running out of the financial resources to be able to continue to operate this network. Contractors do not boast the same 60 billion dollar balance sheet that FedEx Ground has. We

Page 5

www.veritext.com    Veritext Legal Solutions    800-556-8974

Case 3:22-cv-00656   Document 17-2   Filed 09/19/22   Page 5 of 16 PageID #: 88

know from FedEx Ground's recent earnings release that we've seen FedEx Ground's margins increase by about 30 percent in the last quarter, at the same time that Ground contractors saw their margins plumb to new lows.

Highlighted in that earnings release was the fact that FedEx Ground had pushed through fuel surcharges to its customers, but had benefitted from the arbitrage of not passing through that same fuel surcharge back to its contractors, the ones actually consuming the fuel.

We have to rely upon FedEx Ground recognizing in a timely fashion that additional financial compensation is warranted given 9.1 percent CPI that came out a couple days ago and all of the well-documented cost changes that are accompanied in the letter with this video.

In 30 days from this video, more than 50 percent of all contractors in the United States will be gathering in Las Vegas. We are taking over the entire Paris Hotel, some 3,300 rooms, and we will be discussing two main things. The first thing is we have groundbreaking announcements to make concerning deals that have been struck with multibillion dollar businesses. These businesses have offered incredible price adjustments for contractors due to our collective

purchasing power that is going to allow contractors to acquire goods and services that we use every single day at prices that are unheard of. That's part of what our commitment is to FedEx Ground is that we recognize that we have to tighten our own belts. We have to be smart about our expenses, we have to be smart about our efficiency, and we are making every effort to do our part and then some.

The second half of the Expo is going to feature the formation of a committee. Not a union, but a committee. This committee will feature ten contractors that are elected to speak for the broad thousands of contractors that don't have an ability to speak for themselves in a way that FedEx Ground can properly absorb. This committee of ten contractors is going to help outline and continue to reaffirm what most every contractor in the country is experiencing now, that we need financial help.

To Raj Subramaniam, please hear me in knowing that you are a new CEO in the position, but very much not new to FedEx Ground. You have an opportunity here for contractors to win over the hearts and minds of some 6,000 small business owners across the United States.

The yoke has been quite heavy on us over

```
 1         the last couple years as we have strived as essential
 2         workers to overcome all obstacles.  Please take this
 3         moment where we provide in a business case to show you
 4         that our costs have changed dramatically.  We need FedEx
 5         Ground to meet us in this moment of need, and if you take
 6         that step to lighten the burden off of our shoulders here
 7         and provide the financial viability of these businesses
 8         back to us, you will win a dedicated workforce that will
 9         serve you for your entire tenure as CEO.  Please take
10         this opportunity to exercise that leadership in a moment
11         of sincerely expressed and validated needs.
12                         To my fellow contractors that are
13         watching this video, let me give a message to you too.  I
14         recognize that for the thousand of you that have signed
15         prior letters of certain, there were thousands more
16         willing to sign but feared retaliation from FedEx Ground
17         towards your agreement.  Let me be the first to say that
18         I don't make this video without some level of fear
19         myself.  As the largest contractor in the United States I
20         know that I am putting myself out there in a way that I
21         hope shows my commitment, not only to contractors, but
22         also to FedEx Ground.  It is not kind or smart for me to
23         stay silent while I see a enormous threat on the
24         immediate horizon for the FedEx Ground network as a
25         whole.
```

Please detect in the sincerity of my tone and the authenticity in my entire history as a contractor to FedEx Ground that I have no intention of wanting a war here. Please know that I recognize I'm taking an enormous risk. There are contractors that won't speak up out of the fear of them losing their operating agreement with FedEx Ground. But what I also know is that my integrity and that I have brought thousands of people into this space as an investment, they're depending upon the cash flow of these businesses and ensuring that this is a viable investment going forward.

FedEx Ground's network has no future without the financial viability of its contractors. Indeed, FedEx Ground's network is only as healthy as the financial health of its contractors. And hear it from me clearly, someone with more access to data than anyone else outside of FedEx Ground, there has never been a moment of more financial distress than this time here. I have made no habit of crying wolf, and I am not crying wolf here.

In conclusion, know that my desired outcome here is not to unionize. It is instead to unify both FedEx Ground back with their contractors. This FedEx model has always been engineered to be a win/win dynamic. And it's natural that sometimes the pendulum is

1      going to swing from one side to the other for who has the
2      upper hand.  But hear me when I tell you that pendulum is
3      at an extreme that cannot sustain.  Contractors need to
4      see FedEx Ground meet us here with financial relief given
5      the environment that we are in.  We will document that to
6      you and stand true to our word and invite that discussion
7      through November 25th of 2022.  Please meet us in that
8      way and find a path forward here together.

```
 1      CERTIFICATE
 2      STATE OF MICHIGAN
 3      COUNTY OF MACOMB
 4
 5                  I, Andrea Filar, C.S.R. and Notary Public
 6      in and for the County of Macomb, State of Michigan, do
 7      hereby certify that the attached is a true, correct, and
 8      complete transcript of my stenographic notes taken at the
 9      time and place hereinbefore stated and they were
10      transcribed upon a computer under my direct supervision.
11      The undersigned assumes no responsibility for copies not
12      made under my direction or control.  September 19, 2022
13
14
15      *Andrea Filar Scheer*
16
        Andrea Filar, CSR - 8349
17      Notary Public, Macomb County
        My Commission Expires: 10-01-2028
18
19
20
21
22
23
24
25
                                                        Page 11
```

**[0.53 - contractors]**

| 0 | access 9:16 | balance 5:25 | collective 6:25 |
|---|---|---|---|
| **0.53** 2:9 | accompanied 6:15 | bankruptcy 4:14 | come 3:3 |
| **1** | accompany 2:20 | based 2:19 | commerce 5:5 |
| **1** 2:5 | acquire 7:2 | baseline 3:8 | commission 11:17 |
| **10-01-2028** 11:17 | additional 6:12 | beginning 5:13 | commitment 7:4 8:21 |
| **12** 5:10,13 | adjust 2:22 3:18 | belts 7:5 | committee 7:10 7:11,11,15 |
| **19** 11:12 | adjustments 6:25 | benefitted 6:7 | communication 3:1 4:25 |
| **2** | affect 5:8 | billion 5:25 | compensation 2:22 3:18,23 6:13 |
| **2** 2:7,9 | ago 6:14 | board 2:22 | complete 11:8 |
| **20** 5:8 | agreement 8:17 9:6 | boast 5:24 | component 5:3 |
| **2020** 3:22 4:4 | agreements 5:4 | breaking 2:6 | computer 11:10 |
| **2022** 2:25 4:2 5:22 10:7 11:12 | allow 5:14 7:1 | broad 7:12 | concern 2:25 4:19 5:20 |
| **2023** 5:16 | analysts 4:7 | brought 9:8 | concerning 6:22 |
| **25th** 5:21 10:7 | andrea 1:9 11:5 11:16 | burden 8:6 | conclusion 9:21 |
| **26748** 11:16 | announcements 6:22 | business 7:23 8:3 | conditions 4:2 |
| **3** | application 5:5 | businesses 6:24 6:24 8:7 9:10 | connection 2:15 |
| **3,300** 6:20 | apply 5:4 | **c** | consultant 2:11 2:13 |
| **30** 6:2,17 | approved 2:14 | c.s.r. 11:5 | consuming 6:9 |
| **5** | approximately 3:24 | case 8:3 | continue 5:23 7:16 |
| **50** 5:3 6:17 | arbitrage 6:8 | cash 9:10 | contract 3:2 |
| **6** | areas 2:3 | cent 5:3,8 | contractor 4:4 4:10 7:17 8:19 9:2 |
| **6,000** 7:23 | arrive 4:17 5:16 | ceo 7:20 8:9 | contractors 2:18 2:24 3:5,9 4:13 4:15 5:1,17,22 5:24 6:4,9,18,25 7:1,11,13,15,22 8:12,21 9:5,13 |
| **60** 5:24 | associated 2:14 | certain 4:14 8:15 | |
| **8** | assumes 11:11 | certificate 11:1 | |
| **8349** 1:9 11:16 | assurance 1:5 | certify 11:7 | |
| **9** | attached 11:7 | challenges 4:16 | |
| **9.1** 6:13 | authenticity 9:2 | change 5:11 | |
| **a** | availability 3:15 | changed 8:4 | |
| **ability** 3:25 7:13 | **b** | changes 6:15 | |
| **able** 3:25 5:23 | back 3:22 6:9 8:8 9:23 | circumstances 2:23 | |
| **absorb** 7:15 | | civilian 2:3 | |
| | | clear 5:20 | |
| | | clearly 9:16 | |

| | | | |
|---|---|---|---|
| 9:15,23 10:3 | desired 9:21 | enormous 5:17 | 9:14,17,23,24 |
| contracts 3:18 | detect 9:1 | 8:23 9:5 | 10:4 |
| contractual 5:15 | difference 3:3 | ensuring 9:10 | fellow 4:13 8:12 |
| control 11:12 | direct 11:10 | entire 6:19 8:9 | female 2:5,7 |
| copies 11:11 | direction 11:12 | 9:2 | filar 1:9 11:5,16 |
| corporate 4:7 | discussing 6:20 | environment | financial 3:3,17 |
| corporation 2:12 | discussion 3:1 | 10:5 | 4:14,22 5:17,23 |
| 2:15 | 10:6 | essential 4:1,15 | 6:12 7:18 8:7 |
| correct 11:7 | distress 5:17 | 8:1 | 9:13,15,18 10:4 |
| corresponding | 9:18 | establish 3:8 | find 10:8 |
| 2:21 4:20,25 | document 2:21 | exact 3:6 | first 4:21 5:1 |
| cost 3:16,16 6:14 | 10:5 | exercise 8:10 | 6:21 8:17 |
| costs 3:11,12,14 | documented | expenses 7:6 | fix 4:21,22 |
| 8:4 | 3:13 6:14 | experiencing | flow 9:10 |
| country 7:17 | doing 3:22 | 7:17 | food 2:8 |
| county 11:3,6,17 | dollar 5:25 6:23 | expires 11:17 | formation 7:10 |
| couple 6:14 8:1 | doubled 3:11 | expo 7:9 | forward 9:11 |
| covid 3:22 | dramatically | express 2:12,15 | 10:8 |
| cpi 6:13 | 3:13,15 8:4 | expressed 8:11 | fuel 3:11 6:6,8 |
| crying 4:11 9:19 | due 6:25 | extend 5:21 | 6:10 |
| 9:19 | duration 5:10 | extreme 10:3 | future 9:12 |
| csr 1:9 11:16 | dynamic 9:25 | **f** | **g** |
| customers 6:7 | dynamics 5:15 | fact 6:6 | gathering 6:19 |
| **d** | **e** | facts 3:4 | general 3:9,10 |
| danger 4:8 | e 5:5 | far 2:25 4:5 | getting 3:7 |
| data 3:5 9:16 | earnings 6:1,5 | fashion 6:12 | give 8:13 |
| day 2:4 4:12 7:2 | eat 2:8 | fear 8:18 9:6 | given 2:23 6:13 |
| days 6:14,17 | economy 4:1 | feared 8:16 | 10:4 |
| deals 6:22 | 5:11 | feature 7:10,11 | goes 4:12 |
| dedicated 8:8 | efficiency 7:7 | federal 2:12,15 | going 4:22,24 |
| degree 3:9,10 | effort 7:7 | fedex 1:5 2:13,16 | 5:12 7:1,9,15 |
| 4:8 | efforts 3:2 | 2:18,22,25,25 | 9:11 10:1 |
| deliveries 5:6 | elected 7:12 | 3:11,18,21,22 | goods 7:2 |
| delivery 5:2 | elements 3:17 | 4:4,5,7,7,18 5:2 | ground 1:5 2:13 |
| denied 3:5 | endorsed 2:11 | 5:25 6:1,2,6,11 | 2:16,18,22,25 |
| depending 9:9 | engineered 3:19 | 7:4,14,21 8:4,16 | 3:1,11,18,21,23 |
| | 9:24 | 8:22,24 9:3,7,12 | 4:4,5,7,18 5:2,5 |

**[ground - owners]**

5:25 6:3,6,11
7:4,14,21 8:5,16
8:22,24 9:3,7,17
9:23 10:4
**ground's** 6:1,2
9:12,14
**groundbreaking**
6:22

**h**

**habit** 9:19
**half** 7:9
**hand** 10:2
**happened** 3:22
**haul** 5:7
**health** 9:15
**healthy** 9:14
**hear** 4:11,13
7:19 9:15 10:2
**hearts** 7:22
**heavy** 7:25
**help** 4:15 7:16
7:18
**hereinbefore**
11:9
**highlighted** 6:5
**history** 4:11 9:2
**hope** 8:21
**horizon** 8:24
**hotel** 6:20

**i**

**immediate** 8:24
**impacting** 2:24
**important** 3:16
**increase** 3:24,25
5:4,8 6:2
**increases** 5:9

**incredible** 6:24
**inflationary**
5:13
**integrity** 9:8
**intention** 9:3
**intervention** 4:3
**investment** 9:9
9:11
**invite** 10:6
**invited** 3:1,1,2
**issued** 2:24

**j**

**jobs** 2:10
**journey** 5:13
**justified** 4:3

**k**

**keep** 4:1
**kind** 8:22
**know** 5:15,16
6:1 8:20 9:4,7
9:21
**knowing** 7:20

**l**

**lack** 3:15
**lacked** 4:19,21
4:23
**largely** 3:10
**largest** 2:18 4:10
8:19
**las** 6:19
**lasted** 3:24
**leadership** 8:10
**length** 1:8
**letter** 1:5 4:20,23
6:15
**letters** 2:24 4:19
4:21 5:19 8:15

**level** 8:18
**lighten** 8:6
**likes** 5:17
**line** 5:7
**living** 3:20
**losing** 9:6
**low** 2:8
**lows** 6:4

**m**

**macomb** 11:3,6
11:17
**magnitudes** 4:3
**main** 6:21
**making** 7:7
**male** 2:3,9
**mandate** 3:17
**margins** 6:2,4
**market** 2:23
**media** 3:14
**meet** 8:5 10:4,7
**message** 8:13
**michigan** 11:2,6
**middle** 4:4
**mile** 5:2,8
**million** 2:9
**minds** 7:22
**missiles** 2:4
**missing** 5:19
**model** 9:24
**moment** 4:17,17
8:3,5,10 9:18
**month** 5:10
**months** 3:24
5:13
**multibillion** 6:23

**n**

**name** 2:17
**nashville** 2:19
**nationwide** 2:6
**natural** 9:25
**necessary** 3:8
**need** 4:15,17,18
7:18 8:4,5 10:3
**needs** 8:11
**negotiations**
5:21
**network** 3:23
4:5,5,8 5:24
8:24 9:12,14
**never** 5:18 9:17
**new** 6:4 7:20,21
**notary** 11:5,17
**notes** 11:8
**november** 2:10
5:21 10:7

**o**

**obstacles** 8:2
**offered** 6:24
**once** 5:15
**ones** 6:9
**operate** 5:23
**operating** 9:6
**opportunity**
7:21 8:10
**outcome** 9:22
**outline** 7:16
**outright** 3:5
**outside** 9:17
**overcome** 4:16
8:2
**owners** 7:23

www.veritext.com  Veritext Legal Solutions  800-556-8974

Case 3:22-cv-00656   Document 17-2   Filed 09/19/22   Page 14 of 16 PageID #: 97

**p**
**panic** 4:9
**paperwork** 3:13
**paris** 6:20
**part** 7:3,7
**passing** 6:8
**path** 4:14 10:8
**patton** 2:17,17
**pendulum** 9:25 10:2
**people** 9:8
**percent** 6:3,13 6:18
**peril** 4:6
**pickup** 5:2
**piece** 5:19
**pieces** 3:7
**place** 11:9
**please** 7:19 8:2,9 9:1,4 10:7
**plumb** 6:4
**position** 7:20
**power** 7:1
**precedent** 3:21
**price** 6:25
**prices** 2:6 7:3
**prior** 4:19 8:15
**properly** 7:14
**provide** 4:24 8:3 8:7
**public** 3:10 11:5 11:17
**published** 3:14
**pummelled** 2:4
**pump** 2:6
**purchasing** 7:1
**purpose** 2:20
**pushed** 6:6
**putting** 8:20

**q**
**quarter** 6:3
**quit** 2:10
**quite** 7:25

**r**
**raj** 7:19
**reaffirm** 7:16
**reality** 5:22
**realizes** 4:6
**reassess** 5:14
**reassessment** 5:11
**recalibrate** 5:14
**receive** 3:17
**recession** 5:12
**recognize** 7:4 8:14 9:4
**recognizing** 6:12
**recommended** 2:12
**record** 2:6
**relates** 5:2
**release** 6:1,5
**released** 3:23
**relief** 10:4
**rely** 6:11
**renegotiate** 3:2
**renegotiation** 3:4
**request** 5:3,7
**requests** 2:21 3:4
**resolution** 4:24
**resources** 5:23
**respond** 4:18
**responsibility** 11:11
**retaliation** 8:16
**risk** 9:5
**rooms** 6:20
**route** 2:11,13
**running** 4:1 5:22
**runs** 2:7 5:9
**russian** 2:4

**s**
**saw** 6:4
**second** 5:7 7:9
**secondly** 4:23
**see** 5:3 8:23 10:4
**seek** 4:21
**seeking** 4:13
**seen** 6:2
**segment** 3:16
**september** 11:12
**serve** 3:25 8:9
**served** 4:15
**services** 7:2
**severe** 5:18
**share** 3:6
**sheet** 5:25
**shoulders** 8:6
**show** 8:3
**shows** 8:21
**side** 10:1
**sign** 8:16
**signature** 11:16
**signed** 8:14
**silent** 8:23
**sincerely** 8:11
**sincerity** 9:1
**single** 7:2
**six** 3:24
**small** 7:23
**smart** 7:5,6 8:22
**soared** 3:12
**solo** 5:8
**space** 9:9
**speak** 7:12,13 9:5
**specific** 4:21,23
**specifically** 4:5
**spencer** 2:17
**spiked** 3:16
**sponsored** 2:13
**stand** 10:6
**state** 11:2,6
**stated** 11:9
**states** 2:19,21 4:11 6:18 7:24 8:19
**stay** 8:23
**stenographic** 11:8
**step** 8:6
**stop** 5:3
**story** 3:6
**street** 4:6
**strived** 8:1
**strong** 3:4
**struck** 6:23
**subramaniam** 7:19
**suffering** 3:9
**supervision** 11:10
**supported** 3:4
**surcharge** 6:8

| t | u | |
|---|---|---|
| **surcharges** 6:7 **sustain** 10:3 **swing** 10:1 | **u** | **whatsoever** 2:15 **widely** 3:14 **widespread** 4:9 **willing** 8:16 **win** 7:22 8:8 9:24,24 **wolf** 4:11 9:19 9:20 **word** 10:6 **workers** 2:9 4:1 4:16 8:2 **workforce** 8:8 **world** 2:7 3:19 **worse** 4:3 |
| **t** | **undersigned** 11:11 **understood** 4:7 **unheard** 7:3 **unify** 9:22 **union** 7:10 **unionize** 9:22 **united** 2:19 4:10 6:18 7:23 8:19 **unprecedented** 2:23 4:16 **unseen** 3:10 **upper** 10:2 **use** 7:2 | |
| **take** 8:2,5,9 **taken** 11:8 **team** 5:9 **teeth** 5:12 **tell** 4:12 10:2 **ten** 7:11,15 **tennessee** 2:19 **tenure** 8:9 **thing** 6:21 **things** 4:20 6:21 **thousand** 8:14 **thousands** 7:12 8:15 9:8 **threat** 8:23 **tighten** 7:5 **time** 5:10,14 6:3 9:18 11:9 **timeline** 4:24,25 5:20,20 **timely** 6:12 **tone** 9:1 **tonight** 2:5 **transcribed** 1:9 11:10 **transcript** 11:8 **truck** 3:14 **trucks** 3:15 **true** 10:6 11:7 **two** 2:24 4:19 6:21 | | |
| | **v** | **y** |
| | **validated** 8:11 **vegas** 6:19 **viability** 8:7 9:13 **viable** 9:11 **video** 2:20 3:8 4:20,23 6:16,17 8:13,18 **vital** 3:25 **voiceover** 2:3,5,7 2:9 | **year** 3:12 **years** 8:1 **yoke** 7:25 |
| | **w** | |
| | **wage** 3:12 **wall** 4:6 **wanting** 9:3 **war** 9:3 **warranted** 6:13 **watching** 8:13 **way** 7:14 8:20 10:8 **we've** 6:2 | |