```
 1
 2
 3
 4
 5       In Brief a Letter of Assurance
 6       _____/
 7
 8            Length - 3:27
 9            Transcribed by Andrea Filar - CSR-8349
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 1
```

* * *


                    "Route Consultant is not endorsed by and
          is not recommended by Federal Express Corporation and
          FedEx Ground.  Route Consultant is not sponsored by, is
          not approved by, is not associated with, and has no
          connection whatsoever with Federal Express Corporation or
          FedEx Ground."
                         MR. PATTON:  The contractor network,
          specifically the FedEx Ground network, is in far more
          peril than what anyone realizes.  If Wall Street
          analysts, if FedEx corporate, and FedEx Ground understood
          the degree to which the network is in danger, there would
          be widespread panic.
                         As the largest contractor in the United
          States, I have no history of crying wolf.  Hear me when I
          tell you that there is not a day that goes by that I do
          not hear from my fellow contractors that are seeking a
          financial path out of certain bankruptcy.
                         The contractors need help.  We have
          served as essential workers and have overcome
          unprecedented challenges to arrive in this moment.  And
          now, in our moment of need, we need FedEx Ground to
          respond to us.
                         Contractors in general are suffering to a

                                                              Page 2

     www.veritext.com            Veritext Legal Solutions          800-556-8974

Case 3:22-cv-00656   Document 17-3   Filed 09/19/22   Page 2 of 7 PageID #: 101

1    degree that is largely unseen by the general public, and
2    to some degree FedEx Ground themselves.  Our fuel costs
3    have doubled in less than a year.  Our wage costs have
4    soared dramatically, as documented in our paperwork, as
5    well as widely published in the media.  And our truck
6    costs and the lack of availability in trucks, have
7    dramatically spiked our cost in this important cost
8    segment for us.  All of these elements mandate that we
9    receive financial compensation from FedEx Ground to
10   adjust contracts that were just not engineered for the
11   world in which we are living.
12              The timeline for our negotiations here
13   will extend through November 25th of 2022.  The reality
14   is, contractors are running out of the financial
15   resources to be able to continue to operate this network.
16   Contractors do not boast the same 60 billion dollar
17   balance sheet that FedEx Ground has.  We know from FedEx
18   Ground's recent earnings release that we've seen FedEx
19   Ground's margins increase by about 30 percent in the last
20   quarter, at the same time that Ground contractors saw
21   their margins plumb to new lows.
22              This FedEx model has always been
23   engineered to be a win/win dynamic, and it's natural that
24   sometimes the pendulum is going to swing from one side to
25   the other for who has the upper hand.  But hear me when I

Page 3

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:22-cv-00656   Document 17-3   Filed 09/19/22   Page 3 of 7 PageID #: 102

1     tell you that pendulum is at an extreme that cannot
2     sustain.  Contractors need to see FedEx Ground meet us
3     here with financial relief given the environment that we
4     are in.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

www.veritext.com                Veritext Legal Solutions                800-556-8974

Case 3:22-cv-00656   Document 17-3   Filed 09/19/22   Page 4 of 7 PageID #: 103

```
 1      CERTIFICATE
 2      STATE OF MICHIGAN
 3      COUNTY OF MACOMB
 4
 5                  I, Andrea Filar, C.S.R. and Notary Public
 6      in and for the County of Macomb, State of Michigan, do
 7      hereby certify that the attached is a true, correct, and
 8      complete transcript of my stenographic notes taken at the
 9      time and place hereinbefore stated and they were
10      transcribed upon a computer under my direct supervision.
11      The undersigned assumes no responsibility for copies not
12      made under my direction or control.  September 19, 2022
13
14
15      [signature: Andrea Filar Scheer]
16
        Andrea Filar, CSR - 8349
17      Notary Public, Macomb County
        My Commission Expires: 10-01-2028
18
19
20
21
22
23
24
25
```

[10-01-2028 - moment]

| 1 | c | direct 5:10 | ground 2:5,8,10 |
|---|---|---|---|
| **10-01-2028** 5:17 | **c.s.r.** 5:5 | **direction** 5:12 | 2:12,23 3:2,9,17 |
| **19** 5:12 | **certain** 2:19 | **documented** 3:4 | 3:20 4:2 |
| **2** | **certificate** 5:1 | **dollar** 3:16 | **ground's** 3:18,19 |
| **2022** 3:13 5:12 | **certify** 5:7 | **doubled** 3:3 | h |
| **25th** 3:13 | **challenges** 2:22 | **dramatically** 3:4 | **hand** 3:25 |
| **26748** 5:16 | **commission** 5:17 | 3:7 | **hear** 2:16,18 |
| **3** | **compensation** | **dynamic** 3:23 | 3:25 |
| **30** 3:19 | 3:9 | e | **help** 2:20 |
| **6** | **complete** 5:8 | **earnings** 3:18 | **hereinbefore** 5:9 |
| **60** 3:16 | **computer** 5:10 | **elements** 3:8 | **history** 2:16 |
| **8** | **connection** 2:7 | **endorsed** 2:3 | i |
| **8349** 1:9 5:16 | **consultant** 2:3,5 | **engineered** 3:10 | **important** 3:7 |
| a | **continue** 3:15 | 3:23 | **increase** 3:19 |
| **able** 3:15 | **contractor** 2:9 | **environment** 4:3 | k |
| **adjust** 3:10 | 2:15 | **essential** 2:21 | **know** 3:17 |
| **analysts** 2:12 | **contractors** 2:18 | **expires** 5:17 | l |
| **andrea** 1:9 5:5 | 2:20,25 3:14,16 | **express** 2:4,7 | **lack** 3:6 |
| 5:16 | 3:20 4:2 | **extend** 3:13 | **largely** 3:1 |
| **approved** 2:6 | **contracts** 3:10 | **extreme** 4:1 | **largest** 2:15 |
| **arrive** 2:22 | **control** 5:12 | f | **length** 1:8 |
| **associated** 2:6 | **copies** 5:11 | **far** 2:10 | **letter** 1:5 |
| **assumes** 5:11 | **corporate** 2:12 | **federal** 2:4,7 | **living** 3:11 |
| **assurance** 1:5 | **corporation** 2:4 | **fedex** 2:5,8,10,12 | **lows** 3:21 |
| **attached** 5:7 | 2:7 | 2:12,23 3:2,9,17 | m |
| **availability** 3:6 | **correct** 5:7 | 3:17,18,22 4:2 | **macomb** 5:3,6 |
| b | **cost** 3:7,7 | **fellow** 2:18 | 5:17 |
| **balance** 3:17 | **costs** 3:2,3,6 | **filar** 1:9 5:5,16 | **mandate** 3:8 |
| **bankruptcy** 2:19 | **county** 5:3,6,17 | **financial** 2:19 | **margins** 3:19,21 |
| **billion** 3:16 | **crying** 2:16 | 3:9,14 4:3 | **media** 3:5 |
| **boast** 3:16 | **csr** 1:9 5:16 | **fuel** 3:2 | **meet** 4:2 |
| **brief** 1:5 | d | g | **michigan** 5:2,6 |
| | **danger** 2:13 | **general** 2:25 3:1 | **model** 3:22 |
| | **day** 2:17 | **given** 4:3 | **moment** 2:22,23 |
| | **degree** 2:13 3:1 | **goes** 2:17 | |
| | 3:2 | **going** 3:24 | |

Page 1

### n

**natural**  3:23
**need**  2:20,23,23 4:2
**negotiations**  3:12
**network**  2:9,10 2:13 3:15
**new**  3:21
**notary**  5:5,17
**notes**  5:8
**november**  3:13

### o

**operate**  3:15
**overcome**  2:21

### p

**panic**  2:14
**paperwork**  3:4
**path**  2:19
**patton**  2:9
**pendulum**  3:24 4:1
**percent**  3:19
**peril**  2:11
**place**  5:9
**plumb**  3:21
**public**  3:1 5:5,17
**published**  3:5

### q

**quarter**  3:20

### r

**reality**  3:13
**realizes**  2:11
**receive**  3:9
**recommended**  2:4
**release**  3:18
**relief**  4:3
**resources**  3:15
**respond**  2:24
**responsibility**  5:11
**route**  2:3,5
**running**  3:14

### s

**saw**  3:20
**see**  4:2
**seeking**  2:18
**seen**  3:18
**segment**  3:8
**september**  5:12
**served**  2:21
**sheet**  3:17
**side**  3:24
**signature**  5:16
**soared**  3:4
**specifically**  2:10
**spiked**  3:7
**sponsored**  2:5
**state**  5:2,6
**stated**  5:9
**states**  2:16
**stenographic**  5:8
**street**  2:11
**suffering**  2:25
**supervision**  5:10
**sustain**  4:2
**swing**  3:24

### t

**taken**  5:8
**tell**  2:17 4:1
**time**  3:20 5:9
**timeline**  3:12
**transcribed**  1:9 5:10
**transcript**  5:8
**truck**  3:5
**trucks**  3:6
**true**  5:7

### u

**undersigned**  5:11
**understood**  2:12
**united**  2:15
**unprecedented**  2:22
**unseen**  3:1
**upper**  3:25

### w

**wage**  3:3
**wall**  2:11
**we've**  3:18
**whatsoever**  2:7
**widely**  3:5
**widespread**  2:14
**win**  3:23,23
**wolf**  2:16
**workers**  2:21
**world**  3:11

### y

**year**  3:3