```
 1
 2
 3
 4
 5       A Follow-up to Our Communications with FedEx Ground
 6       ------------------------------/
 7
 8            August 3, 2022
 9            Length - 7:36
10            Transcribed by Andrea Filar, CSR-8349
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                              Page 1
```

```
 1                        * * *
 2
 3                  "Trade Association for Logistics
 4       Professionals is not endorsed by and is not recommended
 5       by Federal Express Corporation, FedEx Ground, or Amazon.
 6       Trade Association for Logistics Contractors is not
 7       sponsored by, is not approved by, is not associated with,
 8       and has no connection whatsoever with Federal Express
 9       Corporation, FedEx Ground, or Amazon."
10                        MR. PATTON:  It has been 14 days since
11       the release of my initial video and letter expressing
12       genuine concern about the health of FedEx Ground's
13       network.  That story generated nationwide media coverage
14       from both the media, as well as industry analysts such as
15       Bloomberg, Deutsche Bank, and UBS.
16                        Just one week later, John Smith, the CEO
17       of FedEx Ground, released an open letter to some 6,000
18       FedEx Ground contractors in response.  His letter, in my
19       opinion, was completely tone deaf and really revealed how
20       acutely FedEx Ground is out of touch with the economic
21       health of their independent contractors who are essential
22       to the FedEx Ground organization.
23                        His letter also reflects, in my opinion,
24       disregard for FedEx Ground customers who will suffer a
25       loss of services if FedEx Ground drives its independent
```

contractors out of business.  FedEx Ground is currently using their power to bully us and their customers.

The letter also features several thinly veiled contractual threats against his contractors, something the media picked up on right away.  For 18-wheeler contractors who have absolutely no contractual ability to request a renegotiation at all, John Smith's letter entirely ignored your challenges.

And because many of you have asked me, FedEx Ground additionally sent a cease and desist letter to my attention too full of additional legal threats.  You know what all of that tells me?  I've got their attention.  You are seeing a David versus Goliath story play right in front of your eyes in full Technicolor.  We are small businesses of 10 to 25 employees versus a 60 billion dollar business.

At our Expo on August 20th and 21st we are going to have more than half of all contractors in the United States come together under one roof to discuss exactly these concerns.

To the media, come meet our Davids.  Come see the people in this industry that are struggling out there trying to make these businesses work.  Literally essential workers that are ensuring that the U.S. consumers' packages get delivered.  We need your help to

1       tell our story.
2                      To Wall Street and industry analysts,
3       come learn from my peers.  Sure, I'll be there to teach
4       you, and I'm happy to meet with you one-on-one if you'd
5       like, but I'd like you to hear it from them.  Learn their
6       individual stories.  Remember that across the United
7       States some small business owners create 99 percent of
8       all jobs.  So if you want a true read into the U.S.
9       economy, come hear it from my peers and come learn about
10      why the FedEx Ground network is in significant peril.
11                     To the large shareholders of FedEx, come
12      to our Expo.  One thing I've received a lot of feedback
13      on from my letter was pointing out that FedEx expanded
14      their margins by more than 30 percent by pushing fuel
15      surcharges on the U.S. consumer but not passing through
16      those charges to their contractors, the very ones
17      consuming the fuel.
18                     You can expect to receive video updates
19      from me every 7 to 14 days.  In an effort to help you
20      track this story, we're creating a new social media
21      hashtag, which is #purplefriday.  We actually came up
22      with this in two different ways.  First, FedEx Ground has
23      a Purple Promise that they ensure to their customers via
24      their contractor network.  And November 25th of 2022 is
25      Black Friday, a huge e-commerce day.  So we married those

| | |
|---|---|
| 1 | two together and came up with #purplefriday. |
| 2 | As mentioned earlier, FedEx Ground did |
| 3 | send me a cease and desist letter that falsely accuses me |
| 4 | of violating the antitrust laws and other misconduct.  To |
| 5 | clear up FedEx Ground's confusion, I am not calling for |
| 6 | any uniform price increase nor uniform prices for every |
| 7 | contractor.  That would make no sense because every |
| 8 | contractor has its own unique set of circumstances.  In |
| 9 | fact, some contractors have financial needs that far |
| 10 | outstrip a mere 20 to 50 cents. |
| 11 | As already detailed in my prior video, I |
| 12 | have personally requested multiple contractual |
| 13 | renegotiations from my own businesses with FedEx Ground, |
| 14 | all of which have been denied.  For many other |
| 15 | contractors just like me, their stories of rejected |
| 16 | renegotiation requests are the same. |
| 17 | Also contrary to FedEx Ground's |
| 18 | allegations, nothing in my letter or videos called for |
| 19 | any group boycott of delivery services.  I know what |
| 20 | decision I will be financially forced to make for my own |
| 21 | business on November 25th of 2022, but every contractor |
| 22 | is going to have to make their own individual decision |
| 23 | about what is best for his or her own business. |
| 24 | I am calling for FedEx Ground to |
| 25 | recognize that its independent contractors are in |

```
1       financial distress.  In an effort to avoid disaster, I am
2       now extending a personal invitation to John Smith to
3       present at our annual Expo on August 20th and 21st and
4       talk about his plan.  With more than half of all
5       contractors in the nation scheduled to attend, I have to
6       imagine that FedEx Ground would want to be present.
7                      In the meantime, as introduced in my
8       prior video, we are moving forward with the formation of
9       a trade association that will be called the Trade
10      Association for Logistics Professionals.  A trade
11      association is not a union, nor is it an effort to
12      collectively bargain.  Importantly, the Trade Association
13      in no way, shape, or form violates our operating
14      agreements with FedEx Ground.  I've had the best legal
15      minds carefully construct it with an eye towards
16      contractual compliance.
17                     The purpose of this Trade Association
18      will be to exercise our constitutionally given First
19      Amendment rights to voice our concerns as an industry,
20      petition for change, and if necessary, participate in
21      legal challenges against FedEx Ground around highly
22      debatable topics such as our current classification as
23      contractors, FedEx's rejection of our entitlement to
24      franchise protection, and driver safety.
25                     By the way, I am informed that there is a
```

www.veritext.com    Veritext Legal Solutions    800-556-8974

Case 3:22-cv-00656   Document 17-5   Filed 09/19/22   Page 6 of 12 PageID #: 172

```
 1        three-prong test for franchise classification, and we
 2        have a very compelling case on all three prongs,
 3        especially in light of FedEx Ground's recent introduction
 4        of Schedule L.  A shift in that classification would be a
 5        game changer for us.
 6                       We will open self-nominations for the
 7        Trade Association leadership committee in about 10 days,
 8        and we will move forward with inviting all 6,000
 9        contractors to vote on who will serve on that committee.
10        Stay tuned for more details via #purplefriday, and I'll
11        see you at the Expo.
12                       "Join us at contractor Expo:
13        routeconsultantexpo.com."
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      CERTIFICATE
 2      STATE OF MICHIGAN
 3      COUNTY OF MACOMB
 4
 5                  I, Andrea Filar, C.S.R. and Notary Public
 6      in and for the County of Macomb, State of Michigan, do
 7      hereby certify that the attached is a true, correct, and
 8      complete transcript of my stenographic notes taken at the
 9      time and place hereinbefore stated and they were
10      transcribed upon a computer under my direct supervision.
11      The undersigned assumes no responsibility for copies not
12      made under my direction or control.  September 19, 2022
13
14
15      _Andrea Filar Scheer_
16
        Andrea Filar, CSR - 8349
17      Notary Public, Macomb County
        My Commission Expires: 10-01-2028
18
19
20
21
22
23
24
25
```

Page 8

**[10 - customers]**

**1**
**10** 3:15 7:7
**10-01-2028** 8:17
**14** 2:10 4:19
**18** 3:6
**19** 8:12

**2**
**20** 5:10
**2022** 1:8 4:24 5:21 8:12
**20th** 3:17 6:3
**21st** 3:17 6:3
**25** 3:15
**25th** 4:24 5:21
**26748** 8:16

**3**
**3** 1:8
**30** 4:14

**5**
**50** 5:10

**6**
**6,000** 2:17 7:8
**60** 3:15

**7**
**7** 4:19

**8**
**8349** 1:10 8:16

**9**
**99** 4:7

**a**
**ability** 3:7
**absolutely** 3:6
**accuses** 5:3
**acutely** 2:20
**additional** 3:11
**additionally** 3:10
**agreements** 6:14
**allegations** 5:18
**amazon** 2:5,9
**amendment** 6:19
**analysts** 2:14 4:2
**andrea** 1:10 8:5 8:16
**annual** 6:3
**antitrust** 5:4
**approved** 2:7
**asked** 3:9
**associated** 2:7
**association** 2:3,6 6:9,10,11,12,17 7:7
**assumes** 8:11
**attached** 8:7
**attend** 6:5
**attention** 3:11 3:13
**august** 1:8 3:17 6:3
**avoid** 6:1

**b**
**bank** 2:15
**bargain** 6:12
**best** 5:23 6:14
**billion** 3:16
**black** 4:25
**bloomberg** 2:15
**boycott** 5:19
**bully** 3:2
**business** 3:1,16 4:7 5:21,23
**businesses** 3:15 3:23 5:13

**c**
**c.s.r.** 8:5
**called** 5:18 6:9
**calling** 5:5,24
**carefully** 6:15
**case** 7:2
**cease** 3:10 5:3
**cents** 5:10
**ceo** 2:16
**certificate** 8:1
**certify** 8:7
**challenges** 3:8 6:21
**change** 6:20
**changer** 7:5
**charges** 4:16
**circumstances** 5:8
**classification** 6:22 7:1,4
**clear** 5:5
**collectively** 6:12
**come** 3:19,21,21 4:3,9,9,11
**commerce** 4:25
**commission** 8:17
**committee** 7:7,9
**communications** 1:5
**compelling** 7:2
**complete** 8:8
**completely** 2:19
**compliance** 6:16
**computer** 8:10
**concern** 2:12
**concerns** 3:20 6:19
**confusion** 5:5
**connection** 2:8
**constitutionally** 6:18
**construct** 6:15
**consumer** 4:15
**consumers** 3:25
**consuming** 4:17
**contractor** 4:24 5:7,8,21 7:12
**contractors** 2:6 2:18,21 3:1,4,6 3:18 4:16 5:9,15 5:25 6:5,23 7:9
**contractual** 3:4 3:6 5:12 6:16
**contrary** 5:17
**control** 8:12
**copies** 8:11
**corporation** 2:5 2:9
**correct** 8:7
**county** 8:3,6,17
**coverage** 2:13
**create** 4:7
**creating** 4:20
**csr** 1:10 8:16
**current** 6:22
**currently** 3:1
**customers** 2:24 3:2 4:23

## d

**david** 3:13
**davids** 3:21
**day** 4:25
**days** 2:10 4:19
  7:7
**deaf** 2:19
**debatable** 6:22
**decision** 5:20,22
**delivered** 3:25
**delivery** 5:19
**denied** 5:14
**desist** 3:10 5:3
**detailed** 5:11
**details** 7:10
**deutsche** 2:15
**different** 4:22
**direct** 8:10
**direction** 8:12
**disaster** 6:1
**discuss** 3:19
**disregard** 2:24
**distress** 6:1
**dollar** 3:16
**driver** 6:24
**drives** 2:25

## e

**e** 4:25
**earlier** 5:2
**economic** 2:20
**economy** 4:9
**effort** 4:19 6:1
  6:11
**employees** 3:15
**endorsed** 2:4
**ensure** 4:23
**ensuring** 3:24
**entirely** 3:8
**entitlement** 6:23
**especially** 7:3
**essential** 2:21
  3:24
**exactly** 3:20
**exercise** 6:18
**expanded** 4:13
**expect** 4:18
**expires** 8:17
**expo** 3:17 4:12
  6:3 7:11,12
**express** 2:5,8
**expressing** 2:11
**extending** 6:2
**eye** 6:15
**eyes** 3:14

## f

**fact** 5:9
**falsely** 5:3
**far** 5:9
**features** 3:3
**federal** 2:5,8
**fedex** 1:5 2:5,9
  2:12,17,18,20,22
  2:24,25 3:1,10
  4:10,11,13,22
  5:2,5,13,17,24
  6:6,14,21 7:3
**fedex's** 6:23
**feedback** 4:12
**filar** 1:10 8:5,16
**financial** 5:9 6:1
**financially** 5:20
**first** 4:22 6:18

**follow** 1:5
**forced** 5:20
**form** 6:13
**formation** 6:8
**forward** 6:8 7:8
**franchise** 6:24
  7:1
**friday** 4:25
**front** 3:14
**fuel** 4:14,17
**full** 3:11,14

## g

**game** 7:5
**generated** 2:13
**genuine** 2:12
**given** 6:18
**going** 3:18 5:22
**goliath** 3:13
**ground** 1:5 2:5,9
  2:17,18,20,22,24
  2:25 3:1,10 4:10
  4:22 5:2,13,24
  6:6,14,21
**ground's** 2:12
  5:5,17 7:3
**group** 5:19

## h

**half** 3:18 6:4
**happy** 4:4
**hashtag** 4:21
**health** 2:12,21
**hear** 4:5,9
**help** 3:25 4:19
**hereinbefore** 8:9
**highly** 6:21
**huge** 4:25

## i

**ignored** 3:8
**imagine** 6:6
**importantly**
  6:12
**increase** 5:6
**independent**
  2:21,25 5:25
**individual** 4:6
  5:22
**industry** 2:14
  3:22 4:2 6:19
**informed** 6:25
**initial** 2:11
**introduced** 6:7
**introduction** 7:3
**invitation** 6:2
**inviting** 7:8

## j

**jobs** 4:8
**john** 2:16 3:7 6:2
**join** 7:12

## k

**know** 3:12 5:19

## l

**l** 7:4
**large** 4:11
**laws** 5:4
**leadership** 7:7
**learn** 4:3,5,9
**legal** 3:11 6:14
  6:21
**length** 1:9
**letter** 2:11,17,18
  2:23 3:3,8,10
  4:13 5:3,18

**light** 7:3
**literally** 3:23
**logistics** 2:3,6
  6:10
**loss** 2:25
**lot** 4:12

**m**

**macomb** 8:3,6
  8:17
**margins** 4:14
**married** 4:25
**media** 2:13,14
  3:5,21 4:20
**meet** 3:21 4:4
**mentioned** 5:2
**mere** 5:10
**michigan** 8:2,6
**minds** 6:15
**misconduct** 5:4
**move** 7:8
**moving** 6:8
**multiple** 5:12

**n**

**nation** 6:5
**nationwide** 2:13
**necessary** 6:20
**need** 3:25
**needs** 5:9
**network** 2:13
  4:10,24
**new** 4:20
**nominations** 7:6
**notary** 8:5,17
**notes** 8:8
**november** 4:24
  5:21

**o**

**ones** 4:16
**open** 2:17 7:6
**operating** 6:13
**opinion** 2:19,23
**organization**
  2:22
**outstrip** 5:10
**owners** 4:7

**p**

**packages** 3:25
**participate** 6:20
**passing** 4:15
**patton** 2:10
**peers** 4:3,9
**people** 3:22
**percent** 4:7,14
**peril** 4:10
**personal** 6:2
**personally** 5:12
**petition** 6:20
**picked** 3:5
**place** 8:9
**plan** 6:4
**play** 3:14
**pointing** 4:13
**power** 3:2
**present** 6:3,6
**price** 5:6
**prices** 5:6
**prior** 5:11 6:8
**professionals**
  2:4 6:10
**promise** 4:23
**prong** 7:1
**prongs** 7:2

**protection** 6:24
**public** 8:5,17
**purple** 4:23
**purplefriday**
  4:21 5:1 7:10
**purpose** 6:17
**pushing** 4:14

**r**

**read** 4:8
**really** 2:19
**receive** 4:18
**received** 4:12
**recognize** 5:25
**recommended**
  2:4
**reflects** 2:23
**rejected** 5:15
**rejection** 6:23
**release** 2:11
**released** 2:17
**remember** 4:6
**renegotiation**
  3:7 5:16
**renegotiations**
  5:13
**request** 3:7
**requested** 5:12
**requests** 5:16
**response** 2:18
**responsibility**
  8:11
**revealed** 2:19
**right** 3:5,14
**rights** 6:19
**roof** 3:19
**routeconsultan...**
  7:13

**s**

**safety** 6:24
**schedule** 7:4
**scheduled** 6:5
**see** 3:22 7:11
**seeing** 3:13
**self** 7:6
**send** 5:3
**sense** 5:7
**sent** 3:10
**september** 8:12
**serve** 7:9
**services** 2:25
  5:19
**set** 5:8
**shape** 6:13
**shareholders**
  4:11
**shift** 7:4
**signature** 8:16
**significant** 4:10
**small** 3:15 4:7
**smith** 2:16 6:2
**smith's** 3:7
**social** 4:20
**sponsored** 2:7
**state** 8:2,6
**stated** 8:9
**states** 3:19 4:7
**stay** 7:10
**stenographic** 8:8
**stories** 4:6 5:15
**story** 2:13 3:13
  4:1,20
**street** 4:2
**struggling** 3:22
**suffer** 2:24

Page 3
www.veritext.com  Veritext Legal Solutions  800-556-8974
Case 3:22-cv-00656  Document 17-5  Filed 09/19/22  Page 11 of 12 PageID #: 177

| | |
|---|---|
| **supervision** 8:10<br>**surcharges** 4:15<br>**sure** 4:3 | **unique** 5:8<br>**united** 3:19 4:6<br>**updates** 4:18 |
| **t** | **v** |
| **taken** 8:8<br>**talk** 6:4<br>**teach** 4:3<br>**technicolor** 3:14<br>**tell** 4:1<br>**tells** 3:12<br>**test** 7:1<br>**thing** 4:12<br>**thinly** 3:3<br>**threats** 3:4,11<br>**three** 7:1,2<br>**time** 8:9<br>**tone** 2:19<br>**topics** 6:22<br>**touch** 2:20<br>**track** 4:20<br>**trade** 2:3,6 6:9,9<br>  6:10,12,17 7:7<br>**transcribed** 1:10<br>  8:10<br>**transcript** 8:8<br>**true** 4:8 8:7<br>**trying** 3:23<br>**tuned** 7:10<br>**two** 4:22 5:1 | **veiled** 3:4<br>**versus** 3:13,15<br>**video** 2:11 4:18<br>  5:11 6:8<br>**videos** 5:18<br>**violates** 6:13<br>**violating** 5:4<br>**voice** 6:19<br>**vote** 7:9 |
| | **w** |
| | **wall** 4:2<br>**want** 4:8 6:6<br>**way** 6:13,25<br>**ways** 4:22<br>**week** 2:16<br>**whatsoever** 2:8<br>**wheeler** 3:6<br>**work** 3:23<br>**workers** 3:24 |
| **u** | |
| **u.s.** 3:24 4:8,15<br>**ubs** 2:15<br>**undersigned**<br>  8:11<br>**uniform** 5:6,6<br>**union** 6:11 | |