1

2

3

4

5      2022 Expo Update & TALP Committee Nominations Info

6      _____/

7

8              August 10, 2022

9              Length - 46:49

10             Transcribed by Andrea Filar, CSR-8349

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 1

**Exhibit B5**
Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 1 of 58 PageID #: 179

```
1                        *  *  *

2

3                MR. PATTON:  Welcome everybody.  Welcome

4      to our Wednesday webinar.  We are doing our last webinar

5      before we have our Expo August 20th and 21st in Las

6      Vegas, Nevada.  Most of you by now have heard about our

7      Expo.  For those of you that haven't, we are bringing

8      more than half of all contractors in the United States

9      together under one roof at the Paris Hotel.  We have sold

10     out all 3,300 rooms of the hotel.  We're now booking in

11     the Bally's Hotel that is connected to it.  It is going

12     to be an amazing event.  It is thousands and thousands

13     and thousands of people there.

14                Obviously we have a lot to talk about.

15     If you have seen any of my materials, videos, letters,

16     everything that has come out over the last three weeks,

17     our organization and FedEx Ground has been trading press

18     releases and letters and all of these different things

19     that I'm going to speak some to today and certainly speak

20     extensively to at the Expo.  So for my current

21     contractors that are here, would love to have you there.

22     We are going to have 11 Wall Street analysts that are

23     covering FedEx Ground's stock price.  We are going to

24     have two of FedEx Ground's largest shareholders in the

25     United States attending the Expo.  We're going to have
```

www.veritext.com              Veritext Legal Solutions              800-556-8974

```
 1        five media outlets there.  It's going to be an event and
 2        I'm excited for it.  It's going to be a good day for
 3        contractors and very educational.
 4                          I've got to do the only boring thing, so
 5        for those of you that haven't joined a webinar before,
 6        this is your first time here, welcome.  My name is
 7        Spencer Patton.  This is going to be a fun webinar,
 8        you're going to laugh a little bit, we're going to tell
 9        you some jokes, it's going to be all part of it, but I've
10        got to do the disclaimer real quick so let me knock that
11        out.
12                          Route Consultant is not endorsed by and
13        is not recommended by Federal Express Corporation and
14        FedEx Ground.  Route Consultant is not sponsored by, is
15        not approved by, is not associated with, and has no
16        connection whatsoever with Federal Express Corporation or
17        FedEx Ground.
18                          All that means is that I am not an
19        employee of FedEx Ground.  The opinions that I express to
20        you today are not that of FedEx Ground, they are the
21        opinions of myself and sometimes some 6,000 other FedEx
22        Ground contractors just like me.  There are 6,000
23        contractors across the United States, all of us small
24        business owners.  The information I share today will not
25        be materially non-public information that you can trade
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
1        FedEx's stock price upon, but hopefully it will be
2        materially helpful information for you as you're
3        considering FedEx routes as an investment, or for my
4        current contractors here, trying to figure out how to
5        make your business more profitable and use the best
6        practices that are available out there, we're here to be
7        able to teach you.
8                        For those again that are new here, my
9        name is Spencer Patton.  I'm the contractor, have about
10       225 routes, 275 trucks on the road across 10 different
11       states.  So all that means is that I am just more crazy
12       than most of the other contractors due to all of the
13       routes that I have running across.  We're based in
14       Nashville, Tennessee.
15                        Today we announced via press release just
16       a couple hours ago the official formation of the Trade
17       Association for Logistics Professionals.  This is
18       something that we announced a week ago, but we officially
19       opened nominations for a ten contractor committee to come
20       together and serve as a board in this Trade Association.
21       This Trade Association was designed by really smart and
22       advanced attorneys to ensure that the Trade Association
23       is in compliance with every single aspect of our
24       operating agreement with FedEx Ground.  We're going to be
25       able to exercise our First Amendment rights to be able to
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1       come together and talk about our businesses and trying to
 2       figure out ways that we are able to, in compliance with
 3       the law, be able to ensure that we're doing the best that
 4       we can as small business owners that are literally the
 5       heartbeat of the U.S. economy.
 6                         So I want to walk you through just a
 7       little bit of the Trade Association.  I'm going to be
 8       doing this for about an hour and 15 minutes ten days from
 9       now when I'm talking in one of my keynotes about the
10       Trade Association and some of the functions of it.  But I
11       want to just give a little bit of an overview in this
12       moment so that way those that are considering nominating
13       themselves for it can understand what they're signing up
14       for.
15                         So first and foremost, the Trade
16       Association has several different responsibilities and
17       roles that we've outlined for it.  And if you go to our
18       web site you'll be able to see some of those different
19       roles, but the key governance of the Trade Association is
20       of ten contractors.  So these ten contractors are going
21       to self-nominate, and we just opened up the link, we'll
22       post it in the chat if we haven't already, of where you
23       can go to nominate yourself.  And we're going to
24       encourage you to record a two or three minute video.
25                         Of the ten contractors that serve on this
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1       board, our goal is to have seven that are pickup and
 2       delivery, and to have three that either exclusively line
 3       haul, the 18-wheeler side of the business, or they're the
 4       majority line haul in terms of their mixture of
 5       operations.  We want to make sure that we have great
 6       representation from pickup and delivery and we have great
 7       representation on the line haul side.  If you look at the
 8       6,000 FedEx contractors out there, about 80 percent are
 9       pickup and delivery and about 20 percent are line haul,
10       so that's why we're trying to mirror that on the board of
11       having it either be eight and two or seven and three
12       towards pickup and delivery and, and line haul there.
13                    So we're going to have an open democratic
14       process to be able to elect these ten board members.  So
15       we will open those votes September 12th, so you have
16       between now and September 12th to nominate yourself, and
17       then we're going to be able to hold voting for a week.
18       And then we'll announce the winners of that kind of
19       election at that time.
20                    So the self-nomination is a time where
21       you want to record a short video that we're going to make
22       available for those that are considering voting for you
23       and other people on the board, and really you're free to
24       talk about whatever you think you're going to be
25       contributing to this Trade Association.  We have had a
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        flood of people, since we've announced the Trade
 2        Association, express interest in nominating themselves to
 3        serve on that board.
 4                    And what's really amazing is everybody
 5        brings all sorts of unique backgrounds.  We've had people
 6        that have been contractors for literally 30 years, this
 7        is what they've given more than half of their lives to in
 8        this space.  We have some people that bring a really deep
 9        financial background and they're able to really be the
10        number crunchers and the nerds of the board, and I can
11        say that because I am a nerd too.  There's other people
12        that have a real corporate background that really
13        understand the inner workings of multibillion dollar
14        businesses and feel like that they would be able to add
15        value that way.
16                    All sorts of different things that we're
17        excited to be able to assemble this together because this
18        Trade Association is going to be able to help 6,000
19        contractors that sometimes struggle to express any type
20        of unified opinion, right.  No company, no matter how big
21        or organized they are, can individually receive and
22        process 6,000 voices from small business owners.  That's
23        just not possible to be able to do.  So being able to
24        collectively assemble that into a Trade Association
25        allows us to be able to communicate in a way that can
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1    actually be helpful, because that's the goal here.  The
 2    Trade Association has no benefit from trying to hurt
 3    FedEx Ground.  We want to see FedEx Ground do well, we
 4    want to see contractors do well.  And so there's a lot of
 5    complexity that goes into that.
 6              But that Trade Association is one that we
 7    are going to be talking extensively about all the roles
 8    that it's going to be play.  I'm going to share at the
 9    Expo some of its early initiatives that I think would be
10    good for the Trade Association, but I will be running to
11    be elected to the board just like everybody else.  Just
12    because it was my idea, does not mean that I get to put
13    myself on the board.  I, I will be voted on just like
14    everybody else and share some of the ideas that I think
15    would be effective on that Trade Association.
16              So just wanted to go over that with you,
17    let you officially know that the self-nominations are
18    open.  At the Expo we are going to have a video crew, the
19    one that does all of the filming for my content, we will
20    be set up at the Expo.  So if you are attending the Expo
21    and you want us to record your video, it would be done
22    really professionally and done in a way that I think
23    you'll be proud.  And we're going to do that just for
24    anybody that wants to record their video.
25              If you're not able to make it to the Expo
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        or you just can't wait, the self-nomination form built
 2        into the web page is an ability for you to activate your
 3        camera and record your nomination right there.  So if you
 4        can't make it to the Expo or you just want to submit it
 5        right away you'll be able to do that, otherwise if you
 6        come to the Expo we'll make sure it's done really
 7        professionally.  And you can notify us via the
 8        self-nomination form, there's a button to click, that
 9        you'd like to record at the Expo, and so that's how
10        you'll do your nomination.
11                    If you don't feel called to serve on that
12        board, then certainly you're invited to vote and to talk
13        to other people that you think may be a good fit for the
14        board and have them come and do a self-nomination.
15                    So that is TALP, the Trade Association
16        for Logistics Professionals and our overview.  So what I
17        want to do now is introduce Annalee.  Annalee runs Route
18        Consultant, she is responsible for all that goes on in
19        the Route Consultant world.  She has some new inventory,
20        some new listings that she's going to update us on, and
21        then I just want to do Q&A.  We're obviously in some
22        unusual times and I think it's best served that I answer
23        your questions and speak to what you want to learn about
24        and we're going to load in as many questions as we can.
25                    For those of you that are kind of
```

```
1      longstanding attendees of our webinar, you know that we
2      always do a question of the day.  You can't just stroll
3      in here and ask questions to Annalee and I.  Instead, we
4      have you answer a question before you ask a question.  So
5      at the Q&A button on the bottom of your screen, not the
6      chat button but the Q&A button, we want you to answer our
7      question of what has been your favorite event in your
8      lifetime?  It could be a sporting event, it could be a
9      concert, anything that is an event to you, and why.  So
10     it could be anywhere, abroad, any event that you've had,
11     we'd love to know.  I'll tell you mine, Annalee will tell
12     you hers.  But Annalee, why don't you take it away and
13     then we'll go into Q&A after that.
14                    ANNALEE:  Okay.  I didn't pull my answer
15     together this time ahead so you have to go first this
16     time.  That's the only difference.  I always go first but
17     you have to go first this time.  So I'm going to read the
18     inventory.
19                    MR. PATTON:  Okay.  I sprung the question
20     of the day on you there.
21                    ANNALEE:  You did.  I'm like oh my gosh,
22     there's so many things I want to say.  I am going to --
23     except for now I literally thought of it and I know
24     you're going to steal my thunder so that's stupid but
25     okay, we're going to do the inventory.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    I have seven new opportunities for you
 2       guys this week.  Portland, Oregon on the P&D side, eight
 3       P&D routes for you, listed at 450.  Has a manager.  We
 4       also think this one may be SBA eligible, which again I
 5       know a lot of times is a big driver for folks.  Long,
 6       longstanding tenured operator, so great transition
 7       support as well.  May be willing to do some seller
 8       financing with a motivated buyer who's able to move
 9       quickly, so great opportunity in Portland for our west
10       coasters.
11                    In Fairfield, Ohio I've got nine P&D
12       routes listed at 425.  Super profitable operation, low
13       mileage territory.  Two managers on staff doing the
14       day-to-day.  Low mileage again, you know, helps maintain
15       those fuel costs and pieces on that as well.  It's only
16       38 percent of revenue on that one but you will need to
17       source fleet, so it might be a good candidate for
18       something like Hello Truck Lease considering the mileage
19       and territory.
20                    Johnson City, Tennessee we've got nine
21       P&D routes listed at 900 thousand.  That opportunity has
22       management in place, comes with spare vehicles, spare
23       drivers, and again a profitable operation on that one as
24       well.
25                    In Savannah, Georgia we've got eleven P&D
```

```
 1          routes listed at 1.3 million.  Two managers in place,
 2          spare trucks.  Also looks like Savannah might be a, might
 3          be SBA eligible if you want to be in that southern market
 4          and potentially have some SBA for that.  High growth,
 5          like really affluent delivery area too, so some of the
 6          different challenges that you get based on delivery area,
 7          really nice perks to that one.
 8                         Lakeland, Florida, we've got ten P&D
 9          routes listed at 595.  Manager in place for that one as
10          well.  Really handling 100 percent of the operations of
11          the business so that's a great kind of hey, I really want
12          some support getting started or maybe looking to run
13          something remote, Lakeland would be a really good one to
14          look at for them.  Also some assumable truck debt for
15          that one as well if you're trying to do creative
16          financing and keep that out of a traditional lending
17          methods.
18                         In North Cincinnati we've got nine P&D
19          routes listed at 75 thousand, so this one is an
20          opportunity to really have an extremely low entry point
21          into the space.  Definitely something where they're
22          looking for a motivated quick mover.  Two managers on
23          that, but if Cinci's your area you might want to check
24          that out quickly, I imagine that will go really fast.
25                         And then one for Amazon this week.  We
```

```
 1        have a DSP operation, does approximately 22 routes on a
 2        regular day but obviously that fluctuates, in Louisville,
 3        Kentucky listed at 142.  I got four managers in place for
 4        that one, six spare vehicles, established business, great
 5        territory.  Clean, really consistent financial records,
 6        so lots of, lots of really strong avenues to that one.
 7        So that's what I have for you guys this week.
 8                       So, okay Spencer, what's your event?
 9                       MR. PATTON:  All right, so mine, this is
10        actually a Vegas theme, it's borrowing from the Vegas
11        side since our Expo is out there, but it's actually true.
12        So there is a show in Vegas, the Michael Jackson One,
13        okay.  So I don't really care whether you're a Michael
14        Jackson fan or not, you will love this show.  It is the
15        only show in Vegas that I have seen multiple times and it
16        is half concert but half just like costume crazy type
17        experience.  And at the end they do a hologram of Michael
18        Jackson that, I'm telling you, is the most real thing
19        you've ever seen that it literally he moonwalks across
20        the stage, it's pretty fantastic.  So for those of you
21        coming to Vegas if you have a chance to be able to catch
22        the Michael Jackson One show, it is one of my absolute
23        favorites.  So I think it qualifies for me as an event in
24        and of itself, it is awesome.  So that's mine.
25                       ANNALEE:  Okay, that's totally not what I
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1      thought you were going to say so you didn't steal my
 2      thunder.
 3                      MR. PATTON:  Good.
 4                      ANNALEE:  But Michael Jackson One is a
 5      really great show.  So I am going to say, I was thinking
 6      more along the lines of kind of like conference like what
 7      we're doing this week, or next week, and so actually
 8      Spencer introduced me to the Tony Robbins events.  And so
 9      now you're totally thinking oh, she got a good one
10      because you would have --
11                      MR. PATTON:  That's good.
12                      ANNALEE:  -- (inaudible) thinking events.
13      But it's been a couple years now, I went to one of the
14      Tony Robbins events.  And if you can't tell from my
15      personality, which most of you guys probably know at this
16      point, I love a little high energy and just so much
17      positivity and those events, it's like walking into
18      Disneyland, everybody's so excited everywhere you go and
19      it's just an amazing energy and just such a fun
20      experience to go to.  So that's definitely my favorite
21      event that I've ever been to.
22                      And also, for the record, if you're going
23      to be with us next week in Vegas I give all of you
24      permission, anybody on my team that you see that's not
25      out there giving like Tony Robbins level hallway energy,
```

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 14 of 58 PageID #: 192

```
 1      you can walk right up to them and say Annalee said you
 2      better be Tony Robbins level energy.  We're all really
 3      excited here so you guys can, can go call them on it
 4      combing the halls in Paris next week, so.
 5                  MR. PATTON:  That's outstanding.  I love
 6      it, I love it.  Okay, well let's get into our Q&A,
 7      Annalee.  That was a great answer and I would have stolen
 8      that from you had -- that's very true.
 9                  ANNALEE:  Thank you.  Yep.
10                  MR. PATTON:  Good work.
11                  ANNALEE:  (Inaudible) do it.  Okay.
12      Spencer, so first question comes from Richard Delaney who
13      said the best event he's ever been to was the 2010 Final
14      Four basketball tournament.  I bet that was a pretty, a
15      pretty epic event there.  And the question is, so
16      insight, Spencer, into like if we start adding additional
17      kind of business delivery like into the, the routes, like
18      what, what does the future of cubic needs for delivery
19      vehicles look like, do you see needing larger vehicles as
20      the space progresses, do you see contractors moving to
21      smaller, you know, small parcel delivery vans, kind of
22      can you give an outlook what you're anticipating there?
23                  MR. PATTON:  Yeah.  So this is an
24      important thing to understand about FedEx Ground's
25      network in general is that where does FedEx Ground make
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        the most money?  So if you say what type of package do

 2        they make the most money on, they make it on oversized

 3        packages, what are called incompatible packages.  FedEx

 4        Ground just yesterday released all new surcharges that

 5        are going to be put through for peak season, and actually

 6        starting well before peak season, and for certain

 7        oversize packages they are charging an additional 40 to

 8        80 dollars for oversize packages.

 9                    So the reason why is that if you're going

10        to have a network that carries oversize packages, you've

11        got to have your entire network engineered for that.  The

12        belts have to be heavier, the chutes, like the width of

13        the chutes that the packages slide down have to be wider.

14        When you are dealing with an oversize package, like, you

15        know, a set of four tires, lawn chair, trampoline,

16        mattresses, those things don't stack neatly together.

17        They, if you think about putting that into the back of

18        the trailer, you can't nicely stack them on top of each

19        other, it's kind of like package soup on the inside and

20        there's more damage that can happen too which means that

21        FedEx Ground is going to have more claims.

22                    So what all that means though is that

23        FedEx Ground makes their most money, their highest

24        margin, on oversize boxes.  So where are they going to

25        focus on their growth?  In the oversize boxes, right,
```

```
 1          that's where they want to go towards.  So what you've
 2          heard us talk about for years in our fleet strategy is I
 3          want to see you operate the largest vehicle that you can
 4          safely operate on your route.  So for some of you, very
 5          few of you, but some of you have not yet overlapped
 6          Ground and home delivery for your territory.  There's
 7          just a few of you left in the United States, and maybe
 8          the individual asking the question is in this scenario.
 9          When you add business delivery, that is where a lot of
10          the bulk comes from.  There's still large boxes that go
11          to residences, of course, but the business delivery is
12          where you see a lot of the heavy, oversized type boxes go
13          for.  So definitely operating large trucks and being
14          mindful that where FedEx Ground's network is going in the
15          future is towards these oversized and incompatible
16          packages.
17                    Last thing I'll say to this before going
18          on, this is what a lot of times people say well Spencer,
19          how do you feel about Amazon as a competitor, or how do
20          you feel about UPS as a competitor to FedEx?  And the
21          answer is that UPS and Amazon, while competitors, are,
22          are really focusing on a different type of package.  They
23          focus on shoebox size packages that are lighter weight,
24          whereas FedEx focuses on the big uglies as I like to call
25          this.  Like just the packages that if you looked into the
```

```
 1        back of a truck you would not want to have to deliver

 2        that one, that's the one FedEx Ground focuses on.  So

 3        yes, there's an overlap between the businesses, but

 4        they're more different than they are the same in thinking

 5        about the types of boxes that their network is built

 6        upon.

 7                      ANNALEE:  And, you know, you're somewhat

 8        touching on this so I'm going to go ahead and go with

 9        this question from Bill Goss, Spencer, who's kind of said

10        staying on the Vegas theme, best even he went to was the

11        Beatles Love show in Vegas, that is also a great show.

12                      MR. PATTON:  Love it.

13                      ANNALEE:  So, so can you further

14        elaborate a little on kind of the impending transition

15        with FedEx with folding in of Express and kind of

16        terminal reductions and the, you know, the tightening of

17        the network there?  What do you think the impact of that

18        is going to be as you're talking about these different

19        volume types?

20                      MR. PATTON:  So FedEx just a couple weeks

21        ago announced their network 2.0.  And what that means is

22        that FedEx Express has always operated as an entirely

23        separate network from FedEx Ground.  And, and that has

24        frustrated Wall Street analysts, it's frustrated

25        investors for many, many years, because if you look at
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        UPS there's no such distinction, but on the FedEx side we

 2        actually have entirely separate terminals for Express and

 3        Ground.  And, and so it results in a lot of duplicative

 4        -- duplicating, how about that?  Duplicating efforts.

 5        Duplicative?  I don't think that's a word.

 6                    ANNALEE:  Not duplicative.

 7                    MR. PATTON:  So we're going to go with

 8        duplicating efforts.  It sounds good though but it

 9        doesn't come off the tongue very, very well.  So we're

10        just going to -- this is not like it's a live webinar,

11        right?  Oh, it is a live webinar, okay.  All right, it is

12        a live webinar.

13                    ANNALEE:  We can edit that out.

14                    MR. PATTON:  So we're duplicating the

15        terminals is what we're going to say there, and, and that

16        causes waste, right.  So you have an Express truck pull

17        up and you have a Ground truck pull up at the same

18        building, and it doesn't take a rocket scientist to

19        figure out that okay, this is not very efficient.

20                    So what we're seeing and what FedEx

21        announced is that the Express network is going to be

22        substantially, not entirely, but substantially integrated

23        into the Ground network.  And that's a big win for Ground

24        contractors.  It's something that I've talked about for

25        two years that FedEx has been announcing this and they've
```

1     been reaffirming it and Raj, the new CEO of FedEx,
2     corporately affirmed this to say that this will continue.
3                    So if I was an Express driver I would not
4     be happy about this, right, because they are closing
5     terminals and they're eliminating routes, but Ground is
6     going to see additional volume flow into the network.
7     And, and so when you think about, you know, three
8     out, five years out, that's a really great tail wind that
9     we have supporting us.
10                   Now clearly, those of you that have seen
11    my video and letter, we have immediate concerns right now
12    that is calling for FedEx Ground to restore the financial
13    viability of the routes in this moment, but it all
14    depends on which lens you're looking at.  Are you looking
15    in the immediate lens, are you looking in the next three
16    to five years, and, and those outlooks are very
17    different.  I, I have always been and remain very
18    optimistic about the network over a three and five year
19    stand, standpoint, but in the immediate term, I, I see
20    really significant challenges that have to be addressed.
21    And that's, that's what all of my letters and videos talk
22    about.
23                    ANNALEE:  That's right.  Okay, Spencer,
24    so I have an unclaimed question and then two answers that
25    I don't know which one it goes but I'm reading them both,

```
 1        especially because one of them is so epic.  So this one,
 2        I don't know if this is your question or not, but Chris
 3        Lanier says that he hosted a party for 400 people on
 4        Alcatraz Island in the former prison.
 5                         MR. PATTON:  What?
 6                         ANNALEE:  I want to be (inaudible).
 7                         MR. PATTON:  That is amazing, Chris.
 8        That is amazing.  I don't even, can we even take other
 9        people's answers at this point, Annalee?  I don't think
10        so.
11                         ANNALEE:  Right.  They're out.
12                         MR. PATTON:  Yeah.  That's incredible,
13        Chris.  I don't even, like did they come in costume,
14        where, was it like, I mean how --
15                         ANNALEE:  I know, was it like a murder
16        mystery, was it like -- so many questions.
17                         MR. PATTON:  You can do a booze cruise
18        over to the island and then like there, is it a ghost
19        story?  I mean I, I have a lot of questions Chris and I
20        need answers.  So, you know, you can post in the chat,
21        everyone wants to know here.  Everyone wants to know.
22                         ANNALEE:  What if it was like a carnival
23        and there were like clowns?  I mean I literally can't, I
24        just can't even fathom.
25                         MR. PATTON:  Were there clowns?  Oh my
```

Page 21

```
 1      gosh.  Can you imagine going into the Alcatraz prison and
 2      there was freaking clowns driving out everywhere?  Oh,
 3      man.
 4                  ANNALEE:  That's the worst, that's the
 5      worst.  So I don't know if this is his question or not.
 6      I'm also going to give it, because it might be from
 7      Harsha who said He Was the O in Vegas for sure also,
 8      another great show.  So many great Vegas shows.  Yay, I
 9      can't wait to be in Vegas, this is going to be awesome.
10                  But so the question here, the unclaimed
11      question, is I'm in the process of buying line haul
12      routes and I've followed Route Consultant for months now,
13      but with everything that's happening right now, letter of
14      response, you know, from FedEx, all the pieces, Spencer,
15      do you think it's still a good time to get into FedEx?
16                  MR. PATTON:  Yeah.  So this is a great
17      question.  As you can imagine we're getting asked it
18      again and again and again and saying all right, Spencer,
19      you've taken a very public stance in talking about where
20      the network and sounded a significant alarm, so for those
21      that are looking to buy into the space how should I think
22      about that?  So there's a couple things that I, I, I
23      think it's critical that you understand.
24                  The first piece is to know that FedEx
25      Ground has no network without their contractors.  That is
```

```
1        something that a lot of people, when they're new to the
2        space, don't fully grasp.  So FedEx Ground is 100 percent
3        a contractor-led network.  So what has always allowed me
4        to put my head on the pillow at the end of the night for
5        the decade that I've been doing this is that I know FedEx
6        Ground cannot run their contractors out of business.
7        Because if they do so, they kill themselves at the same
8        time, right, because the entire network collapses.  So I
9        get asked that a lot in the past of what stops FedEx from
10       like waking up one day and cutting everybody's pay by 40
11       percent?  Is because it would literally destroy their
12       entire network and FedEx is not in the business of going
13       out of business.
14                       So the, the part that you have to
15       remember is FedEx has no future without its contractor
16       network.  So this will get resolved one way or another.
17       What I've been trying to be vocal about is let's not have
18       this get resolved as a result of some massive contractor
19       failure because FedEx Ground has not addressed the
20       financial needs of contractors as a result of fuel prices
21       doubling, wage costs going up, vehicle costs going up.
22                       FedEx actually has precedent for
23       addressing that in the past.  So in 2020, in April of
24       2020 during COVID, FedEx Ground came out and did a 25
25       cent per stop increase for six months.  And that was done
```

```
1      to address all of the dislocations that were going on
2      during COVID.  And so that may be one of the ways that
3      FedEx Ground could, could address this situation.
4      There's other tools that they could use as well.
5                    But I think the first part that you have
6      to remember is that whether it's the easy way or the hard
7      way, this is going to get resolved one way or another.
8      And I think as long as your timeline is looking out three
9      to five years, it's incredibly robust and optimistic
10     about where e-commerce is going.  FedEx Ground in their
11     Investor Day just a couple weeks ago gave a really
12     compelling future for where e-commerce is headed and
13     FedEx Ground is a pure play on that growth.  But I've
14     also been very clear to say that this next three to
15     eighteen months could be tough.  I hope that FedEx Ground
16     takes steps to not make it tough, but it's possible.
17     That's one of the ranges of outcomes.
18                   So when you're thinking about your
19     acquisitions, make sure that you understand where you're
20     at on the map, right.  It's just like, just like looking
21     at a map on the wall, you are here.  And there are some
22     various outcomes that can change very rapidly.  And if we
23     see FedEx Ground do what I think is the right thing and
24     come out and adjust the financial compensation for
25     contractors, then I think you could see a real
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1     restoration to the value of routes.

2                    So it's, it's interesting.  We're clearly

3     seeing routes that are about a 20 percent discount from

4     what we saw in the fourth quarter of 2020.  So the fourth

5     quarter of 2020 was the high water mark of the value of

6     routes and we've seen about a 20 percent decline from

7     there.  So for those of you that are business minded that

8     are looking opportunistically, this is a moment of time

9     to take a look at whether you're buying at a good

10    discount, whether that's attractive.  I just want you to

11    know what lens you're looking at to be able to look into

12    the future.

13                   ANNALEE:  That's right.  Spencer, next

14    question.  So while we're kind of on the topics and

15    everything going on, answer what you can on this at this

16    stage.  But Daniel Sultan Birnbaum said that he had the

17    opportunity to participate in an international water polo

18    competition representing his country Venezuela.

19                   MR. PATTON:  Wow.  We have like, we've

20    gone from 0 to 60 just immediately.  I mean like I, I'm

21    kind of embarrassed by my Michael Jackson One comment

22    now, Annalee.  I feel like I have to kind of justify

23    whether that was even an event or not and I feel like

24    there was maybe a couple, a couple like skeptical eyes

25    that were there.  But I mean that counts as an event,

www.veritext.com              Veritext Legal Solutions              800-556-8974

```
 1       international water polo.

 2                     ANNALEE:  Well you weren't going to beat

 3       Alcatraz or Venezuela water polo, so we didn't, you know,

 4       you didn't have a shot, so.

 5                     MR. PATTON:  Wow.

 6                     ANNALEE:  Daniel's question, Spencer, is,

 7       you know, can you elaborate at all at this stage on kind

 8       of the franchisee conversation that you've opened up a

 9       little bit in terms of what your thoughts are with that,

10       what the direction you can see there is?

11                     MR. PATTON:  Yeah.  So there have been

12       longstanding debates in this industry about

13       classifications of who we are.  So FedEx Ground's model

14       is built upon us being contractors.  FedEx Ground has

15       dealt with extensive litigation in the past, some of

16       which is still ongoing now, about whether we are

17       employees.  That is litigation and a discussion that can

18       be reopened, and there is a lot of discussion on both

19       sides there about whether we are actually classified as

20       employees.  And obviously employee classification carries

21       a whole host of benefits that being a contractor does

22       not.

23                     There's another angle that is talking

24       about franchisee classification.  This is one that there

25       hasn't been nearly as much discussion as you would have
```

```
 1        thought historically, and there is a three-prong test for
 2        what makes someone a franchisee.
 3               The first prong is that you have to have
 4        the ability and authorization to use the trademark of the
 5        franchisor.  So we clearly use the trademark, right.
 6        It's on our trucks, it's on our branding, you know, we're
 7        using the trademark.
 8               Number two, the franchisor has to
 9        exercise substantial control over the franchisee's
10        business.  And that part is also a very compelling case.
11        FedEx Ground controls who we hire, who we put on the
12        road, what trucks we drive, how we deliver the boxes,
13        where we deliver the boxes.  They control the training
14        programs that we have, the technology that we can use,
15        there's a certain number of vendor we can choose from.
16        On and on and on and on.  Our dispatch times, when we get
17        back to the terminal, lots of control over our business.
18        So that second prong is, is there.
19               The third prong is that there has to be a
20        fee that is charged to the franchisee.  And this is where
21        I've had some of the smartest legal minds in the
22        franchisee space that have examined seven different fees
23        that we are charged as contractors or franchisees that
24        would qualify us in that standard.  But interestingly,
25        there's more than 15 states in the United States that
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

1    that third prong, that fee prong, is not a provision.

2    You only have to meet the first two in order to be

3    classified as franchisee.

4              So franchisees enjoy a lot of protections

5    that a contractor does not.  So if you're a franchisee

6    you have much more extensive abilities to organize,

7    communicate together, be able to collectively bargain.

8    There are state and federal protections from regulators

9    to franchisees.  Different contractual treatment of

10   franchisees.  Franchisors have to make disclosures, so

11   they have to make financial disclosures about the health

12   of their franchisees and the historical performance of

13   the franchisees.  It would be a, a sea change of a

14   relationship between FedEx Ground and, and now their

15   current contractors but potentially franchisees.

16             So I think the, the messaging is that

17   everything is on the table here.  I am very hopeful, and

18   I'm speaking on behalf of my own business, is that we

19   will see FedEx Ground adjust and make changes.  I think

20   the network demands it given all the changes to the cost

21   structure, and we're seeing it from the number of

22   contractors that are struggling.  So there's a lot of

23   options on the table that we can pursue.  We've set the

24   November 25th of 2022 timeline for that period of time,

25   we've attached a social media hashtag of Purple Friday to

```
 1    that, and that's a way that the media is able to track

 2    what we're talking about as we still have three months

 3    and a couple weeks between now and Black Friday, Purple

 4    Friday.

 5              ANNALEE:  Well obviously I was going to

 6    read this one, but Renee Benuela said that the best event

 7    he ever attended was the Route Consultant Expo.

 8              MR. PATTON:  Oh.  Easy way, way to get

 9    your question answered though, right.  I mean it's like

10    we, you know what, everybody appreciates a good brown

11    nose every now and then.  It's like there, that's, I'm

12    just going to, that's a great way to get your question

13    answered.

14              ANNALEE:  I loved it.  Renee's question,

15    Spencer, so we're getting more into the nitty gritty

16    operationally here.  So in a situation as a contractor,

17    know, know we've dealt with this before, but if there's

18    another contractor in the building that's actually like

19    kind of poaching drivers after they make it through

20    training and, you know, has a little bit of a toxic

21    culture maybe brewing and it's creating contention in the

22    terminal, have you ever seen this, dealt with this, do

23    you have recommendations for a contractor that's, you

24    know, dealing with that as a frustration and trying to

25    fight that, you know, what are your thoughts there?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. PATTON:  Yeah.  I mean a baseball bat
 2        to the kneecap has always been an effective -- I'm just
 3        kidding.  You know, this is part of it.
 4                    ANNALEE:  I'm going to have a lot of
 5        editing to do this week, Spencer.
 6                    MR. PATTON:  Yeah, yeah.  It's very
 7        duplicative that way to do editing like that, that's
 8        right.  Yeah.  So this is tough, right, because there's
 9        6,000 FedEx contractors that are all entrepreneurs, and
10        all of us have different ethics and standards for how we
11        run our business.  I'm in some terminals where the, the 5
12        to 20 contractors work together incredibly well and, and
13        they really make each other's businesses stronger.  And
14        then I have other operations where there's a contractor
15        in the terminal that will slit your throat and they will
16        have no problem taking your drivers and, and really
17        making that challenging.
18                    The truth is, there's nothing legally
19        that you can do about it.  It is a, a manner of trying to
20        make some business understanding with that contractor to
21        say listen, if you are poaching my drivers you are
22        literally causing the wages of everyone in the terminal
23        to go up unnecessarily.  Because I'm going to try to keep
24        the driver, which means I'm going to pay them more, then
25        your own drivers are going to ask for more money and your
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1      driver cost, and we're basically going to have a, you
2      know, a race to the bottom profitability wise as the
3      whole terminal has knock-on effects from that poaching.
4      So there's nothing other than having a really stern
5      conversation.
6                     And, and I have seen some contractors
7      that, you know, they really throw down the gauntlet and
8      say if you steal one of my drivers I will steal two of
9      yours, or three of yours, and I don't care what it takes
10     in order for me to pay them, I, I will do that.  Clearly
11     that, there's a lot of different ways to skin that cat
12     and some people just kind of turn the other cheek and,
13     and just say listen, I'll find a way to make my business
14     still work.  But I wish I could, could have you, you
15     know, a silver bullet there but I, I just say there are a
16     number of different ways to handle it and it's something
17     that contractors in nearly every terminal from time to
18     time have to, to battle with.
19                     ANNALEE:  Yeah, absolutely.  Spencer,
20     next one comes from David Daniel who said the coolest
21     event he's ever been to was the, so this is Vegas like an
22     MMA UFC type pride fighting championship that came to the
23     U.S.  And said -- I bet that was so intense and --
24                     MR. PATTON:  Yeah.  You know, MMA is
25     tough because like there's an element of me where I enjoy
```

```
1        MMA for about 10 or 15 seconds, and then after a while

2        I'm just like, and I, you know, I feel like my face is

3        just like so contorted by the end of it that after the

4        fight I feel like I absorbed some of the blows, right.

5        I'm just like I was like oh, gosh.  So I, you know, MMA

6        is, is tough.  And being live there in person, wow.

7                        ANNALEE:  Yeah.

8                        MR. PATTON:  That would really be intense

9        because then you can't flip the channel for a second.

10                       ANNALEE:  David's question, Spencer, is

11       what are your thoughts on the new Schedule K for this

12       year, kind of adding together total stops for the whole

13       week for surge?  Also for the record he said Michael

14       Jackson One was amazing in Vegas and can't wait to see

15       us.  We will see you soon, David.

16                       MR. PATTON:  There you go.  Yeah, David,

17       I, so Schedule K, this is brand new stuff coming out

18       where FedEx Ground is making some shifts.  Those of you

19       not familiar with Schedule K, I'll first address that.

20       During peak season, FedEx Ground tries to engineer

21       financial incentives for their contractors to ramp up to

22       do all of the peak delivery that we have to do, which

23       means hiring a lot of people, getting a bunch of rental

24       vehicles, and there's a lot of cost to that.  So FedEx

25       Ground tries to offer some financial incentives to either
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1        offset those costs or in some way go against those costs.

 2                    And so FedEx Ground made a substantial

 3        change to Schedule K last year which was very painful

 4        financially for contractors.  This year's change, I'll

 5        tell you the truth, I haven't had the chance to really

 6        run the numbers on it because it's so new of how the

 7        change is being made, but for those of you, this will go

 8        over some of your heads here and I apologize for that

 9        because it's just, I want to speak to my current

10        contractors on that.

11                    Is that, you know, when you have your

12        threshold rather than it being set to every day, the

13        entire week, that obviously takes away a lot of your

14        protections.  Because now no matter what volume comes in

15        on Saturday, Sunday, Monday, Tuesday, Wednesday, you know

16        that you're not going to have hit your weekly threshold

17        under any scenario.  And chances are you're not going to

18        hit your scenario even if, if you look at all seven days

19        combined because the thresholds have been set so high.

20                    So my early read on it is I'm not a fan

21        of it and I don't like the change.  But I'm going to

22        certainly do my research and do my due diligence and

23        you'll hear something more formally from me on that.

24                    For those of you that don't know what I

25        was just talking about with thresholds and all the rest,
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 33 of 58 PageID #: 211

```
 1      no worries, we can teach you all that stuff later at the
 2      appropriate time but I wanted to be able to speak to that
 3      question for the contractors that are here.
 4                      ANNALEE:  Yeah.  Spence, I also know that
 5      we're going to run out of time here soon so you want to
 6      do a lightning round?
 7                      MR. PATTON:  Yeah, let's do -- yeah,
 8      we'll do a five-minute lightning round, I'll stop
 9      reacting to these amazing events.  Has Chris answered our
10      question by the way?  I, like --
11                      ANNALEE:  No, I'm hoping.
12                      MR. PATTON:  -- Chris, we need the answer
13      to the question, what happened on Alcatraz?  I'm dead
14      serious, Chris.  I will find you.  You had to give us
15      your information to do this I'm sure.  So I will, I will,
16      I'm going to activate your camera on here if you do not
17      answer this question, okay.
18                      ANNALEE:  What happened on Alcatraz,
19      that's the hashtag for today's webinar.
20                      MR. PATTON:  I do like that, yes.
21                      ANNALEE:  It is good, yes.  All right,
22      let's see.  So next question, Spencer, old Dr. Chronic,
23      David Chronic, said 2001 World Series, Game Four, Yankee
24      Stadium just after 9/11.  Derek Jeter walked off with a
25      home run in the 10th inning to tie the World Series at
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1        two games apiece, that's epic.

 2                    MR. PATTON:  Amazing.

 3                    ANNALEE:  The question, yep, is Spencer,

 4        can you give kind of an update, are, for current

 5        contractors opportunities where businesses are being kind

 6        of posted or awarded, you know, do you still see those

 7        opportunities existing for current contractors in a space

 8        that are looking to expand that way?

 9                    MR. PATTON:  Just to make sure I have

10        that question right, Annalee, because I was, so you're

11        saying are we still seeing lists of open CSAs?

12                    ANNALEE:  Yes.

13                    MR. PATTON:  Yeah, okay.  So, so those

14        not familiar, as contractors fail, FedEx Ground will take

15        back possession of the delivery territory and they'll

16        post it on a website called buildagroundbiz.  And, and

17        they send out a public e-mail to say hey, we have this

18        new territory that is not serviced, and clearly every

19        territory in the United States needs to be serviced and

20        so they're seeking a contractor to take over that

21        territory.

22                    But, you know, a lot of people get

23        attracted to that because it's free, but what they

24        quickly realize, and what we see all the time, is that

25        they get a free territory and you know the old saying,
```

```
1        you get what you pay for.  You come in and you have no
2        drivers, you have no trucks, you have no route planning
3        at all, no familiarity with the delivery territory, and
4        usually if it's open and free, the delivery territory is
5        not that good.
6                        So if you are looking at an open CSA, I
7        would give you a lot of caution on that.  I have seen so
8        many people light a lot of money on fire chasing
9        something that was free.  What I tell people all the time
10       is that if you're looking to buy into the FedEx space,
11       make your first business pay a fair price for an
12       outstanding business.  Do not pay an outstanding price,
13       meaning like free, for a fair or below average business.
14       Buy a healthy business to start and then make your
15       second, third, and fourth one a dumpster fire, right.
16       You can knock yourself out, make it a big turnaround, but
17       don't do it that way.
18                        What I also have pointed out in my video
19       and letters is that part of the evidence for what's going
20       on in the network right now is the sheer volume of open
21       CSAs that is getting posted on buildagroundbiz is that it
22       is markedly higher than what we've seen in the past, and
23       this is just more evidence of the kind of distress that
24       I'm pointing to in the network right now.
25                        ANNALEE:  Yeah.  For the record, Chris
```

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 36 of 58 PageID #: 214

```
 1      Lanier said it was a party for a software company sales
 2      meeting.  Everyone had to take a boat over, there was a
 3      lot of booze, it was really fun.  There was a former
 4      guard and a prisoner there to answer questions about what
 5      it was like.
 6                    MR. PATTON:  Wow.  Wow.  Chris, hey,
 7      thank you.  I could not have concluded this webinar
 8      without that answer.  It would, it would have bothered me
 9      on a, on a level that I can't totally express to you, so
10      thank you for asking and answering that question.  And
11      that is incredible, you win the question of the day
12      Chris, so thank you for that.
13                    ANNALEE:  Absolutely.  Now another valid
14      contender though, Jared Gray.  This is like one of the
15      best questions I think we've ever done honestly.  Jared
16      Gray ended up, from a buddy of his who was a bouncer,
17      showing up to a 1:00 in the morning, less than 500
18      people, unexpected private show with Prince in a club in
19      Atlanta.
20                    MR. PATTON:  Wow.  Wow.  I feel like
21      bouncers just must have the absolute best stories on
22      planet Earth.  Like I feel like I have good stories as a
23      contractor because, you know, drivers just do the
24      craziest things and customers, I mean I've, I delivered
25      in a, in a truck for two years myself and I can tell you
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1    I have seen people come to the door to accept a delivery
 2    in, in clothing or no clothing that it's just some of the
 3    most scarring stuff that you can imagine in your life,
 4    right.  I mean it's, it's like that same thing, like
 5    somebody is like oh, I wonder like what a nude beach is
 6    like.  People that are on the nude beach are not the
 7    people that you're wanting to see.  And it's the same
 8    with them coming to the door, I mean you're just going
 9    about your day, right.  You're just trying to get the
10    boxes delivered and they're just assaulting your eyeballs
11    or, or any other, I mean it's just oh, it's like please,
12    you know, help me.  So yeah.  Sorry, I mean I just needed
13    to get that out.  I know this is a lightning round but
14    this is as much therapy for me today, Annalee, as
15    anything.
16                    ANNALEE:  This is our worst lightning
17    round ever but these questions and answers are so good.
18                    MR. PATTON:  It is, it is bad, yeah.
19    Okay, we'll do this question and we'll call it the day.
20    I will show myself the door after, after this one.
21                    ANNALEE:  I know, I should, I should give
22    you the hook today.
23                    MR. PATTON:  Yeah.
24                    ANNALEE:  All right, so Jared's question
25    is, is a question on cap-ex, Spencer, we should do just a
```

```
 1      checkup on where we stand for this metric wise.  So

 2      given, you know, all the target ranges we typically

 3      recommend, what does somebody coming into the space, you

 4      know, for the first time need to allocate for cap-ex

 5      right now?

 6                  MR. PATTON:  Yeah, so Jared, things have

 7      changed.  So we have metrics that say traditionally fuel

 8      might be 8 to 12 percent of your annual revenue.  That's

 9      historically.  We've seen fuel increase anywhere from 16

10      to 24 percent of someone's annual revenue, so it's, it's

11      come markedly higher.  So there are different metrics and

12      ranges that some of which have changed more than others.

13                  Cap-ex is an interesting one because this

14      is part of what we're trying to solve for in the

15      collective accumulation of purchasing power of

16      contractors.  And I'll maybe leave you with this teaser

17      that at the Expo in my keynote one of the major

18      announcements that I'm going to be making is that for

19      ever, for the 30 years of this network being around,

20      contractors have never had the opportunity to accumulate

21      their purchasing power, and for the first time I will be

22      revealing multiple deals that we have signed with

23      multibillion dollar businesses that are going to lead to

24      immediate savings for contractors that every contractor

25      in the United States will have access to.  And this is
```

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 39 of 58 PageID #: 217

```
 1      for all the things that we spend money on every single
 2      day.

 3                   So you think about what those things are,
 4      might be vehicles, might be fuel, might be things that we
 5      spend a lot of money on and we've been doing it at retail
 6      prices.  I mean literally those of you that are not
 7      contractors here watching the webinar can go and buy fuel
 8      at the same price as what a FedEx Ground contractor can.
 9      And that is nuts, that's crazy, because we buy a lot of
10      fuel.  So there's going to be some really powerful pieces
11      that, specific to the cap-ex side, we're going to have
12      things that are going to make a real difference for the
13      contractors and it will be a first of its kind thing.  So
14      really excited to reveal that at the Expo.

15                   Thank you all for hanging in there with
16      us today, we've had a lot of fun.  I promised to make you
17      laugh a little bit, we probably made you groan some too,
18      that is just part of it.  But we're happy that you had a
19      good time, thank you all for playing full out.

20                   Chris, thank you for making me not turn
21      on your camera here.  I'm glad I have some of you
22      questioning whether I actually have the power to turn on
23      your camera here on Zoom, and we're just going to say
24      that I do, all right.  We're going to roll with that
25      story.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    So all of you, hope to see you out in

 2      Vegas.  If nothing else I'll see you all in a webinar in

 3      the near future.  Talk to you all very soon.  See you

 4      everybody.

 5                    ANNALEE:  Bye everyone.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 41 of 58 PageID #: 219

```
 1        CERTIFICATE

 2        STATE OF MICHIGAN

 3        COUNTY OF MACOMB

 4

 5                    I, Andrea Filar, C.S.R. and Notary Public

 6        in and for the County of Macomb, State of Michigan, do

 7        hereby certify that the attached is a true, correct, and

 8        complete transcript of my stenographic notes taken at the

 9        time and place hereinbefore stated and they were

10        transcribed upon a computer under my direct supervision.

11        The undersigned assumes no responsibility for copies not

12        made under my direction or control.  September 19, 2022

13

14

15

16

          Andrea Filar, CSR - 8349

17        Notary Public, Macomb County

          My Commission Expires: 10-01-2028

18

19

20

21

22

23

24

25
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

| & | | |
|---|---|---|
| **&** 1:5 | | |

| 0 | | |
|---|---|---|
| **0** 25:20 | | |

| 1 | | |
|---|---|---|
| **1.3** 12:1 | | |
| **10** 1:8 4:10 32:1 | | |
| **10-01-2028** 42:17 | | |
| **100** 12:10 23:2 | | |
| **10th** 34:25 | | |
| **11** 2:22 | | |
| **12** 39:8 | | |
| **12th** 6:15,16 | | |
| **142** 13:3 | | |
| **15** 5:8 27:25 32:1 | | |
| **16** 39:9 | | |
| **18** 6:3 | | |
| **19** 42:12 | | |
| **1:00** 37:17 | | |

| 2 | | |
|---|---|---|
| **2.0.** 18:21 | | |
| **20** 6:9 25:3,6 30:12 | | |
| **2001** 34:23 | | |
| **2010** 15:13 | | |
| **2020** 23:23,24 25:4,5 | | |
| **2022** 1:5,8 28:24 42:12 | | |
| **20th** 2:5 | | |
| **21st** 2:5 | | |
| **22** 13:1 | | |
| **225** 4:10 | | |

**24** 39:10
**25** 23:24
**25th** 28:24
**26748** 42:16
**275** 4:10

| 3 | | |
|---|---|---|
| **3,300** 2:10 | | |
| **30** 7:6 39:19 | | |
| **38** 11:16 | | |

| 4 | | |
|---|---|---|
| **40** 16:7 23:10 | | |
| **400** 21:3 | | |
| **425** 11:12 | | |
| **450** 11:3 | | |

| 5 | | |
|---|---|---|
| **5** 30:11 | | |
| **500** 37:17 | | |
| **595** 12:9 | | |

| 6 | | |
|---|---|---|
| **6,000** 3:21,22 6:8 7:18,22 30:9 | | |
| **60** 25:20 | | |

| 7 | | |
|---|---|---|
| **75** 12:19 | | |

| 8 | | |
|---|---|---|
| **8** 39:8 | | |
| **80** 6:8 16:8 | | |
| **8349** 1:10 42:16 | | |

| 9 | | |
|---|---|---|
| **9/11** 34:24 | | |
| **900** 11:21 | | |

| a | | |
|---|---|---|
| **abilities** 28:6 | | |
| **ability** 9:2 27:4 | | |

**able** 4:7,25,25 5:2,3,18 6:14,17 7:9,14,17,18,23 7:23,25 8:25 9:5 11:8 13:21 25:11 28:7 29:1 34:2
**abroad** 10:10
**absolute** 13:22 37:21
**absolutely** 31:19 37:13
**absorbed** 32:4
**accept** 38:1
**access** 39:25
**accumulate** 39:20
**accumulation** 39:15
**acquisitions** 24:19
**activate** 9:2 34:16
**add** 7:14 17:9
**adding** 15:16 32:12
**additional** 15:16 16:7 20:6
**address** 24:1,3 32:19
**addressed** 20:20 23:19
**addressing** 23:23
**adjust** 24:24 28:19
**advanced** 4:22

**affirmed** 20:2
**affluent** 12:5
**ago** 4:16,18 18:21 24:11
**agreement** 4:24
**ahead** 10:15 18:8
**alarm** 22:20
**alcatraz** 21:4 22:1 26:3 34:13 34:18
**allocate** 39:4
**allowed** 23:3
**allows** 7:25
**amazing** 2:12 7:4 14:19 21:7,8 32:14 34:9 35:2
**amazon** 12:25 17:19,21
**amendment** 4:25
**analysts** 2:22 18:24
**andrea** 1:10 42:5 42:16
**angle** 26:23
**annalee** 9:17,17 10:3,11,12,14,21 13:25 14:4,12 15:1,7,9,11 18:7 18:13 19:6,13 20:23 21:6,9,11 21:15,22 22:4 25:13,22 26:2,6 29:5,14 30:4 31:19 32:7,10 34:4,11,18,21 35:3,10,12 36:25 37:13 38:14,16

Page 1

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 43 of 58 PageID #: 221

38:21,24 41:5
**announce** 6:18
**announced** 4:15
4:18 7:1 18:21
19:21
**announcements**
39:18
**announcing**
19:25
**annual** 39:8,10
**answer** 9:22
10:4,6,14 15:7
17:21 25:15
34:12,17 37:4,8
**answered** 29:9
29:13 34:9
**answering** 37:10
**answers** 20:24
21:9,20 38:17
**anticipating**
15:22
**anybody** 8:24
14:24
**apiece** 35:1
**apologize** 33:8
**appreciates**
29:10
**appropriate**
34:2
**approved** 3:15
**approximately**
13:1
**april** 23:23
**area** 12:5,6,23
**asked** 22:17 23:9
**asking** 17:8
37:10

**aspect** 4:23
**assaulting** 38:10
**assemble** 7:17
7:24
**associated** 3:15
**association** 4:17
4:20,21,22 5:7
5:10,16,19 6:25
7:2,18,24 8:2,6
8:10,15 9:15
**assumable** 12:14
**assumes** 42:11
**atlanta** 37:19
**attached** 28:25
42:7
**attended** 29:7
**attendees** 10:1
**attending** 2:25
8:20
**attorneys** 4:22
**attracted** 35:23
**attractive** 25:10
**august** 1:8 2:5
**authorization**
27:4
**available** 4:6
6:22
**avenues** 13:6
**average** 36:13
**awarded** 35:6
**awesome** 13:24
22:9

**b**

**back** 16:17 18:1
27:17 35:15
**background** 7:9
7:12

**backgrounds** 7:5
**bad** 38:18
**bally's** 2:11
**bargain** 28:7
**baseball** 30:1
**based** 4:13 12:6
**basically** 31:1
**basketball** 15:14
**bat** 30:1
**battle** 31:18
**beach** 38:5,6
**beat** 26:2
**beatles** 18:11
**behalf** 28:18
**belts** 16:12
**benefit** 8:2
**benefits** 26:21
**benuela** 29:6
**best** 4:5 5:3 9:22
15:13 18:10
29:6 37:15,21
**bet** 15:14 31:23
**better** 15:2
**big** 7:20 11:5
17:24 19:23
36:16
**bill** 18:9
**birnbaum** 25:16
**bit** 3:8 5:7,11
26:9 29:20
40:17
**black** 29:3
**blows** 32:4
**board** 4:20 6:1
6:10,14,23 7:3
7:10 8:11,13
9:12,14

**boat** 37:2
**booking** 2:10
**booze** 21:17 37:3
**boring** 3:4
**borrowing** 13:10
**bothered** 37:8
**bottom** 10:5
31:2
**bouncer** 37:16
**bouncers** 37:21
**boxes** 16:24,25
17:10,12 18:5
27:12,13 38:10
**brand** 32:17
**branding** 27:6
**brewing** 29:21
**bring** 7:8
**bringing** 2:7
**brings** 7:5
**brown** 29:10
**buddy** 37:16
**buildagroundbiz**
35:16 36:21
**building** 19:18
29:18
**built** 9:1 18:5
26:14
**bulk** 17:10
**bullet** 31:15
**bunch** 32:23
**business** 3:24
4:5 5:4 6:3 7:22
12:11 13:4
15:17 17:9,11
23:6,12,13 25:7
27:10,17 28:18
30:11,20 31:13
36:11,12,13,14

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 44 of 58 PageID #: 222

| | | | |
|---|---|---|---|
| **businesses** 5:1 7:14 18:3 30:13 35:5 39:23 | **certainly** 2:19 9:12 33:22 | **cinci's** 12:23 | **comment** 25:21 |
| | **certificate** 42:1 | **cincinnati** 12:18 | **commerce** 24:10 24:12 |
| **button** 9:8 10:5 10:6,6 | **certify** 42:7 | **city** 11:20 | **commission** 42:17 |
| | **chair** 16:15 | **claims** 16:21 | |
| **buy** 22:21 36:10 36:14 40:7,9 | **challenges** 12:6 20:20 | **classification** 26:20,24 | **committee** 1:5 4:19 |
| **buyer** 11:8 | **challenging** 30:17 | **classifications** 26:13 | **communicate** 7:25 28:7 |
| **buying** 22:11 25:9 | **championship** 31:22 | **classified** 26:19 28:3 | **company** 7:20 37:1 |
| **bye** 41:5 | **chance** 13:21 33:5 | **clean** 13:5 | **compelling** 24:12 27:10 |

| | | | |
|---|---|---|---|
| **c** | **chances** 33:17 | **clear** 24:14 | **compensation** 24:24 |
| **c.s.r.** 42:5 | **change** 24:22 28:13 33:3,4,7 33:21 | **clearly** 20:10 25:2 27:5 31:10 35:18 | **competition** 25:18 |
| **call** 15:3 17:24 38:19 | | **click** 9:8 | **competitor** 17:19,20 |
| **called** 9:11 16:3 35:16 | **changed** 39:7,12 | **closing** 20:4 | **competitors** 17:21 |
| **calling** 20:12 | **changes** 28:19 28:20 | **clothing** 38:2,2 | **complete** 42:8 |
| **camera** 9:3 34:16 40:21,23 | **channel** 32:9 | **clowns** 21:23,25 22:2 | **complexity** 8:5 |
| **candidate** 11:17 | **charged** 27:20 27:23 | **club** 37:18 | **compliance** 4:23 5:2 |
| **cap** 38:25 39:4 39:13 40:11 | **charging** 16:7 | **coasters** 11:10 | **computer** 42:10 |
| **care** 13:13 31:9 | **chasing** 36:8 | **collapses** 23:8 | **concerns** 20:11 |
| **carnival** 21:22 | **chat** 5:22 10:6 21:20 | **collective** 39:15 | **concert** 10:9 13:16 |
| **carries** 16:10 26:20 | **check** 12:23 | **collectively** 7:24 28:7 | **concluded** 37:7 |
| **case** 27:10 | **checkup** 39:1 | **combined** 33:19 | **conference** 14:6 |
| **cat** 31:11 | **cheek** 31:12 | **combing** 15:4 | **connected** 2:11 |
| **catch** 13:21 | **choose** 27:15 | **come** 2:16 4:19 5:1 9:6,14 19:9 21:13 24:24 36:1 38:1 39:11 | **connection** 3:16 |
| **causes** 19:16 | **chris** 21:2,7,13 21:19 34:9,12,14 36:25 37:6,12 40:20 | | **considering** 4:3 5:12 6:22 11:18 |
| **causing** 30:22 | | **comes** 11:22 15:12 17:10 31:20 33:14 | **consistent** 13:5 |
| **caution** 36:7 | **chronic** 34:22,23 | | **consultant** 3:12 3:14 9:18,19 |
| **cent** 23:25 | **chutes** 16:12,13 | **coming** 13:21 32:17 38:8 39:3 | |
| **ceo** 20:1 | | | |
| **certain** 16:6 27:15 | | | |

Page 3

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 45 of 58 PageID #: 223

22:12 29:7
**contender** 37:14
**content** 8:19
**contention** 29:21
**continue** 20:2
**contorted** 32:3
**contractor** 4:9
4:19 23:3,15,18
26:21 28:5
29:16,18,23
30:14,20 35:20
37:23 39:24
40:8
**contractors** 2:8
2:21 3:3,22,23
4:4,12 5:20,20
5:25 6:8 7:6,19
8:4 15:20 19:24
22:25 23:6,20
24:25 26:14
27:23 28:15,22
30:9,12 31:6,17
32:21 33:4,10
34:3 35:5,7,14
39:16,20,24 40:7
40:13
**contractual** 28:9
**contributing**
6:25
**control** 27:9,13
27:17 42:12
**controls** 27:11
**conversation**
26:8 31:5
**coolest** 31:20
**copies** 42:11
**corporate** 7:12

**corporately** 20:2
**corporation** 3:13
3:16
**correct** 42:7
**cost** 28:20 31:1
32:24
**costs** 11:15
23:21,21 33:1,1
**costume** 13:16
21:13
**country** 25:18
**counts** 25:25
**county** 42:3,6,17
**couple** 4:16
14:13 18:20
22:22 24:11
25:24,24 29:3
**course** 17:11
**covering** 2:23
**covid** 23:24 24:2
**craziest** 37:24
**crazy** 4:11 13:16
40:9
**creating** 29:21
**creative** 12:15
**crew** 8:18
**critical** 22:23
**cruise** 21:17
**crunchers** 7:10
**csa** 36:6
**csas** 35:11 36:21
**csr** 1:10 42:16
**cubic** 15:18
**culture** 29:21
**current** 2:20 4:4
28:15 33:9 35:4
35:7

**customers** 37:24
**cutting** 23:10

**d**

**damage** 16:20
**daniel** 25:16
31:20
**daniel's** 26:6
**david** 31:20
32:15,16 34:23
**david's** 32:10
**day** 3:2 10:2,20
11:14,14 13:2
23:10 24:11
33:12 37:11
38:9,19 40:2
**days** 5:8 33:18
**dead** 34:13
**dealing** 16:14
29:24
**deals** 39:22
**dealt** 26:15
29:17,22
**debates** 26:12
**debt** 12:14
**decade** 23:5
**decline** 25:6
**deep** 7:8
**definitely** 12:21
14:20 17:13
**delaney** 15:12
**deliver** 18:1
27:12,13
**delivered** 37:24
38:10
**delivery** 6:2,6,9
6:12 12:5,6
15:17,18,21 17:6

17:9,11 32:22
35:15 36:3,4
38:1
**demands** 28:20
**democratic** 6:13
**depends** 20:14
**derek** 34:24
**designed** 4:21
**destroy** 23:11
**difference** 10:16
40:12
**different** 2:18
4:10 5:16,18
7:16 12:6 17:22
18:4,18 20:17
27:22 28:9
30:10 31:11,16
39:11
**diligence** 33:22
**direct** 42:10
**direction** 26:10
42:12
**disclaimer** 3:10
**disclosures**
28:10,11
**discount** 25:3,10
**discussion** 26:17
26:18,25
**dislocations** 24:1
**disneyland**
14:18
**dispatch** 27:16
**distinction** 19:1
**distress** 36:23
**doing** 2:4 5:3,8
11:13 14:7 23:5
40:5

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 46 of 58 PageID #: 224

**dollar** 7:13
39:23
**dollars** 16:8
**door** 38:1,8,20
**doubling** 23:21
**dr** 34:22
**drive** 27:12
**driver** 11:5 20:3
30:24 31:1
**drivers** 11:23
29:19 30:16,21
30:25 31:8 36:2
37:23
**driving** 22:2
**dsp** 13:1
**due** 4:12 33:22
**dumpster** 36:15
**duplicating** 19:4
19:4,8,14
**duplicative** 19:3
19:5,6 30:7

**e**

**e** 24:10,12 35:17
**early** 8:9 33:20
**earth** 37:22
**easy** 24:6 29:8
**economy** 5:5
**edit** 19:13
**editing** 30:5,7
**educational** 3:3
**effective** 8:15
30:2
**effects** 31:3
**efficient** 19:19
**efforts** 19:4,8
**eight** 6:11 11:2

**eighteen** 24:15
**either** 6:2,11
32:25
**elaborate** 18:14
26:7
**elect** 6:14
**elected** 8:11
**election** 6:19
**element** 31:25
**eleven** 11:25
**eligible** 11:4
12:3
**eliminating** 20:5
**embarrassed**
25:21
**employee** 3:19
26:20
**employees** 26:17
26:20
**encourage** 5:24
**ended** 37:16
**endorsed** 3:12
**energy** 14:16,19
14:25 15:2
**engineer** 32:20
**engineered**
16:11
**enjoy** 28:4 31:25
**ensure** 4:22 5:3
**entire** 16:11 23:8
23:12 33:13
**entirely** 18:22
19:2,22
**entrepreneurs**
30:9
**entry** 12:20
**epic** 15:15 21:1
35:1

**especially** 21:1
**established** 13:4
**ethics** 30:10
**event** 2:12 3:1
10:7,8,9,10 13:8
13:23 14:21
15:13,15 25:23
25:25 29:6
31:21
**events** 14:8,12
14:14,17 34:9
**everybody** 2:3
7:4 8:11,14
29:10 41:4
**everybody's**
14:18 23:10
**evidence** 36:19
36:23
**ex** 38:25 39:4,13
40:11
**examined** 27:22
**excited** 3:2 7:17
14:18 15:3
40:14
**exclusively** 6:2
**exercise** 4:25
27:9
**existing** 35:7
**expand** 35:8
**experience** 13:17
14:20
**expires** 42:17
**expo** 1:5 2:5,7,20
2:25 8:9,18,20
8:20,25 9:4,6,9
13:11 29:7
39:17 40:14

**express** 3:13,16
3:19 7:2,19
18:15,22 19:2,16
19:21 20:3 37:9
**extensive** 26:15
28:6
**extensively** 2:20
8:7
**extremely** 12:20
**eyeballs** 38:10
**eyes** 25:24

**f**

**face** 32:2
**fail** 35:14
**failure** 23:19
**fair** 36:11,13
**fairfield** 11:11
**familiar** 32:19
35:14
**familiarity** 36:3
**fan** 13:14 33:20
**fantastic** 13:20
**fast** 12:24
**fathom** 21:24
**favorite** 10:7
14:20
**favorites** 13:23
**federal** 3:13,16
28:8
**fedex** 2:17,23,24
3:14,17,19,20,21
4:3,24 6:8 8:3,3
15:24,25 16:3,21
16:23 17:14,20
17:24 18:2,15,20
18:22,23 19:1,20
19:25 20:1,12

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 47 of 58 PageID #: 225

22:14,15,24 23:2
23:5,9,12,15,19
23:22,24 24:3,10
24:13,15,23
26:13,14 27:11
28:14,19 30:9
32:18,20,24 33:2
35:14 36:10
40:8
**fedex's** 4:1
**fee** 27:20 28:1
**feel** 7:14 9:11
17:19,20 25:22
25:23 32:2,4
37:20,22
**fees** 27:22
**fight** 29:25 32:4
**fighting** 31:22
**figure** 4:4 5:2
19:19
**filar** 1:10 42:5
42:16
**filming** 8:19
**final** 15:13
**financial** 7:9
13:5 20:12
23:20 24:24
28:11 32:21,25
**financially** 33:4
**financing** 11:8
12:16
**find** 31:13 34:14
**fire** 36:8,15
**first** 3:6 4:25
5:15 10:15,16,17
15:12 22:24
24:5 27:3 28:2
32:19 36:11

39:4,21 40:13
**fit** 9:13
**five** 3:1 20:8,16
20:18 24:9 34:8
**fleet** 11:17 17:2
**flip** 32:9
**flood** 7:1
**florida** 12:8
**flow** 20:6
**fluctuates** 13:2
**focus** 16:25
17:23
**focuses** 17:24
18:2
**focusing** 17:22
**folding** 18:15
**folks** 11:5
**followed** 22:12
**foremost** 5:15
**form** 9:1,8
**formally** 33:23
**formation** 4:16
**former** 21:4 37:3
**four** 13:3 15:14
16:15 34:23
**fourth** 25:4,4
36:15
**franchisee** 26:8
26:24 27:2,20,22
28:3,5
**franchisee's** 27:9
**franchisees**
27:23 28:4,9,10
28:12,13,15
**franchisor** 27:5
27:8
**franchisors**
28:10

**freaking** 22:2
**free** 6:23 35:23
35:25 36:4,9,13
**friday** 28:25
29:3,4
**frustrated** 18:24
18:24
**frustration**
29:24
**fuel** 11:15 23:20
39:7,9 40:4,7,10
**full** 40:19
**fully** 23:2
**fun** 3:7 14:19
37:3 40:16
**functions** 5:10
**further** 18:13
**future** 15:18
17:15 23:15
24:12 25:12
41:3

**g**

**game** 34:23
**games** 35:1
**gauntlet** 31:7
**general** 15:25
**georgia** 11:25
**getting** 12:12
22:17 29:15
32:23 36:21
**ghost** 21:18
**give** 5:11 14:23
15:22 22:6
34:14 35:4 36:7
38:21
**given** 7:7 28:20
39:2

**giving** 14:25
**glad** 40:21
**go** 5:17,23 8:16
10:13,15,16,17
12:24 14:18,20
15:3 17:1,10,12
18:8,8 19:7
30:23 32:16
33:1,7 40:7
**goal** 6:1 8:1
**goes** 8:5 9:18
20:25
**going** 2:11,19,22
2:23,25 3:1,2,7,8
3:8,9 4:24 5:7
5:20,23 6:13,17
6:21,24 7:18 8:7
8:8,18,23 9:20
9:24 10:17,22,24
10:25 14:1,5,22
16:5,9,21,24
17:14,17 18:8,18
19:7,10,15,21
20:6 22:1,6,9
23:12,21,21 24:1
24:7,10 25:15
26:2 29:5,12
30:4,23,24,25
31:1 33:16,17,21
34:5,16 36:19
38:8 39:18,23
40:10,11,12,23
40:24
**good** 3:2 8:10
9:13 11:17
12:13 14:3,9,11
15:10 19:8
22:15 25:9

29:10 34:21
36:5 37:22
38:17 40:19
**gosh** 10:21 22:1
32:5
**goss** 18:9
**governance** 5:19
**grasp** 23:2
**gray** 37:14,16
**great** 6:5,6 11:6
11:9 12:11 13:4
14:5 15:7 18:11
20:8 22:8,8,16
29:12
**gritty** 29:15
**groan** 40:17
**ground** 2:17
3:14,17,19,20,22
4:24 8:3,3 15:25
16:4,21,23 17:6
18:2,23 19:3,17
19:23,23 20:5,12
22:25 23:2,6,19
23:24 24:3,10,13
24:15,23 26:14
27:11 28:14,19
32:18,20,25 33:2
35:14 40:8
**ground's** 2:23,24
15:24 17:14
26:13
**growth** 12:4
16:25 24:13
**guard** 37:4
**guys** 11:2 13:7
14:15 15:3

## h

**half** 2:8 7:7
13:16,16
**halls** 15:4
**hallway** 14:25
**handle** 31:16
**handling** 12:10
**hanging** 40:15
**happen** 16:20
**happened** 34:13
34:18
**happening** 22:13
**happy** 20:4
40:18
**hard** 24:6
**harsha** 22:7
**hashtag** 28:25
34:19
**haul** 6:3,4,7,9,12
22:11
**head** 23:4
**headed** 24:12
**heads** 33:8
**health** 28:11
**healthy** 36:14
**hear** 33:23
**heard** 2:6 17:2
**heartbeat** 5:5
**heavier** 16:12
**heavy** 17:12
**hello** 11:18
**help** 7:18 38:12
**helpful** 4:2 8:1
**helps** 11:14
**hereinbefore**
42:9
**hey** 12:11 35:17
37:6

**high** 12:4 14:16
25:5 33:19
**higher** 36:22
39:11
**highest** 16:23
**hire** 27:11
**hiring** 32:23
**historical** 28:12
**historically** 27:1
39:9
**hit** 33:16,18
**hold** 6:17
**hologram** 13:17
**home** 17:6 34:25
**honestly** 37:15
**hook** 38:22
**hope** 24:15 41:1
**hopeful** 28:17
**hopefully** 4:1
**hoping** 34:11
**host** 26:21
**hosted** 21:3
**hotel** 2:9,10,11
**hour** 5:8
**hours** 4:16
**hurt** 8:2

## i

**idea** 8:12
**ideas** 8:14
**imagine** 12:24
22:1,17 38:3
**immediate** 20:11
20:15,19 39:24
**immediately**
25:20
**impact** 18:17

**impending** 18:14
**important** 15:24
**inaudible** 14:12
15:11 21:6
**incentives** 32:21
32:25
**incompatible**
16:3 17:15
**increase** 23:25
39:9
**incredible** 21:12
37:11
**incredibly** 24:9
30:12
**individual** 17:8
**individually**
7:21
**industry** 26:12
**info** 1:5
**information**
3:24,25 4:2
34:15
**initiatives** 8:9
**inner** 7:13
**inning** 34:25
**inside** 16:19
**insight** 15:16
**integrated** 19:22
**intense** 31:23
32:8
**interest** 7:2
**interesting** 25:2
39:13
**interestingly**
27:24
**international**
25:17 26:1

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 49 of 58 PageID #: 227

| | | | |
|---|---|---|---|
| **introduce** 9:17 | 32:12 35:4,5 | **left** 17:7 | 40:17 |
| **introduced** 14:8 | 36:23 40:13 | **legal** 27:21 | **live** 19:10,11,12 |
| **inventory** 9:19 | **kneecap** 30:2 | **legally** 30:18 | 32:6 |
| 10:18,25 | **knock** 3:10 31:3 | **lending** 12:16 | **lives** 7:7 |
| **investment** 4:3 | 36:16 | **length** 1:9 | **load** 9:24 |
| **investor** 24:11 | **know** 8:17 10:1 | **lens** 20:14,15 | **logistics** 4:17 |
| **investors** 18:25 | 10:11,23 11:5,14 | 25:11 | 9:16 |
| **invited** 9:12 | 14:15 15:21 | **letter** 20:11 | **long** 11:5 24:8 |
| **island** 21:4,18 | 16:15 18:7,16 | 22:13 | **longstanding** |
| **j** | 20:7,25 21:2,15 | **letters** 2:15,18 | 10:1 11:6 26:12 |
| **jackson** 13:12,14 | 21:20,21,21 22:5 | 20:21 36:19 | **look** 6:7 12:14 |
| 13:18,22 14:4 | 22:14,24 23:5 | **level** 14:25 15:2 | 15:19 18:25 |
| 25:21 32:14 | 25:11 26:3,7 | 37:9 | 25:9,11 33:18 |
| **jared** 37:14,15 | 27:6 29:10,17,17 | **life** 38:3 | **looked** 17:25 |
| 39:6 | 29:20,24,25 30:3 | **lifetime** 10:8 | **looking** 12:12,22 |
| **jared's** 38:24 | 31:2,7,15,24 | **light** 36:8 | 20:14,14,15 |
| **jeter** 34:24 | 32:2,5 33:11,15 | **lighter** 17:23 | 22:21 24:8,20 |
| **johnson** 11:20 | 33:24 34:4 35:6 | **lightning** 34:6,8 | 25:8,11 35:8 |
| **joined** 3:5 | 35:22,25 37:23 | 38:13,16 | 36:6,10 |
| **jokes** 3:9 | 38:12,13,21 39:2 | **line** 6:2,4,7,9,12 | **looks** 12:2 |
| **justify** 25:22 | 39:4 | 22:11 | **lot** 2:14 8:4 11:5 |
| **k** | **l** | **lines** 14:6 | 17:9,12,18 19:3 |
| **k** 32:11,17,19 | **lakeland** 12:8,13 | **link** 5:21 | 21:19 23:1,9 |
| 33:3 | **lanier** 21:3 37:1 | **listed** 11:3,12,21 | 26:18 28:4,22 |
| **keep** 12:16 30:23 | **large** 17:10,13 | 12:1,9,19 13:3 | 30:4 31:11 |
| **kentucky** 13:3 | **larger** 15:19 | **listen** 30:21 | 32:23,24 33:13 |
| **key** 5:19 | **largest** 2:24 17:3 | 31:13 | 35:22 36:7,8 |
| **keynote** 39:17 | **las** 2:5 | **listings** 9:20 | 37:3 40:5,9,16 |
| **keynotes** 5:9 | **laugh** 3:8 40:17 | **lists** 35:11 | **lots** 13:6,6 27:17 |
| **kidding** 30:3 | **law** 5:3 | **literally** 5:4 7:6 | **louisville** 13:2 |
| **kill** 23:7 | **lawn** 16:15 | 10:23 13:19 | **love** 2:21 10:11 |
| **kind** 6:18 9:25 | **lead** 39:23 | 21:23 23:11 | 13:14 14:16 |
| 12:11 14:6 | **learn** 9:23 | 30:22 40:6 | 15:5,6 18:11,12 |
| 15:17,21 16:19 | **lease** 11:18 | **litigation** 26:15 | **loved** 29:14 |
| 18:9,14,15 25:14 | **leave** 39:16 | 26:17 | **low** 11:12,14 |
| 25:21,22 26:7 | **led** 23:3 | **little** 3:8 5:7,11 | 12:20 |
| 29:19 31:12 | | 14:16 18:14 | |
| | | 26:9 29:20 | |

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 50 of 58 PageID #: 228

| m | | | |
|---|---|---|---|
| **macomb** 42:3,6 42:17 | **means** 3:18 4:11 16:20,22 18:21 30:24 32:23 | **months** 22:12 23:25 24:15 29:2 | 23:12,16 28:20 36:20,24 39:19 |
| **mail** 35:17 | **media** 3:1 28:25 29:1 | **moonwalks** 13:19 | **nevada** 2:6 |
| **maintain** 11:14 | **meet** 28:2 | **morning** 37:17 | **never** 39:20 |
| **major** 39:17 | **meeting** 37:2 | **motivated** 11:8 12:22 | **new** 4:8 9:19,20 11:1 16:4 20:1 |
| **majority** 6:4 | **members** 6:14 | **move** 11:8 | 23:1 32:11,17 |
| **making** 30:17 32:18 39:18 40:20 | **messaging** 28:16 | **mover** 12:22 | 33:6 35:18 |
| **man** 22:3 | **methods** 12:17 | **moving** 15:20 | **nice** 12:7 |
| **management** 11:22 | **metric** 39:1 | **multibillion** 7:13 39:23 | **nicely** 16:18 |
| **manager** 11:3 12:9 | **metrics** 39:7,11 | **multiple** 13:15 39:22 | **night** 23:4 |
| **managers** 11:13 12:1,22 13:3 | **michael** 13:12 13:13,17,22 14:4 25:21 32:13 | **murder** 21:15 | **nine** 11:11,20 12:18 |
| **manner** 30:19 | **michigan** 42:2,6 | **mystery** 21:16 | **nitty** 29:15 |
| **map** 24:20,21 | **mileage** 11:13,14 11:18 | n | **nominate** 5:21 5:23 6:16 |
| **margin** 16:24 | **million** 12:1 | **name** 3:6 4:9 | **nominating** 5:12 7:2 |
| **mark** 25:5 | **minded** 25:7 | **nashville** 4:14 | **nomination** 6:20 9:1,3,8,10,14 |
| **markedly** 36:22 39:11 | **mindful** 17:14 | **near** 41:3 | **nominations** 1:5 4:19 8:17 |
| **market** 12:3 | **minds** 27:21 | **nearly** 26:25 31:17 | **non** 3:25 |
| **massive** 23:18 | **mine** 10:11 13:9 13:24 | **neatly** 16:16 | **north** 12:18 |
| **materially** 3:25 4:2 | **minute** 5:24 34:8 | **need** 11:16 21:20 34:12 39:4 | **nose** 29:11 |
| **materials** 2:15 | **minutes** 5:8 | **needed** 38:12 | **notary** 42:5,17 |
| **matter** 7:20 33:14 | **mirror** 6:10 | **needing** 15:19 | **notes** 42:8 |
| **mattresses** 16:16 | **mixture** 6:4 | **needs** 15:18 23:20 35:19 | **notify** 9:7 |
| **mean** 8:12 21:14 21:19,23 25:20 25:25 29:9 30:1 37:24 38:4,8,11 38:12 40:6 | **mma** 31:22,24 32:1,5 | **nerd** 7:11 | **november** 28:24 |
| **meaning** 36:13 | **model** 26:13 | **nerds** 7:10 | **nude** 38:5,6 |
| | **moment** 5:12 20:13 25:8 | **network** 15:25 16:10,11 17:14 18:5,17,21,23 19:21,23 20:6,18 22:20,25 23:3,8 | **number** 7:10 27:8,15 28:21 31:16 |
| | **monday** 33:15 | | **numbers** 33:6 |
| | **money** 16:1,2,23 30:25 36:8 40:1 40:5 | | **nuts** 40:9 |

| o | operator 11:6 | p | 17:18 21:3 23:1 |
|---|---|---|---|

**o** 22:7
**obviously** 2:14
9:21 13:2 26:20
29:5 33:13
**offer** 32:25
**official** 4:16
**officially** 4:18
8:17
**offset** 33:1
**oh** 10:21 14:9
19:11 21:25
22:2 29:8 32:5
38:5,11
**ohio** 11:11
**okay** 10:14,19,25
13:8,13,25 15:6
15:11 19:11,19
20:23 34:17
35:13 38:19
**old** 34:22 35:25
**ongoing** 26:16
**open** 6:13,15
8:18 35:11 36:4
36:6,20
**opened** 4:19
5:21 26:8
**operate** 17:3,4
**operated** 18:22
**operating** 4:24
17:13
**operation** 11:12
11:23 13:1
**operationally**
29:16
**operations** 6:5
12:10 30:14

**operator** 11:6
**opinion** 7:20
**opinions** 3:19,21
**opportunistica...**
25:8
**opportunities**
11:1 35:5,7
**opportunity**
11:9,21 12:20
25:17 39:20
**optimistic** 20:18
24:9
**options** 28:23
**order** 28:2 31:10
**oregon** 11:2
**organization**
2:17
**organize** 28:6
**organized** 7:21
**outcomes** 24:17
24:22
**outlets** 3:1
**outlined** 5:17
**outlook** 15:22
**outlooks** 20:16
**outstanding** 15:5
36:12,12
**overlap** 18:3
**overlapped** 17:5
**oversize** 16:7,8
16:10,14,24,25
**oversized** 16:2
17:12,15
**overview** 5:11
9:16
**owners** 3:24 5:4
7:22

**p**

**p&d** 11:2,3,11
11:21,25 12:8,18
**package** 16:1,14
16:19 17:22
**packages** 16:3,3
16:7,8,10,13
17:16,23,25
**page** 9:2
**painful** 33:3
**parcel** 15:21
**paris** 2:9 15:4
**part** 3:9 23:14
24:5 27:10 30:3
36:19 39:14
40:18
**participate**
25:17
**party** 21:3 37:1
**patton** 2:3 3:7
4:9 10:19 13:9
14:3,11 15:5,10
15:23 18:12,20
19:7,14 21:5,7
21:12,17,25
22:16 25:19
26:5,11 29:8
30:1,6 31:24
32:8,16 34:7,12
34:20 35:2,9,13
37:6,20 38:18,23
39:6
**pay** 23:10 30:24
31:10 36:1,11,12
**peak** 16:5,6
32:20,22
**people** 2:13 6:23
7:1,5,8,11 9:13

17:18 21:3 23:1
31:12 32:23
35:22 36:8,9
37:18 38:1,6,7
**people's** 21:9
**percent** 6:8,9
11:16 12:10
23:2,11 25:3,6
39:8,10
**performance**
28:12
**period** 28:24
**perks** 12:7
**permission**
14:24
**person** 32:6
**personality**
14:15
**pickup** 6:1,6,9
6:12
**piece** 22:24
**pieces** 11:15
22:14 40:10
**pillow** 23:4
**place** 11:22 12:1
12:9 13:3 42:9
**planet** 37:22
**planning** 36:2
**play** 8:8 24:13
**playing** 40:19
**please** 38:11
**poaching** 29:19
30:21 31:3
**point** 12:20
14:16 21:9
**pointed** 36:18
**pointing** 36:24

www.veritext.com          Veritext Legal Solutions          800-556-8974

**polo** 25:17 26:1 26:3
**portland** 11:2,9
**positivity** 14:17
**possession** 35:15
**possible** 7:23 24:16
**post** 5:22 21:20 35:16
**posted** 35:6 36:21
**potentially** 12:4 28:15
**power** 39:15,21 40:22
**powerful** 40:10
**practices** 4:6
**precedent** 23:22
**press** 2:17 4:15
**pretty** 13:20 15:14,15
**price** 2:23 4:1 36:11,12 40:8
**prices** 23:20 40:6
**pride** 31:22
**prince** 37:18
**prison** 21:4 22:1
**prisoner** 37:4
**private** 37:18
**probably** 14:15 40:17
**problem** 30:16
**process** 6:14 7:22 22:11
**professionally** 8:22 9:7

**professionals** 4:17 9:16
**profitability** 31:2
**profitable** 4:5 11:12,23
**programs** 27:14
**progresses** 15:20
**promised** 40:16
**prong** 27:1,3,18 27:19 28:1,1
**protections** 28:4 28:8 33:14
**proud** 8:23
**provision** 28:1
**public** 3:25 22:19 35:17 42:5,17
**pull** 10:14 19:16 19:17
**purchasing** 39:15,21
**pure** 24:13
**purple** 28:25 29:3
**pursue** 28:23
**put** 8:12 16:5 23:4 27:11
**putting** 16:17

**q**

**q&a** 9:21 10:5,6 10:13 15:6
**qualifies** 13:23
**qualify** 27:24
**quarter** 25:4,5
**question** 10:2,4 10:4,7,19 15:12

15:15 17:8 18:9 20:24 21:2 22:5 22:10,11,17 25:14 26:6 29:9 29:12,14 32:10 34:3,10,13,17,22 35:3,10 37:10,11 38:19,24,25
**questioning** 40:22
**questions** 9:23 9:24 10:3 21:16 21:19 37:4,15 38:17
**quick** 3:10 12:22
**quickly** 11:9 12:24 35:24

**r**

**race** 31:2
**raj** 20:1
**ramp** 32:21
**ranges** 24:17 39:2,12
**rapidly** 24:22
**reacting** 34:9
**read** 10:17 29:6 33:20
**reading** 20:25
**reaffirming** 20:1
**real** 3:10 7:12 13:18 24:25 40:12
**realize** 35:24
**really** 4:21 6:23 7:4,8,9,12 8:22 9:6 12:5,7,10,11 12:13,20,24 13:5

13:6,13 14:5 15:2 17:22 20:8 20:20 24:11 30:13,16 31:4,7 32:8 33:5 37:3 40:10,14
**reason** 16:9
**receive** 7:21
**recommend** 39:3
**recommendati...** 29:23
**recommended** 3:13
**record** 5:24 6:21 8:21,24 9:3,9 14:22 32:13 36:25
**records** 13:5
**reductions** 18:16
**regular** 13:2
**regulators** 28:8
**relationship** 28:14
**release** 4:15
**released** 16:4
**releases** 2:18
**remain** 20:17
**remember** 23:15 24:6
**remote** 12:13
**renee** 29:6
**renee's** 29:14
**rental** 32:23
**reopened** 26:18
**representation** 6:6,7
**representing** 25:18

research  33:22
residences  17:11
resolved  23:16
  23:18 24:7
response  22:14
responsibilities
  5:16
responsibility
  42:11
responsible  9:18
rest  33:25
restoration  25:1
restore  20:12
result  23:18,20
results  19:3
retail  40:5
reveal  40:14
revealing  39:22
revenue  11:16
  39:8,10
richard  15:12
right  7:20 9:3,5
  13:9 15:1 16:25
  19:11,11,16 20:4
  20:11,23 21:11
  22:13,18 23:8
  24:20,23 25:13
  27:5 29:9 30:8,8
  32:4 34:21
  35:10 36:15,20
  36:24 38:4,9,24
  39:5 40:24
rights  4:25
road  4:10 27:12
robbins  14:8,14
  14:25 15:2
robust  24:9

rocket  19:18
roles  5:17,19 8:7
roll  40:24
roof  2:9
rooms  2:10
round  34:6,8
  38:13,17
route  3:12,14
  9:17,19 17:4
  22:12 29:7 36:2
routes  4:3,10,13
  11:3,12,21 12:1
  12:9,19 13:1
  15:17 20:5,13
  22:12 25:1,3,6
run  12:12 23:6
  30:11 33:6 34:5
  34:25
running  4:13
  8:10
runs  9:17

**s**

safely  17:4
sales  37:1
saturday  33:15
savannah  11:25
  12:2
savings  39:24
saw  25:4
saying  22:18
  35:11,25
says  21:3
sba  11:4 12:3,4
scarring  38:3
scenario  17:8
  33:17,18

schedule  32:11
  32:17,19 33:3
scientist  19:18
screen  10:5
sea  28:13
season  16:5,6
  32:20
second  27:18
  32:9 36:15
seconds  32:1
see  5:18 8:3,4
  14:24 15:19,20
  17:3,12 20:6,19
  24:23,25 26:10
  28:19 32:14,15
  34:22 35:6,24
  38:7 41:1,2,3
seeing  19:20
  25:3 28:21
  35:11
seeking  35:20
seen  2:15 13:15
  13:19 20:10
  25:6 29:22 31:6
  36:7,22 38:1
  39:9
self  5:21 6:20
  8:17 9:1,8,14
seller  11:7
send  35:17
separate  18:23
  19:2
september  6:15
  6:16 42:12
series  34:23,25
serious  34:14
serve  4:20 5:25
  7:3 9:11

served  9:22
serviced  35:18
  35:19
set  8:20 16:15
  28:23 33:12,19
seven  6:1,11
  11:1 27:22
  33:18
share  3:24 8:8
  8:14
shareholders
  2:24
sheer  36:20
shifts  32:18
shoebox  17:23
short  6:21
shot  26:4
show  13:12,14
  13:15,22 14:5
  18:11,11 22:8
  37:18 38:20
showing  37:17
shows  22:8
side  6:3,7 11:2
  13:11 19:1
  40:11
sides  26:19
signature  42:16
signed  39:22
significant  20:20
  22:20
signing  5:13
silver  31:15
single  4:23 40:1
site  5:18
situation  24:3
  29:16

Case 3:22-cv-00656  Document 17-6  Filed 09/19/22  Page 54 of 58 PageID #: 232

| | | | |
|---|---|---|---|
| **six** 13:4 23:25 | **specific** 40:11 | **stenographic** 42:8 | 35:9 |
| **size** 17:23 | **spence** 34:4 | **steps** 24:16 | **surge** 32:13 |
| **skeptical** 25:24 | **spencer** 3:7 4:9 | **stern** 31:4 | **t** |
| **skin** 31:11 | 13:8 14:8 15:12 | **stock** 2:23 4:1 | **table** 28:17,23 |
| **slide** 16:13 | 15:16 17:18 | **stolen** 15:7 | **tail** 20:8 |
| **slit** 30:15 | 18:9 20:23 | **stop** 23:25 34:8 | **take** 10:12 19:18 |
| **small** 3:23 5:4 | 22:14,18 25:13 | **stops** 23:9 32:12 | 21:8 25:9 35:14 |
| 7:22 15:21 | 26:6 29:15 30:5 | **stories** 37:21,22 | 35:20 37:2 |
| **smaller** 15:21 | 31:19 32:10 | **story** 21:19 | **taken** 22:19 42:8 |
| **smart** 4:21 | 34:22 35:3 | 40:25 | **takes** 24:16 31:9 |
| **smartest** 27:21 | 38:25 | **strategy** 17:2 | 33:13 |
| **social** 28:25 | **spend** 40:1,5 | **street** 2:22 18:24 | **talk** 2:14 5:1 |
| **software** 37:1 | **sponsored** 3:14 | **stroll** 10:2 | 6:24 9:12 17:2 |
| **sold** 2:9 | **sporting** 10:8 | **strong** 13:6 | 20:21 41:3 |
| **solve** 39:14 | **sprung** 10:19 | **stronger** 30:13 | **talked** 19:24 |
| **somebody** 38:5 | **stack** 16:16,18 | **structure** 28:21 | **talking** 5:9 8:7 |
| 39:3 | **stadium** 34:24 | **struggle** 7:19 | 18:18 22:19 |
| **someone's** 39:10 | **staff** 11:13 | **struggling** 28:22 | 26:23 29:2 |
| **somewhat** 18:7 | **stage** 13:20 | **stuff** 32:17 34:1 | 33:25 |
| **soon** 32:15 34:5 | 25:16 26:7 | 38:3 | **talp** 1:5 9:15 |
| 41:3 | **stance** 22:19 | **stupid** 10:24 | **target** 39:2 |
| **sorry** 38:12 | **stand** 20:19 39:1 | **submit** 9:4 | **teach** 4:7 34:1 |
| **sorts** 7:5,16 | **standard** 27:24 | **substantial** 27:9 | **team** 14:24 |
| **sounded** 22:20 | **standards** 30:10 | 33:2 | **teaser** 39:16 |
| **sounds** 19:8 | **standpoint** 20:19 | **substantially** | **technology** |
| **soup** 16:19 | **start** 15:16 36:14 | 19:22,22 | 27:14 |
| **source** 11:17 | **started** 12:12 | **sultan** 25:16 | **tell** 3:8 10:11,11 |
| **southern** 12:3 | **starting** 16:6 | **sunday** 33:15 | 14:14 33:5 36:9 |
| **space** 7:8 12:21 | **state** 28:8 42:2,6 | **super** 11:12 | 37:25 |
| 15:20 22:21 | **stated** 42:9 | **supervision** | **telling** 13:18 |
| 23:2 27:22 35:7 | **states** 2:8,25 | 42:10 | **ten** 4:19 5:8,20 |
| 36:10 39:3 | 3:23 4:11 17:7 | **support** 11:7 | 5:20,25 6:14 |
| **spare** 11:22,22 | 27:25,25 35:19 | 12:12 | 12:8 |
| 12:2 13:4 | 39:25 | **supporting** 20:9 | **tennessee** 4:14 |
| **speak** 2:19,19 | **staying** 18:10 | **surcharges** 16:4 | 11:20 |
| 9:23 33:9 34:2 | **steal** 10:24 14:1 | **sure** 6:5 9:6 22:7 | **tenured** 11:6 |
| **speaking** 28:18 | 31:8,8 | 24:19 34:15 | |

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 55 of 58 PageID #: 233

| | | | |
|---|---|---|---|
| **term** 20:19 | 24:18 | **tires** 16:15 | **transcribed** 1:10 |
| **terminal** 18:16 | **third** 27:19 28:1 | **today** 2:19 3:20 | 42:10 |
| 27:17 29:22 | 36:15 | 3:24 4:15 38:14 | **transcript** 42:8 |
| 30:15,22 31:3,17 | **thought** 10:23 | 38:22 40:16 | **transition** 11:6 |
| **terminals** 19:2 | 14:1 27:1 | **today's** 34:19 | 18:14 |
| 19:15 20:5 | **thoughts** 26:9 | **tongue** 19:9 | **treatment** 28:9 |
| 30:11 | 29:25 32:11 | **tony** 14:8,14,25 | **tries** 32:20,25 |
| **terms** 6:4 26:9 | **thousand** 11:21 | 15:2 | **truck** 11:18 |
| **territory** 11:13 | 12:19 | **tools** 24:4 | 12:14 18:1 |
| 11:19 13:5 17:6 | **thousands** 2:12 | **top** 16:18 | 19:16,17 37:25 |
| 35:15,18,19,21 | 2:12,13 | **topics** 25:14 | **trucks** 4:10 12:2 |
| 35:25 36:3,4 | **three** 2:16 5:24 | **total** 32:12 | 17:13 27:6,12 |
| **test** 27:1 | 6:2,11 20:7,15 | **totally** 13:25 | 36:2 |
| **thank** 15:9 37:7 | 20:18 24:8,14 | 14:9 37:9 | **true** 13:11 15:8 |
| 37:10,12 40:15 | 27:1 29:2 31:9 | **touching** 18:8 | 42:7 |
| 40:19,20 | **threshold** 33:12 | **tough** 24:15,16 | **truth** 30:18 33:5 |
| **theme** 13:10 | 33:16 | 30:8 31:25 32:6 | **try** 30:23 |
| 18:10 | **thresholds** 33:19 | **tournament** | **trying** 4:4 5:1 |
| **therapy** 38:14 | 33:25 | 15:14 | 6:10 8:2 12:15 |
| **thing** 3:4 13:18 | **throat** 30:15 | **toxic** 29:20 | 23:17 29:24 |
| 15:24 17:17 | **throw** 31:7 | **track** 29:1 | 30:19 38:9 |
| 24:23 38:4 | **thunder** 10:24 | **trade** 3:25 4:16 | 39:14 |
| 40:13 | 14:2 | 4:20,21,22 5:7 | **tuesday** 33:15 |
| **things** 2:18 7:16 | **tie** 34:25 | 5:10,15,19 6:25 | **turn** 31:12 40:20 |
| 10:22 16:16 | **tightening** 18:16 | 7:1,18,24 8:2,6 | 40:22 |
| 22:22 37:24 | **time** 3:6 6:19,20 | 8:10,15 9:15 | **turnaround** |
| 39:6 40:1,3,4,12 | 10:15,16,17 | **trademark** 27:4 | 36:16 |
| **think** 6:24 8:9,14 | 22:15 23:8 25:8 | 27:5,7 | **two** 2:24 5:24 |
| 8:22 9:13,22 | 28:24 31:17,18 | **trading** 2:17 | 6:11 11:13 12:1 |
| 11:4 13:23 | 34:2,5 35:24 | **traditional** | 12:22 19:25 |
| 16:17 18:17 | 36:9 39:4,21 | 12:16 | 20:24 27:8 28:2 |
| 19:5 20:7 21:9 | 40:19 42:9 | **traditionally** | 31:8 35:1 37:25 |
| 22:15,21,23 24:5 | **timeline** 24:8 | 39:7 | **type** 7:19 13:16 |
| 24:8,23,25 28:16 | 28:24 | **trailer** 16:18 | 16:1 17:12,22 |
| 28:19 37:15 | **times** 9:22 11:5 | **training** 27:13 | 31:22 |
| 40:3 | 13:15 17:18 | 29:20 | **types** 18:5,19 |
| **thinking** 14:5,9 | 27:16 | **trampoline** | **typically** 39:2 |
| 14:12 18:4 | | 16:15 | |

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 56 of 58 PageID #: 234

| u | | | |
|---|---|---|---|

**u**

**u.s.** 5:5 31:23
**ufc** 31:22
**uglies** 17:24
**unclaimed** 20:24
22:10
**undersigned**
42:11
**understand** 5:13
7:13 15:24
22:23 24:19
**understanding**
30:20
**unexpected**
37:18
**unified** 7:20
**unique** 7:5
**united** 2:8,25
3:23 17:7 27:25
35:19 39:25
**unnecessarily**
30:23
**unusual** 9:22
**update** 1:5 9:20
35:4
**ups** 17:20,21
19:1
**use** 4:5 24:4 27:4
27:5,14
**usually** 36:4

**v**

**valid** 37:13
**value** 7:15 25:1
25:5
**vans** 15:21
**various** 24:22

**vegas** 2:6 13:10
13:10,12,15,21
14:23 18:10,11
22:7,8,9 31:21
32:14 41:2
**vehicle** 17:3
23:21
**vehicles** 11:22
13:4 15:19,19
32:24 40:4
**vendor** 27:15
**venezuela** 25:18
26:3
**viability** 20:13
**video** 5:24 6:21
8:18,21,24 20:11
36:18
**videos** 2:15
20:21
**vocal** 23:17
**voices** 7:22
**volume** 18:19
20:6 33:14
36:20
**vote** 9:12
**voted** 8:13
**votes** 6:15
**voting** 6:17,22

**w**

**wage** 23:21
**wages** 30:22
**wait** 9:1 22:9
32:14
**waking** 23:10
**walk** 5:6 15:1
**walked** 34:24

**walking** 14:17
**wall** 2:22 18:24
24:21
**want** 5:6,11 6:5
6:21 8:3,4,21
9:4,17,21,23
10:6,22 12:3,11
12:23 17:1,3
18:1 21:6 25:10
33:9 34:5
**wanted** 8:16
34:2
**wanting** 38:7
**wants** 8:24 21:21
21:21
**waste** 19:16
**watching** 40:7
**water** 25:5,17
26:1,3
**way** 5:12 7:15,25
8:22 23:16 24:6
24:7,7 29:1,8,8
29:12 30:7
31:13 33:1
34:10 35:8
36:17
**ways** 5:2 24:2
31:11,16
**we've** 5:17 7:1,5
11:20,25 12:8,18
25:6,19 28:23,25
29:17 36:22
37:15 39:9 40:5
40:16
**web** 5:18 9:2
**webinar** 2:4,4
3:5,7 10:1 19:10
19:11,12 34:19

37:7 40:7 41:2
**website** 35:16
**wednesday** 2:4
33:15
**week** 4:18 6:17
11:2 12:25 13:7
14:7,7,23 15:4
30:5 32:13
33:13
**weekly** 33:16
**weeks** 2:16
18:20 24:11
29:3
**weight** 17:23
**welcome** 2:3,3
3:6
**went** 14:13
18:10
**west** 11:9
**whatsoever** 3:16
**wheeler** 6:3
**wider** 16:13
**width** 16:12
**willing** 11:7
**win** 19:23 37:11
**wind** 20:8
**winners** 6:18
**wise** 31:2 39:1
**wish** 31:14
**wonder** 38:5
**word** 19:5
**work** 15:10
30:12 31:14
**workings** 7:13
**world** 9:19 34:23
34:25
**worries** 34:1

Case 3:22-cv-00656   Document 17-6   Filed 09/19/22   Page 57 of 58 PageID #: 235

**[worst - zoom]**

| | |
|---|---|
| **worst** | 22:4,5 |
| | 38:16 |
| **wow** | 25:19 26:5 |
| | 32:6 37:6,6,20 |
| | 37:20 |

**y**

| | |
|---|---|
| **yankee** | 34:23 |
| **yay** | 22:8 |
| **yeah** | 15:23 21:12 |
| | 22:16 26:11 |
| | 30:1,6,6,8 31:19 |
| | 31:24 32:7,16 |
| | 34:4,7,7 35:13 |
| | 36:25 38:12,18 |
| | 38:23 39:6 |
| **year** | 20:18 32:12 |
| | 33:3 |
| **year's** | 33:4 |
| **years** | 7:6 14:13 |
| | 17:2 18:25 |
| | 19:25 20:7,8,16 |
| | 24:9 37:25 |
| | 39:19 |
| **yep** | 15:9 35:3 |
| **yesterday** | 16:4 |

**z**

| | |
|---|---|
| **zoom** | 40:23 |

www.veritext.com          Veritext Legal Solutions          800-556-8974