1

2

3

4

5    2022 Expo Recap & Initial Address of FedEx Ground TSP

6    Rate Announcement

7    _____/

8

9                August 24, 2022

10               Length - 47:50

11               Transcribed by Andrea Filar, CSR-8349

12

13

14

15

16

17

18

19

20

21

22

23

24

25

www.veritext.com            Veritext Legal Solutions            800-556-8974

Exhibit B6
Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 1 of 59 PageID #: 237

```
 1                              * * *

 2

 3               MR. PATTON:  Welcome everybody to our

 4     Wednesday webinar, excited to have you here.  This has

 5     been a week.  For those of you that are joining us for

 6     the very first time on the webinar, welcome, we're

 7     thrilled to be able to have you.  My name is Spencer

 8     Patton.  I am the owner of Route Consultant.  I'm also

 9     one of the largest contractors in the United States to

10     FedEx Ground.  I have 225 employees, 275 trucks on the

11     road across 10 different states.  I'm based here in

12     Nashville, Tennessee.

13               The idea behind these webinars, we've

14     been doing them for years, is not to be a boring webinar

15     that drills content into your head, that's just not who

16     we're about.  We're going to entertain you.  We're going

17     to hear, you're going to hear some dad jokes today.  And

18     everybody, each week you're going to come away with

19     something that's going to make you laugh or we have

20     failed in our job.

21               So we're going to teach you a lot about

22     FedEx Ground, we're going to teach you from time to time

23     about Amazon, we're going to have all sorts of different

24     content, but always we have open Q&A.  So more than half

25     of our session will be tailored for you to be able to ask
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1     questions and make sure that you get the most out of this

 2     webinar experience.  You have me here today, you have

 3     Annalee who runs Route Consultant, and whatever questions

 4     you've got, whether it's in this webinar or anything

 5     else, then we will do our best to answer those for you.

 6                        For those of you that are here for the

 7     first time, the way to ask questions, if you look at the

 8     bottom of your Zoom screen, or for those of you mobile

 9     you pull up the menu, there's a Q&A section.  That's

10     where we want you to ask the questions.  Not in the chat

11     box, but in the Q&A section.  And we also have this rule

12     here, it's time-honored tradition that you can't just

13     come into this webinar and ask us questions like you own

14     the place in here.  You first have to answer a question

15     about yourself.

16                        So the question of the week changes each

17     week.  So the question that you've got to answer is that

18     Annalee is newly pregnant.  We've announced that a couple

19     months ago and we are thrilled for Annalee and she's

20     needing a little bit of help with a baby name.  So she

21     has a little girl on the way and so the question of the

22     day is what is the name, what should be the name of

23     Annalee's daughter that is going to be born to her, so

24     we're going to have fun with that today.  All suggestions

25     are welcome.  I expect you all to have fun with this one
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1        and I know I'm going to, so I'll make a recommendation

 2        for Annalee.  But we'll get to that in a minute.

 3                     So you have to answer that question first

 4        and then type your question down below.  The better that

 5        you suggest the name, the more likely you are to get your

 6        question answered today, so we're going to have some fun

 7        with that.

 8                     I got to do the only boring thing though

 9        today which is to read a quick disclaimer into the

10        record, so allow me to bore you with that.  Route

11        Consultant is not endorsed by and is not recommended by

12        Federal Express Corporation and FedEx Ground.  Route

13        Consultant is not sponsored by, is not approved by, is

14        not associated with, and has no connection whatsoever

15        with Federal Express Corporation or FedEx Ground.

16                     All that means is that I'm not an

17        employee of FedEx Ground.  The opinions that I express to

18        you today are not the opinions of FedEx Ground but the

19        opinions of myself and some 6,000 other FedEx Ground

20        contractors that are just like me across the United

21        States.  The information I share with you today will not

22        be materially non-public information that you can trade

23        FedEx's stock price upon, but hopefully it will be

24        materially helpful information for you, whether you are a

25        prospective investor trying to understand what this whole
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        FedEx industry is about, or if you're a current
 2        contractor here and trying to figure out how to make your
 3        business more profitable or looking for updates on all
 4        the things that have been transpiring over the last 40
 5        days, you've come to the right place for that, all right.
 6                       So let's go into today's content.  Really
 7        it's going to be some updates on what we had happen last
 8        weekend.  And just about an hour before the webinar we've
 9        seen the first FedEx Ground response via a press release
10        essentially that went out to contractors, and so I'm
11        going to read an excerpt from that, that way you can hear
12        some of the language there and I'm going to give you some
13        of my feedback on that response.  So I'll get to that in
14        just one second.
15                       The Expo this last weekend was absolutely
16        sensational.  We had more than 60 percent of the entire
17        network attend our event out in Las Vegas.  We sold out
18        the entire Paris Hotel, all 3,300 rooms.  We sold the
19        Bally's Hotel that is next door to the Paris Hotel.  It
20        was incredible.  We had, in a four-week span of time, we
21        doubled our RSVPs.  That shows how passionate the network
22        is about what is going on.  We had a two and a half day
23        event, we had about 100 sponsors that were there.  Every
24        player in the FedEx Ground ecosystem was there.  About
25        five percent of our attendees were Amazon DSPs, and we're
```

www.veritext.com                 Veritext Legal Solutions                 800-556-8974

```
 1       seeing more overlap with that is that we're seeing FedEx

 2       Ground contractors that are also providing services to

 3       Amazon, so there was some interesting overlap there.  We

 4       had Amazon line haul contractors, we had FedEx line haul

 5       contractors.  All sorts of groups were, were there and

 6       present.

 7                       We will post in the chat my keynote

 8       presentations.  The day one keynote is the one that

 9       speaks to the current state of affairs.  I speak about my

10       own business and the challenges that I've experienced

11       there.  We talk about Purple Friday and the relation to

12       November 25th of 2022.  The message that I make sure

13       comes clear through there is there is no one that is more

14       appreciative to FedEx Ground than myself.  That was what

15       I started my keynote presentation with is that any

16       permutation of my message that says I am trying to hurt

17       FedEx Ground through my initiatives is completely false.

18                       I know FedEx Ground, who is undoubtedly

19       on this webinar, is not viewing me as doing something

20       favorable for the network here, and I can appreciate why

21       they may feel that way.  But I assure you, I am doing

22       this for the good of both FedEx Ground and their

23       contractors.  The network is in dire need of financial

24       attention and I provide a lot of data about that in my

25       own business.  And so for those of you that haven't had
```

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 6 of 59 PageID #: 242

1      the opportunity to see that day one keynote, I really

2      encourage you to take a look at that, so that way you can

3      get updated on what has happened over this last weekend

4      and what will be transpiring over the next three months

5      and one day between now and Purple Friday, November 25th

6      of 2022.  So get you all caught up on that.

7                      As I mentioned, about an hour ago Paul

8      Melander of FedEx Ground released a statement that

9      emphasized a direct address to the transportation service

10     providers, that's another way of saying the line haul

11     contractors, the 18-wheelers that are responsible for

12     moving trailers across the network.  So here's a couple

13     lines from this.  It says, "Both service providers and

14     FedEx Ground are operating in a challenging economic

15     environment, or climate.  FedEx Ground responses to

16     feedback from TSPs," transportation service providers,

17     "to address issues and concerns throughout the network

18     are provided in the recently posted general and peak

19     settlement information to mygroundbiz.com."

20                      "Some key highlights for the upcoming

21     year are," and it lists four bullet points.  The first

22     bullet point of his address says, "For the second year in

23     a row, fuel supplement rates will remain unchanged from

24     the previous agreement."  For the second year in a row,

25     fuel supplement rates will remain unchanged from the

www.veritext.com                    Veritext Legal Solutions                    800-556-8974

```
 1      previous agreement.  It goes on to list several other
 2      bullet points of things that they're highlighting from
 3      their announcement.

 4                      I could not believe the announcement when
 5      I saw it.  To say that if you look at FedEx Ground's
 6      supplements that they are charging as a surcharge to the
 7      customer, and you look over the last two years, would you
 8      expect that FedEx Ground's fuel surcharges are higher,
 9      lower, or the same over the last two years of time?  So
10      we know factually that fuel rates have gone up and FedEx
11      Ground has very publicly increased those fuel surcharges
12      over the last two years.  What I highlighted from the
13      June 23rd earnings report where FedEx released and
14      highlighted in their report saying that FedEx expanded
15      their margins by some 30 percent by passing through fuel
16      surcharges to the U.S. consumer, but then failing to pass
17      through those surcharges to the contractors, the very
18      ones consuming the fuel.  And that was something that has
19      lit this whole thing on fire to begin with is that FedEx
20      has been arbitraging what they're charging the U.S.
21      consumer and what they're giving to contractors.

22                      And so that's been a huge part of the
23      message from the beginning.  So to see from an hour ago
24      the first bullet point of the, of the announcement is
25      saying that for the second year in a row, fuel supplement
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1      rates will remain unchanged from the previous agreement

2      for their contractors is just a continuation of the tone

3      deafness that I've called out for the second time here.

4      Is that to, to examine our fuel expense and say let's

5      compare it now to what it was two years ago and to

6      highlight that in a release of saying that there is going

7      to be an unchanged number there, is something that,

8      again, is why I have recognized in my own business the

9      importance of Purple Friday.

10                  Is that at the end of the day we have to

11     see an alignment between the incentives of FedEx Ground

12     and their contractors.  And as long as FedEx is pushing

13     through surcharges to the end consumer but not passing

14     through those to contractors, we're misaligned in our

15     incentives.  And that's a really frustrating environment

16     to be in.

17                  So I felt like it was particularly

18     relevant to go ahead and bring that up here, because it

19     came up just before the webinar started.  And fuel is a

20     huge deal.  I mean we're seeing crude oil prices that are

21     right back to $100 a barrel.  We've seen a surge over the

22     last handful of weeks.  Diesel prices have been

23     particularly affected, and we know that our entire line

24     haul network runs on diesel.  There's no such thing as

25     unleaded fuel in the 18-wheeler category.  So

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1     transportation service providers, line haul contractors,
 2     have been particularly affected by the change in fuel
 3     prices.  And so that is why I see an even more urgent
 4     need for added supplements into that network.
 5                    FedEx Ground is outsourcing some 30
 6     percent of their line haul network to external providers,
 7     which is something that hasn't been seen in a long time
 8     in the network.  It's part of what was historically
 9     created opportunity, that for contractors that are able
10     to successfully recruit drivers, they're able to be able
11     to take over more line haul runs and participate in the
12     network; that's how I built my business over the years
13     and something that I've taught on for years and years and
14     years.  But what has dislocated in this moment is the
15     rapid change of fuel prices without the change of the
16     supplements keeping up with it, even though FedEx Ground
17     is charging those supplements to the U.S. consumer.  So
18     something that is going to be discussed more and we'll
19     have additional content on, but I wanted to be able to
20     share that in light of the timeliness of it related to
21     this webinar and last weekend, okay.
22                    So what I want to do is go for, as
23     quickly as we can, into Q&A.  I'm going to introduce
24     Annalee.  Annalee's going to give us an update on some
25     new inventory that we have coming to market, so that way
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
1      as you're examining different parts of the business,

2      whether it be P&D and line haul and wanting to learn,

3      we're here to teach you because that's authentically who

4      we are.  We're going to tell you the good, we'll tell you

5      what the bad, and, and that is what you can rely upon

6      your organization for.  And then we're going to go into

7      Q&A, so Annalee take it away.

8                     ANNALEE:  All right.  So we have five new

9      listings for you guys this week on the public site.  The

10     first one is in North Cincinnati, Ohio.  We've got ten

11     P&D routes listed at 150 thousand.  That is an amazing

12     entry-level price on this one.  It's a dense delivery

13     area, spare drivers, spare drivers available, available,

14     oh my gosh, I can't talk today.  Might even be eligible

15     for some SBA financing on that one, so if you're looking

16     for that on that kind of loan size, I mean you should be

17     able to get in with really low capital investment on that

18     one.  Needs a little optimization, but a great starter

19     opportunity in Cincinnati.

20                     In Indianapolis, Indiana I've got a

21     two-part carve.  One is eleven routes listed at 692, the

22     other is nine routes listed at 508.  Both opportunities

23     have management in place, tenured operator that's willing

24     to do good transition and training on that one.  Dense

25     delivery area and close proximity to Terminal 2 so you
```

```
1        don't have a lot of stem miles, which is a big bonus

2        there.

3                    Saginaw, Michigan we've got eight P&D

4        routes listed at 950.  That opportunity has a spare

5        vehicle, also might be SBA eligible so if that's what

6        you're looking for you may want to check that one out.

7        Some seller financing already available with that one

8        too.  And some assumable truck debt, so you should be

9        able to close the gap on that one again with a lower

10       capital investment up front for that.

11                   And then one Amazon for you guys this

12       week in central North Carolina.  It's approximates about

13       40 DSP routes on a typical day, but again that fluctuates

14       day to day.  That one's listed at 3.15 million.  Has five

15       managers in place, strong operating margins, really

16       efficient, well-run business, lots of clean financial

17       records.  Really got the, the truck leasing program in

18       place really stable there and a really solid operator,

19       they've got an excellent performance history for Amazon

20       on that one, so really a strong opportunity for Amazon.

21       So that's what I have for you guys this week.

22                   MR. PATTON:  That's very good.  So

23       Annalee, I think this one 's a hard question of the day

24       for you to particularly participate in because you do

25       kind of, I mean, get at least a partial vote --
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                  ANNALEE:   Sort of get a say.

 2                  MR. PATTON:   -- of what the name of your

 3      own child is, so I don't really know how that you're

 4      going to answer this because you're not going to reveal

 5      the name here.  Maybe you can tell it --

 6                  ANNALEE:   How about I just share my

 7      feedback as we go?

 8                  MR. PATTON:   Okay.  Yeah.  We'll have you

 9      participate in that and you can either thumbs up or

10      thumbs down or just outright boo people.  I mean we can

11      publicly shame them here and, and I think that's okay

12      too.  I mean we --

13                  ANNALEE:   Yeah.

14                  MR. PATTON:   -- you know, that's, that's

15      going to be part of it.  We'll activate their camera on

16      here.  If you don't like it we'll activate their camera,

17      bring them up, and then just publicly shame them right,

18      right here.  That sound good?

19                  ANNALEE:   Boo.  I need a no, I need an

20      Office Depot no button or whatever, but yes.

21                  MR. PATTON:   So Annalee, I, I'll give

22      you, I'll give you one, one sweet one and take your side

23      and also sometimes I give two answers to the question as

24      you like to do.  So, so Carly and I, my wife, when we

25      were naming our kids, we, we just could not come
```

```
 1        together.  I've got four kiddos who are 11, 10, 8, and 3.

 2        So we got a list of a thousand names that you can like

 3        pull from name web sites, and Carly and I each

 4        independently went through this spreadsheet and we

 5        eliminated the names that we didn't want and then we

 6        checked and see which ones overlapped, and there were

 7        only four names out of that a thousand list that

 8        overlapped, and so we chose our daughters' names out of

 9        those.  And thank goodness we only had three daughters

10        because there was only four names on that list.  So the

11        one that did not make the cut, but Annalee, we're going

12        to give this recommendation because it is both Spencer

13        and Carly approved, is Savannah.  That was the one that

14        was there, so that one has met Carly and I's approval.

15                     But Annalee, I'll, alternatively I have

16        met both male and female Spencers over time, and so there

17        is a equal opportunity to name boy or girl Spencers

18        throughout there.  So yeah, that's going to get us booed

19        right away.  Okay, no, not that.  Can't be that.

20                     ANNALEE:  Boo.  Boo.

21                     MR. PATTON:  So all right, well let's get

22        into Q&A.

23                     ANNALEE:  I love you, Spence, but I see

24        you enough, I don't need a Spencer at home.

25                     MR. PATTON:  There we go.  I figured that
```

```
 1        that idea would get shut down.
 2                    ANNALEE:  Savannah is so cute though.
 3        Savannah is so cute, I love it.  I'm going to kick it off
 4        with Michael Dunlap who also we had, I had a chance to
 5        meet you at the Expo too, and he actually suggested that
 6        we do this webinar question, so you get to go first
 7        Michael.  And he said, which I really actually love this
 8        name, he said he likes the name Cassidy.  He's never met
 9        anybody by that name, but Cassidy Cate sounds so cute.
10        And I'm here for it, Michael.  That's adorable.  Little
11        Cassidy Cate.
12                    MR. PATTON:  I like it.  You kind of have
13        to see how names sound, like if they're announced over an
14        intercom at a sports stadium, you know.  It's like that's
15        kind of how you have to imagine it is just Cassidy Cate.
16        And I think that actually comes out really well, so I --
17                    ANNALEE:  Yep.
18                    MR. PATTON:  -- Michael, that's a
19        excellent double win for you there.  So what's Michael's
20        question?
21                    ANNALEE:  And Michael's question is,
22        Spencer, he hoped to get to ask this at the Expo but
23        didn't get around to it.  So have we ever looked into a
24        workers' comp retro program?  They're considering one for
25        a different line of business right now and he just didn't
```

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 15 of 59 PageID #: 251

1     know if, were they basically, if your experience is good,

2     they refund your total work call -- comp cost, have we

3     looked into that?

4              MR. PATTON:  Okay, so I think more

5     traditional what it's called is a captive on the workers'

6     compensation side is probably what you're asking for

7     there.  So definitely have looked at captive programs.

8     There's a couple things that workers' compensation in

9     this industry has going against it from a captive side.

10              Number one, there is a lot of patience

11     required.  So when you join a captive it's generally

12     three years in order for you to receive dividend checks

13     based upon the performance of the program.  So there are

14     a number of contractors that look at that and say you

15     know what, I, I'd rather just find the lowest rate now

16     rather than taking some performance risk over that three

17     years.  Because remember, if the program doesn't perform

18     well then you're not getting any dividend check and, and

19     you could be paying a premium as a result of being in

20     that captive.

21             So I, I think the other part of the

22     captive side is that workers' compensation in our

23     industry has not been an area that has been particularly

24     great in performance.  Our drivers do get hurt a fair

25     amount.  We're seeing boxes get larger, we have dog

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        bites, I mean all sorts of things that are on the rise,

 2        and, and, and part of this, and this is something that

 3        I've, I've been public in speaking about, is when FedEx

 4        Ground engineering is trying to ascertain what they

 5        should pay the pickup and delivery contractors, they are

 6        engineering how much they think that the drivers are able

 7        to deliver in a day.  And one of the things that's really

 8        impacting the FedEx Ground network right now is that the

 9        terminals are largely overcapacity.

10                  There are more routes than can go on the

11        terminal and so there's not enough docks positions for

12        the trucks to back up to.  So the trucks, rather than

13        being able to press up to the dock and have the trucks

14        loaded right there at the dock, are instead pulled off

15        the dock, because there's no room there, and the packages

16        are put onto carts.  So then drivers are having to take

17        packages off the carts and put them into the vehicles.

18        And indeed in some of my locations we are literally

19        loading outdoors right now, like under a tent outdoors

20        because the terminal doesn't have capacity.

21                  So we're experiencing more workers'

22        compensation claims as a result of that and that's been

23        part of what I've been advocating to FedEx Ground is say

24        hey, there's got to be compensation for this.  Because

25        when we're having to touch all of these packages, my
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
1        drivers are exhausted by the time they've touched every
2        box to put it on a cart and then in the truck.
3                  So there's some components where I just
4        want to caution you on a captive.  I know some
5        contractors are very pro-captive and they've had a really
6        good experience with it, so I don't want to say that
7        they're all bad, because that's not right, but I would
8        say that most contractors would color themselves cautious
9        towards a captive.
10                 ANNALEE:  I'm no good on questions today,
11       Spencer.  I'm having too much fun naming my baby so I'm
12       like over here literally just reading.  These are so many
13       good suggestions so I don't even, I don't know what the
14       question is.  I'm just kidding.  But I'm going to turn
15       this next one, this is so fun, over to Justin Dishion,
16       who said that, first of all very sweet who's thrown us
17       some love.  He said we rock and they have already locked
18       in their dates for next year's Expo, so thank you for
19       that Justin.  And he said he would recommend for a
20       fantastic girl's name Arabella.  It's their oldest
21       daughter's name and she just turned eight this July.
22       That is beautiful, I love that name.
23                 MR. PATTON:  Yeah, it's echoes of your
24       name in there, right?  You know, it's like --
25                 ANNALEE:  Yeah, so it's like (inaudible).
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 18 of 59 PageID #: 254

```
1          Um-hum.
2                        MR. PATTON:  -- (inaudible) Arabella.  I,
3          I actually like that.
4                        ANNALEE:  Yeah.  Beautiful.  And so his
5          question is on standup scheduling, Spencer, their station
6          managers seem unsure when basically trying to set a
7          standup date for them, they're about to close on some
8          line haul runs.  And so he said they're eager to purchase
9          tractors but they can't get a clear, you know, standup
10         date, and so he just wanted to know, one, is that typical
11         for that to be a challenge, and two, do they have to have
12         tractor files complete before their contract can
13         basically become active?
14                       MR. PATTON:  Yeah.  So Justin, you do
15         have to have the tractor files complete.  Those of you
16         that are not familiar, that are new here, every time that
17         you take over any business on the line haul side, the
18         18-wheeler side, you have to fill out what are called
19         tractor files, which involve you taking pictures and
20         filling out specifics about the tractor.  You got to
21         change the decaling on the tractor, a number of different
22         parts and components that go into that.  They have to
23         verify that the proper safety technology is on those
24         tractors.  So that has to be complete before the contract
25         can change over to your name.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 19 of 59 PageID #: 255

```
 1              And we do see standup dates get pushed,
 2       standup dates is FedEx speak for the takeover date that
 3       happens from buyer and seller.  So the, the standup
 4       dates, we do see those get pushed as there's a lot of
 5       parts of the FedEx Ground ecosystem that have to touch
 6       any individual takeover.  So the local senior manager has
 7       to do stuff but there's also things from what are called
 8       the BDS individuals, those are, are business development
 9       solutions.  There's people at Pittsburgh where FedEx
10       Ground's Corporate Headquarter is at that have to touch
11       it.  So we work hard to try to navigate through that
12       process and we understand the steps of the process but
13       some of that, a lot of that, is outside of our control
14       other than getting in front of the right people to say
15       hey, this needs to happen, this needs to happen.  It's
16       part of the value that we bring to the table is to keep
17       things on track as much as possible, but not all of that
18       is in our control.
19              ANNALEE:  Yeah.  Spencer, Rob Williams
20       thinks I should just keep it steady Eddie and go Annalee,
21       Jr.  So I will consider that for sure.  It's a good name.
22       I mean I have to approve, Rob, so.
23              MR. PATTON:  You can go by AJ.
24              ANNALEE:  Yeah, I know.  Actually AJ's
25       really cute.  Okay.  I'll consider that.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1              MR. PATTON:  It will work.

 2              ANNALEE:  So he said he wanted to ask

 3     this in the Q&A but they didn't quite get to him, I know

 4     there was a lot going on.  He also said thanks for

 5     everything we're doing.  But wants to know, so basically

 6     over the past year he said he's been negotiating his

 7     contract high variable and, you know, high on the

 8     e-commerce stop, and so those were built, you know,

 9     around nine percent projected growth projections and

10     obviously he has not seen that.  He said for his business

11     they've actually been down nine percent year over year,

12     and so he's just bleeding out and wanted to know if we

13     have sort of any recommendations on, you know, he, he has

14     not been approved for renegotiation, but any suggestions

15     on how to try to, you know, push back to get a

16     renegotiation on that or just kind of hold and wait for

17     Express volume, just wants to know what thoughts you have

18     there.

19              MR. PATTON:  Yeah.  You know, this is a

20     narrative that thousands of contractors are, are finally

21     speaking up and saying, you know, FedEx Ground publicly

22     came out and called their contractors to renegotiate.  I

23     did a webinar on that about three or four months ago

24     that, just like what happened today when they told all

25     the contractors to do that and then all of my
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

1    renegotiation requests were denied, and almost all of the
2    other contractors that had renegotiation requests were
3    also denied.  So that, that is something that your story
4    is very consistent with a lot of other people there.
5                        I think for those that haven't had a lot
6    of experience with the FedEx Ground contract, there is
7    variable compensation, which pays you on a per stop
8    basis, and then there's fixed compensation, which you
9    receive regardless of how many boxes you deliver.  So
10   usually a contract is more skewed towards variable
11   compensation, so you're paid based upon the volume that
12   you do, but there's always some fixed component.  And in
13   the negotiations you have the ability to slide the lever
14   between how much variable compensation you want and how
15   much fixed compensation you want on a percentage basis.
16   The more that you feel like your territory's going to
17   grow, the more that that variable compensation should be
18   higher as a priority.  The less that you think your
19   territory's going to grow, or if you believe that growth
20   will be negative, you would want to move towards the
21   fixed side, because that's less dependent upon the volume
22   that you're doing.
23                        So the outlook that I have, and that
24   FedEx Ground has, is that there is, for at least the next
25   12 months or so, a lot of flat is projected.  Flat, not

Case 3:22-cv-00656  Document 17-7  Filed 09/19/22  Page 22 of 59 PageID #: 258

```
 1    growing, not shrinking.  The outlook for five years from
 2    now is, is really positive.  So not that we sign
 3    five-year agreements, but I would say that I think it
 4    makes sense to lean more towards the balance between
 5    variable and fixed side.  I don't want to see you go all
 6    fixed or all variable.
 7                    I think having balance there makes sense
 8    because, as you indicated, Express is going to be
 9    integrated, at least in part, to the Ground network.
10    And, and that's going to be good growth for us.  And I've
11    said that that's going to be a win for both FedEx Ground
12    and their contractors to have that Express volume into
13    the network, but that's going to take time.  FedEx
14    Ground's network is not able to handle all of the Express
15    volume that would go into the network right now.  As I
16    mentioned, there's already terminals where I'm loading
17    outdoors, so it's just not the capacity there in this
18    very moment.
19                    ANNALEE:  That's right.  Gosh, there's so
20    many good questions and so many good suggestions this
21    week, but loving it.  Next question I'm going to do is
22    from Andy Rod who said he thinks, and I can see why, that
23    Andi with an I is a really cute girl's name, and I don't
24    disagree with you, Andy.  I actually --
25                    MR. PATTON:  That is a good one, yeah.
```

```
1                    ANNALEE:  How to Lose a Guy in 10 Days is
2          one of my favorite movies and Andi is like the girl's
3          name so that one's actually not not on the table Andy,
4          I'll tell you that.  So he was super excited about the
5          Route Consultant Purchasing Alliance, Spencer, from the
6          Expo, but just wanted a quick recap on what are the five
7          categories if you wanted to maximize participation in the
8          Purchasing Alliance?
9                    MR. PATTON:  Yeah, so in that day one
10         keynote, for those of you that watched, kind of the
11         middle part of my keynote what I talk about is we as
12         contractors spend about 15 billion dollars a year
13         collectively, and at no point in time has FedEx Ground,
14         or anyone, organized that procurement and, and put it
15         together so we can get better deals.  Because, I mean,
16         you think about it, 15 billion dollars to spend you
17         should be getting really good deals.  And, and many
18         contractors are purchasing at retail rates.  Like for
19         those of you that are not contractors here, a lot of you
20         could go buy oil, go buy trucks, at the same price as
21         what a contractor could, which is absolutely crazy.
22                    So this Route Consultant Purchasing
23         Alliance, there is no cost to join.  And I detail it in
24         the keynote for about 25 minutes but I'll try to do that
25         in two minutes here.  Is that there's five members of the
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1      organization to start with, but there are going to be
 2      more.  We've already had about 50 that have come and said
 3      they want to join the Alliance.
 4                    So the first one is Bridgestone Tire, so
 5      that's the first one.  We're going to have a new
 6      pay-as-you-go tire subscription program.  So rather than
 7      paying for tires up front, which can blow out your cash
 8      flow.  Like when I have to change a couple vehicles'
 9      tires, that could cost me five or ten thousand dollars if
10      I have enough tires that I'm changing.  Bridgestone will
11      put on tires and there's no cost for that.  You pay for
12      the tire as you use it and they measure the tread depth
13      on the tire, and this is for both pickup and delivery and
14      line haul, so we get to consolidate our spending and get
15      way better tires than any of us could regularly afford at
16      a price point that mirrors knockoff tires.  So it brings
17      it way down on price, so that's a big part of the
18      program.
19                    Number two is a fuel card.  So the Route
20      Consultant Purchasing Alliance has a private label fuel
21      card, and that card is giving discounts of 10 cents per
22      gallon on unleaded and 30 cents per gallon on diesel.  If
23      you have a Hello Truck Lease, then that 10 cents per
24      gallon discount goes up to 25 cents per gallon on
25      unleaded.  So a really significant premium.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 25 of 59 PageID #: 261

```
 1            The third is a company called Realm
 2    Health that offers benefits, both major medical and
 3    ancillary benefits, so they're part of the program.
 4            The fourth program, the fourth one is
 5    Silicon Ledger.  Silicon Ledger does the employee
 6    retention tax credits, and that is something that we've
 7    spent a lot of time talking about that organization, or
 8    that, that credit and the savings that everyone should be
 9    making sure that they're able to get from that.
10            And then the fifth one is Hello Truck
11    Lease that I've just mentioned earlier.  But Hello Truck
12    Lease allows us to take our cap-ex and get significant
13    savings on the purchase of trucks.  Hello Truck Lease is
14    a program where we're able to use our purchasing power
15    and purchase trucks at much lower prices than what any of
16    us could get individually and then I'm able to pass
17    through those savings.
18            And so to wrap up the Purchasing
19    Alliance, based upon how many of those businesses you're
20    doing business with, you get a dividend check each year.
21    So if you're doing business with one of those five, you
22    just get those savings, there's no dividend check.  If
23    you're doing with two of the five, there's a thousand
24    dollar check.  Three of the five is a two thousand dollar
25    check.  Four of the five is a five thousand dollar check.
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        And if you're doing business with all five of the
 2        alliance members there's a ten thousand dollar annual
 3        check that you receive, because you are helping us
 4        consolidate purchasing power and get better deals for
 5        everybody.
 6                  So Annalee, that's as quickly as I can
 7        possibly make through it.  If you want to know more and
 8        see slides and all the rest, go to the keynote, but I got
 9        through it as quick as I can.
10                  ANNALEE:  And just one clarifying
11        question from Scott Gilchrist who thinks I should name my
12        baby Abby, which Abby Cate is also very cute.  Wants to
13        know, Spencer, he's a Hello Truck Lease user.  Thank you
14        for your business, Scott.  And wants to know what is the
15        date of the rollout for the fuel card, because he's
16        anxious to tap into that 25 cents per gallon savings.
17                  And I just want to address this that the
18        program is live and so we've received literally hundreds
19        of inquiries that we're processing through now and
20        starting those initial applications.  So it will take
21        obviously a handful of weeks to get through and process
22        all of the applications and, you know, eventually get
23        cards in hand, but you can already apply for the program,
24        just reach out to our team.
25                  And then in the next question I want to
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        jump down and do is from James Flynn who I love this.   So
 2        he thinks that the baby should be named Violet in honor
 3        of the Purple Promise.   Little Purple Friday baby.
 4                         MR. PATTON:   I love that.   That is pretty
 5        spectacular.   That's an all-in movement right there,
 6        Annalee.
 7                         ANNALEE:   Yeah, that's a lot of
 8        commitment.   I'm officially a workaholic at that point,
 9        am I right?   I love it.
10                         MR. PATTON:   That is good.
11                         ANNALEE:   And James' question, Spencer,
12        is so for contractors that are looking at their Schedule
13        K coming out here and some, some receiving anywhere in
14        the next matter of days, what are the consequences of
15        signing or not signing Schedule K for a contractor
16        besides just excess surge pay?
17                         MR. PATTON:   I'm so glad you asked this
18        question, Annalee, because I got to cover this some in
19        the day two Q&A side, which we haven't posted that yet
20        publicly so I'm glad you asked this.
21                         Couple things that every contractor needs
22        to keep in mind related to their Schedule K.   So number
23        one, Schedule K is supposed to be coming out in the next
24        handful of days and it's rumored, although not confirmed,
25        that the thresholds that we are going to be receiving
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1      incentives on are no longer daily thresholds but are

 2      weekly thresholds.  Which for those of you that don't

 3      know what Schedule K is or this is going straight over

 4      your head, I don't have time to go through it in this

 5      webinar, but we have videos that give you a tutorial of

 6      what Schedule K is, so you can watch that and you'll

 7      totally understand it.  So if this is going to go over

 8      your head for 60 seconds I apologize for that but here we

 9      go anyway.

10                   So Schedule K, that's one piece that is

11      going to change is a weekly stop threshold, which could

12      have real impact on our ability to earn incentives at

13      all.  I have a lot to say about the change to weekly

14      thresholds, but I'm not going to do that until Schedule K

15      is released.

16                   For those that sign Schedule K though,

17      and this is super important, FedEx Ground has included

18      language in Schedule K that allows them to forcibly have

19      you work in someone else's territory that FedEx Ground

20      gets to choose what boxes you get.  And so I have had

21      this happen in my own business where someone else in the

22      terminal doesn't get all of their boxes delivered, and so

23      FedEx Ground can choose to have me go out into their

24      territory, which I'm not familiar with, and I don't

25      receive any extra compensation for that.
```

www.veritext.com            Veritext Legal Solutions            800-556-8974

```
 1                    So Schedule K, a lot of people get lured

 2          in to the up-front money that FedEx Ground pays to

 3          participate with Schedule K, but just know that there are

 4          some back end risks where FedEx Ground can invoice your

 5          business for failures to perform on Schedule K, and

 6          there's a lot of contractors that can tell that story

 7          too.

 8                    So I would say on Schedule K, this is

 9          something I'll be evaluating very closely in my own

10          business, and just like what I said in my keynote, I can

11          only speak to my own business and the decisions that I'm

12          making there, but I will talk about the rubrics that I'm

13          using in that calculus and we'll just have to see what

14          FedEx Ground comes out with on Schedule K.  But those are

15          important things to keep in mind for those that have

16          historically not signed Schedule K that we're going to

17          have to look at closely in this year's release.

18                    ANNALEE:  Yeah.  Actually also, Spencer,

19          just happening in real time, I'm getting posts on here

20          that there's a message that just got posted on Schedule K

21          saying that they will be I guess released next week, but

22          that the numbers will be better than last year and for

23          the most part threshold starting peak will be no higher

24          than our daily surge thresholds throughout this year.  So

25          it will be interesting.
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

```
 1                    MR. PATTON:  All this happens during the
 2        webinar.  This is, so the last time that I've been here
 3        that -- Annalee, is it coincidental?  Is it coincidental
 4        that it comes out during the middle of the webinar?
 5                    ANNALEE:  I don't know.
 6                    MR. PATTON:  Now I'm going to like be
 7        distracted and go through and check all this, so.  You
 8        ask a question, let me go --
 9                    ANNALEE:  I'll, I'm going to keep jumping
10        through to these next ones.  So there's, again, some
11        really, really good questions coming through here.  I
12        also, I literally I texted my husband if you want to tune
13        into the webinar we're naming the baby today, and he said
14        I knew you all would do that but what does that have to
15        do with food?  Like you all --
16                    MR. PATTON:  That is valid.  It's valid.
17                    ANNALEE:  Like you all (inaudible) food,
18        what are you doing.  All right, so let's see.  So the
19        next question we're going to jump over to here comes in
20        from, let's see, Bill Hawkins, who thinks we should name
21        the baby Billy of course.  Very cute, Billy Cate.  But
22        said, says Spencer, he was specifically trying to find a
23        post from Ground Cloud's session, so will, will the other
24        sessions from the Expo be made available to those that
25        want to rewatch any of the content?
```

Case 3:22-cv-00656  Document 17-7  Filed 09/19/22  Page 31 of 59 PageID #: 267

```
 1              MR. PATTON:  Yes.  Yes.  We will have

 2    sessions from a number of the sponsors, maybe all of the

 3    sponsors, I don't want to put words in my sponsors' or in

 4    our team's mouth.  But I, if not every single one of them

 5    it's the overwhelming majority.  As long as we have their

 6    permission, it will be posted.

 7              ANNALEE:  Yeah, absolutely.  All right,

 8    Spencer, next question comes from Dalton Swan who I got

 9    to meet you there this weekend, Dalton.  And said he's

10    always been fond of the name River from the series

11    Firefly, but sadly it does not work well with his last

12    name so I can have it.  Thank you Dalton, for

13    contributing River.  That's actually very cute as well,

14    River Cate.  We're a little country so I'll take that, I

15    like it.

16              And Spencer, just wanted to know, you

17    know, from a contractor's perspective, right, if there

18    are contractors out there who, you know, are wanting to

19    show some solidarity with what's happening right now and

20    also express the same concerns but maybe are fearful of

21    directly corresponding with FedEx regarding their own

22    plans and, you know, fearful of retaliation and things

23    like that but are very much resonating with what's

24    happening and experiencing the same concerns, what, what

25    should they do to show solidarity there, Spencer?
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1                    MR. PATTON:  So a couple different
 2       pieces.  And, and in the day one keynote I talk about
 3       three ways that contractors can help and, and that's
 4       going to evolve over time.  The most immediate thing to
 5       be able to do is with the Trade Association for Logistics
 6       Professionals.  Consider nominating yourself to serve on
 7       that ten contractor board.  FedEx Ground, via a leaked
 8       internal memo that came our way, is not going to be
 9       contesting the Trade Association.  They say, to their own
10       internal staff, that every contractor can make their own
11       business decision about whether they want to join the
12       Trade Association and whether it's in the best interest
13       of that contractor.  So that should give a lot of
14       alleviation related to the Trade Association on that
15       side.
16                    Helping us share it with the media is
17       really important.  We have had tons of contractors since
18       the Expo that are speaking with the media, talking about
19       their stories, and those are really important stories to,
20       to be told.  It's that, I said in my, in my keynote is
21       that if this is the Spencer Patton story by the end of
22       this, I have failed in my mission.  This is not the
23       Spencer Patton show.  This is contractors, 6,000 small
24       business owners that each have, on average, 10 to 25
25       employees that have their life savings in this.  These
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

```
 1        are the stories that, you know, it's why our Fox Business

 2        News interview went viral.  We had a million views from

 3        Fox Business News when I was on with Dagon on Friday.  So

 4        much so that Fox posted to their Twitter account to all

 5        22 million viewers our video, and we got an additional

 6        five million views in 72 hours from that.  So there's a

 7        lot of media around this.  Sharing it with local media

 8        and making sure that this is part of the conversation.

 9                    We've used the hashtag Purple Friday as a

10        important social media follower that we would encourage

11        you to use that as well.  Annalee, if you want to turn

12        around I happen to believe I know what's on the back of

13        the shirt for Purple Friday.  See?  Yeah, there you go.

14        That's right.  So Annalee was like what's behind me?

15                    ANNALEE:  I'm like what?

16                    MR. PATTON:  What's behind you.  That was

17        a very concerned look when I said that, I was like what

18        is behind me there.  Yeah, that's exactly right.

19                    ANNALEE:  Like there's like a bird about

20        to go, I was like what.

21                    MR. PATTON:  Oh man, that was good.  So

22        anyway, the message is going to evolve.  There's three

23        months and one day between now and Purple Friday, and,

24        and you will continue to hear from me over that time.

25                    ANNALEE:  All right, Spencer, next
```

www.veritext.com               Veritext Legal Solutions               800-556-8974

```
 1      question, and there's a couple kind of our new investors
 2      here asking this question so I'm going to add like two
 3      parts to this.  But this question comes from Vikram D.
 4      who said, first of all, which this is amazing, I don't
 5      think Vikram knows this, so he said he would suggest
 6      Raylee Cate because the initials are RC and the last
 7      three letters, lee, are my name.  I don't know, Vikram,
 8      if you know that my husband's name is Ray and so actually
 9      that's a legit, that's a legit suggestion.  It's a little
10      mom and dad name plus like RC for initials, it's not bad.
11      That's not a bad suggestion.
12                   MR. PATTON:  You're getting incredible
13      suggestions, Annalee.  I am serious.  These are
14      incredible suggestions.  I am amazed.
15                   ANNALEE:  Yeah.  I'm like screen shotting
16      you guys, don't worry.  So I'm taking notes today.
17                   MR. PATTON:  Yeah.  I'm still trying to
18      get this announcement to pull up.  I think it's literally
19      crashed mygroundbiz, because I tried to pull it up and
20      it's just been spinning wheels.
21                   ANNALEE:  Mine was spinning too.
22                   MR. PATTON:  It just loaded a second ago
23      but now I can't get in.  So --
24                   ANNALEE:  Yeah.
25                   MR. PATTON:  -- I think from what I'm
```

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 35 of 59 PageID #: 271

```
 1       seeing it was sent out to all the contractors across the
 2       United States and so I think mygroundbiz is now getting
 3       bombed by all the contractors trying to log in.  So I
 4       can't see the message yet, I, otherwise I'd give you a
 5       reply.  But Annalee, in order to allow me to get to this
 6       let's do five more minutes of questions and then I
 7       probably need to go run and check this out.
 8                       ANNALEE:  I think that's probably right.
 9                       MR. PATTON:  So we'll do a lightning
10       round and give it a couple questions and then we're going
11       to call it.
12                       ANNALEE:  That's right.  So two
13       questions, Spencer, on this.  So first of all, as a new
14       investor, with everything that's happening in the space,
15       one, is it still a good time to get into this space?  And
16       then I'll do the second question on that.
17                       MR. PATTON:  Yeah, so here's the thing.
18       You can always count on us to be authentic with you.  And
19       since the start of this I have said I believe in where
20       this industry will be five years from now.  I really do.
21       When you look at e-commerce and the growth of e-commerce,
22       e-commerce is going to be a significantly greater part of
23       our economy five years from now than where we are now.
24       And our business is a pure play on that growth.  I've
25       been publicly on the record to say that I think if you
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

| 1 | buy a FedEx business today, the top line revenue should |
| 2 | be double five years from now. |

But I do expect that this next 12 months
could be really tough.  And I just don't know how tough
the next 12 months will be.  I know for my own business
I'm taking this incredibly seriously with Purple Friday
because I will not continue to subsidize FedEx Ground's
business.  That is just not something I'm willing to do.
So it all depends on the lens that you have here.

What I know is that FedEx Ground has
outsourced 100 percent of their network to contractors.
There's 6,000 small business owners and we make up 100
percent of FedEx Ground.  So FedEx Ground cannot survive
without their network, and contractors cannot survive
without FedEx Ground.  So we are inextricably linked
together and that is what I think protects both of us.
But we may see some really tough moments in the times
ahead.

So all of those things are part of the
risk calculus that I'm going to call a spade a spade, and
that's something that I've done for my entire time is
that I'm going to speak truth into the matter, and that
way I'll tell you when it's good, I'll tell you when it's
bad, and I'll tell you when I don't know.  And so right
now it just depends on how far your telescope is set.

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 37 of 59 PageID #: 273

```
 1        Are you looking 12 months from now, are you looking for

 2        five years from now, how is it set?  And that's going to

 3        be an important part of your decision.

 4                    ANNALEE:  And then the second part of his

 5        question, Spencer, is so if he's, if he's looking at

 6        potentially acquiring and they're going to be targeting

 7        some sort of like late fall, close to peak season standup

 8        date, one, do you think that's okay to do or a bad idea,

 9        and then any suggestions on how to make that go

10        successful if you're closing sometime close to peak?

11                    MR. PATTON:  So I think the thing around

12        peak is that people have always looked at peak as a

13        double-edged sword.  So peak season, historically from

14        2020 and before, has been when we can make about a third

15        of our annual profits in four weeks' time.  So a lot of

16        people have really targeted peak to say man, I want to

17        take over right before so that way they can get all this

18        profit momentum right in the first part of their

19        business.

20                    But it also carries a lot of operational

21        challenges, right.  You're going to be new to this

22        business, and no matter how much we teach you there's

23        going to be plenty of learning that you still have to do.

24        So going into peak season on a takeover is going to be

25        like going straight into the professional leagues right
```

```
 1        away rather than having a chance to get your sea legs on.

 2                       So I think the thing to balance there is

 3        the profitability of peak season, which we're going to be

 4        learning about here as it relates to Schedule K.

 5        Whatever this announcement is, as soon as I get off the

 6        webinar all the other pieces we'll be, we'll be learning

 7        about that and I'll speak with that as I have something

 8        to speak about.

 9                       So Annalee, let's do one more question

10        and then we'll call it a wrap.

11                       ANNALEE:  Yep, last question.  I'm just

12        going to end with this one for funny.  Dave Thomas

13        recommended that I name the baby Poskina, short for

14        potatoes with skins.

15                       MR. PATTON:  That is fantastic.  See

16        that's an inside joke that some of our people aren't

17        going to get here.  Annalee and I have had a, coming up

18        on three year running dispute, about with whether skins

19        belong in mashed potatoes or not.  I have the right

20        opinion and Annalee has the wrong opinion, but.

21                       ANNALEE:  Well Steve agrees I guess with

22        you, so.  But Spencer, just his question is on the

23        Bridgestone Tire program.  How long do you anticipate the

24        rollout of that to take and just to kind of gauge

25        timelines there?
```

```
 1              MR. PATTON:  Yeah, I think the

 2    Bridgestone program's going to take a while.  So I've

 3    been transparent in this in the keynote.  This is all of

 4    a two-year rollout because Bridgestone is going to be,

 5    you know, having an enormous amount of fleets to onboard

 6    onto their platform.  So it's a, it's exciting program,

 7    it's going to save us a lot of money.  They're offering a

 8    bridge program that allows you to get some discounts up

 9    until FedEx -- or up until Bridgestone is active in your

10    market.  So there's some ways that give you an on-ramp to

11    get on the platform.

12              They've publicly said that they plan to

13    roll it out in all the major metro markets first and then

14    start to expand into ancillary markets, but there's a lot

15    to be said there.  The key influencing factor that you

16    have is Bridgestone wants to know if you want the program

17    in your area.  And for terminals where 70 percent or more

18    of the contractors want the program in their area, then

19    Bridgestone is more likely to focus on that area, so that

20    way you can make sure that you reach out to Bridgestone

21    and have the best opportunity to get this program coming

22    to you sooner rather than later.

23              For me, I've been piloting this for three

24    months in my own fleet and it has cut my tire consumption

25    in half.  It has been enormous because I'm getting a way
```

```
 1      higher quality tire.  I showed some photos of the tires

 2      that I have on there that I showed at the keynote and,

 3      and it's making a big difference for, for my own fleet,

 4      so.

 5                   ANNALEE:  Spencer, also I just want to

 6      say too, because I can't read through, I mean there's

 7      been so many questions, but there's also just so much

 8      love and support in the comments from you guys, so just a

 9      collective thank you for all of the really, really sweet

10      supportive posts and the compliments on the Expo.  It was

11      our pleasure, so thank you guys for that.

12                   MR. PATTON:  Yeah.  I mean it's

13      unbelievable.  Like I said, having 60 percent of the

14      entire network come out there, it meant the world to me,

15      I can't thank you enough for that.  Our team was just

16      blown away by how much all of you all are supporting and

17      just had the, the kindest things to say.  So it meant the

18      world to us and please keep that coming our way.

19      Especially during these times we really, really

20      appreciate that very much.

21                   If we did not get to your question, which

22      obviously there are a massive number of questions that we

23      didn't get to, please reach out to us.  We have a whole

24      staff that is here to answer your questions, you can call

25      us, you can e-mail us.  We will answer your questions, we
```

www.veritext.com                Veritext Legal Solutions                800-556-8974

1    just want to get through as many as we can and obviously

2    FedEx Ground has released a press release here during my

3    webinar so I'm going to go and check that out.  So in the

4    meantime I will see you all same time, same place, next

5    week.  Take care, everybody.

6                      ANNALEE:  Bye everyone.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1        CERTIFICATE

2        STATE OF MICHIGAN

3        COUNTY OF MACOMB

4

5                     I, Andrea Filar, C.S.R. and Notary Public

6        in and for the County of Macomb, State of Michigan, do

7        hereby certify that the attached is a true, correct, and

8        complete transcript of my stenographic notes taken at the

9        time and place hereinbefore stated and they were

10       transcribed upon a computer under my direct supervision.

11       The undersigned assumes no responsibility for copies not

12       made under my direction or control.  September 19, 2022

13

14

15       Andrea Filar Scheer

16

         Andrea Filar, CSR - 8349

17       Notary Public, Macomb County

         My Commission Expires: 10-01-2028

18

19

20

21

22

23

24

25
```

www.veritext.com          Veritext Legal Solutions          800-556-8974

| & | | | |
|---|---|---|---|
| **&** 1:5 | **3.15** 12:14 | **acquiring** 38:6 | **amazing** 11:11 |

| 1 |
|---|

**& - announcement**

| & | 3.15 12:14 | acquiring 38:6 | amazing 11:11 |
|---|---|---|---|

**&**
**&** 1:5

**1**
**10** 2:11 14:1 24:1 25:21,23 33:24
**10-01-2028** 43:17
**100** 5:23 9:21 37:11,12
**11** 14:1
**12** 22:25 37:3,5 38:1
**15** 24:12,16
**150** 11:11
**18** 7:11 9:25 19:18
**19** 43:12

**2**
**2** 11:25
**2020** 38:14
**2022** 1:5,9 6:12 7:6 43:12
**22** 34:5
**225** 2:10
**23rd** 8:13
**24** 1:9
**25** 24:24 25:24 27:16 33:24
**25th** 6:12 7:5
**26748** 43:16
**275** 2:10

**3**
**3** 14:1
**3,300** 5:18

**3.15** 12:14
**30** 8:15 10:5 25:22

**4**
**40** 5:4 12:13

**5**
**50** 25:2
**508** 11:22

**6**
**6,000** 4:19 33:23 37:12
**60** 5:16 29:8 41:13
**692** 11:21

**7**
**70** 40:17
**72** 34:6

**8**
**8** 14:1
**8349** 1:11 43:16

**9**
**950** 12:4

**a**
**abby** 27:12,12
**ability** 22:13 29:12
**able** 2:7,25 10:9 10:10,10,19 11:17 12:9 17:6 17:13 23:14 26:9,14,16 33:5
**absolutely** 5:15 24:21 32:7
**account** 34:4

**acquiring** 38:6
**activate** 13:15 13:16
**active** 19:13 40:9
**add** 35:2
**added** 10:4
**additional** 10:19 34:5
**address** 1:5 7:9 7:17,22 27:17
**adorable** 15:10
**advocating** 17:23
**affairs** 6:9
**afford** 25:15
**ago** 3:19 7:7 8:23 9:5 21:23 35:22
**agreement** 7:24 8:1 9:1
**agreements** 23:3
**agrees** 39:21
**ahead** 9:18 37:18
**aj** 20:23
**aj's** 20:24
**alignment** 9:11
**alleviation** 33:14
**alliance** 24:5,8 24:23 25:3,20 26:19 27:2
**allow** 4:10 36:5
**allows** 26:12 29:18 40:8
**alternatively** 14:15
**amazed** 35:14

**amazing** 11:11 35:4
**amazon** 2:23 5:25 6:3,4 12:11 12:19,20
**amount** 16:25 40:5
**ancillary** 26:3 40:14
**andi** 23:23 24:2
**andrea** 1:11 43:5 43:16
**andy** 23:22,24 24:3
**annalee** 3:3,18 3:19 4:2 10:24 11:7,8 12:23 13:1,6,13,19,21 14:11,15,20,23 15:2,17,21 18:10 18:25 19:4 20:19,20,24 21:2 23:19 24:1 27:6 27:10 28:6,7,11 28:18 30:18 31:3,5,9,17 32:7 34:11,14,15,19 34:25 35:13,15 35:21,24 36:5,8 36:12 38:4 39:9 39:11,17,20,21 41:5 42:6
**annalee's** 3:23 10:24
**announced** 3:18 15:13
**announcement** 1:6 8:3,4,24

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 44 of 59 PageID #: 280

35:18 39:5
**annual** 27:2
38:15
**answer** 3:5,14
3:17 4:3 13:4
41:24,25
**answered** 4:6
**answers** 13:23
**anticipate** 39:23
**anxious** 27:16
**anybody** 15:9
**anyway** 29:9
34:22
**apologize** 29:8
**applications**
27:20,22
**apply** 27:23
**appreciate** 6:20
41:20
**appreciative**
6:14
**approval** 14:14
**approve** 20:22
**approved** 4:13
14:13 21:14
**approximates**
12:12
**arabella** 18:20
19:2
**arbitraging** 8:20
**area** 11:13,25
16:23 40:17,18
40:19
**ascertain** 17:4
**asked** 28:17,20
**asking** 16:6 35:2
**associated** 4:14

**association** 33:5
33:9,12,14
**assumable** 12:8
**assumes** 43:11
**assure** 6:21
**attached** 43:7
**attend** 5:17
**attendees** 5:25
**attention** 6:24
**august** 1:9
**authentic** 36:18
**authentically**
11:3
**available** 11:13
11:13 12:7
31:24
**average** 33:24

**b**

**baby** 3:20 18:11
27:12 28:2,3
31:13,21 39:13
**back** 9:21 17:12
21:15 30:4
34:12
**bad** 11:5 18:7
35:10,11 37:24
38:8
**balance** 23:4,7
39:2
**bally's** 5:19
**barrel** 9:21
**based** 2:11 16:13
22:11 26:19
**basically** 16:1
19:6,13 21:5
**basis** 22:8,15

**bds** 20:8
**beautiful** 18:22
19:4
**beginning** 8:23
**believe** 8:4 22:19
34:12 36:19
**belong** 39:19
**benefits** 26:2,3
**best** 3:5 33:12
40:21
**better** 4:4 24:15
25:15 27:4
30:22
**big** 12:1 25:17
41:3
**bill** 31:20
**billion** 24:12,16
**billy** 31:21,21
**bird** 34:19
**bit** 3:20
**bites** 17:1
**bleeding** 21:12
**blow** 25:7
**blown** 41:16
**board** 33:7
**bombed** 36:3
**bonus** 12:1
**boo** 13:10,19
14:20,20
**booed** 14:18
**bore** 4:10
**boring** 2:14 4:8
**born** 3:23
**bottom** 3:8
**box** 3:11 18:2
**boxes** 16:25 22:9
29:20,22

**boy** 14:17
**bridge** 40:8
**bridgestone** 25:4
25:10 39:23
40:2,4,9,16,19
40:20
**bring** 9:18 13:17
20:16
**brings** 25:16
**built** 10:12 21:8
**bullet** 7:21,22
8:2,24
**business** 5:3
6:10,25 9:8
10:12 11:1
12:16 15:25
19:17 20:8
21:10 26:20,21
27:1,14 29:21
30:5,10,11 33:11
33:24 34:1,3
36:24 37:1,5,8
37:12 38:19,22
**businesses** 26:19
**button** 13:20
**buy** 24:20,20
37:1
**buyer** 20:3
**bye** 42:6

**c**

**c.s.r.** 43:5
**calculus** 30:13
37:20
**call** 16:2 36:11
37:20 39:10
41:24

Page 2

**called** 9:3 16:5 19:18 20:7 21:22 26:1
**camera** 13:15,16
**cap** 26:12
**capacity** 17:20 23:17
**capital** 11:17 12:10
**captive** 16:5,7,9 16:11,20,22 18:4 18:5,9
**card** 25:19,21,21 27:15
**cards** 27:23
**care** 42:5
**carly** 13:24 14:3 14:13,14
**carolina** 12:12
**carries** 38:20
**cart** 18:2
**carts** 17:16,17
**carve** 11:21
**cash** 25:7
**cassidy** 15:8,9 15:11,15
**cate** 15:9,11,15 27:12 31:21 32:14 35:6
**categories** 24:7
**category** 9:25
**caught** 7:6
**caution** 18:4
**cautious** 18:8
**central** 12:12
**cents** 25:21,22 25:23,24 27:16

**certificate** 43:1
**certify** 43:7
**challenge** 19:11
**challenges** 6:10 38:21
**challenging** 7:14
**chance** 15:4 39:1
**change** 10:2,15 10:15 19:21,25 25:8 29:11,13
**changes** 3:16
**changing** 25:10
**charging** 8:6,20 10:17
**chat** 3:10 6:7
**check** 12:6 16:18 26:20,22,24,25 26:25 27:3 31:7 36:7 42:3
**checked** 14:6
**checks** 16:12
**child** 13:3
**choose** 29:20,23
**chose** 14:8
**cincinnati** 11:10 11:19
**claims** 17:22
**clarifying** 27:10
**clean** 12:16
**clear** 6:13 19:9
**climate** 7:15
**close** 11:25 12:9 19:7 38:7,10
**closely** 30:9,17
**closing** 38:10
**cloud's** 31:23
**coincidental** 31:3,3

**collective** 41:9
**collectively** 24:13
**color** 18:8
**come** 2:18 3:13 5:5 13:25 25:2 41:14
**comes** 6:13 15:16 30:14 31:4,19 32:8 35:3
**coming** 10:25 28:13,23 31:11 39:17 40:21 41:18
**comments** 41:8
**commerce** 21:8 36:21,21,22
**commission** 43:17
**commitment** 28:8
**comp** 15:24 16:2
**company** 26:1
**compare** 9:5
**compensation** 16:6,8,22 17:22 17:24 22:7,8,11 22:14,15,17 29:25
**complete** 19:12 19:15,24 43:8
**completely** 6:17
**compliments** 41:10
**component** 22:12

**components** 18:3 19:22
**computer** 43:10
**concerned** 34:17
**concerns** 7:17 32:20,24
**confirmed** 28:24
**connection** 4:14
**consequences** 28:14
**consider** 20:21 20:25 33:6
**considering** 15:24
**consistent** 22:4
**consolidate** 25:14 27:4
**consultant** 2:8 3:3 4:11,13 24:5 24:22 25:20
**consumer** 8:16 8:21 9:13 10:17
**consuming** 8:18
**consumption** 40:24
**content** 2:15,24 5:6 10:19 31:25
**contesting** 33:9
**continuation** 9:2
**continue** 34:24 37:7
**contract** 19:12 19:24 21:7 22:6 22:10
**contractor** 5:2 24:21 28:15,21 33:7,10,13

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 46 of 59 PageID #: 282

**contractor's** 32:17
**contractors** 2:9 4:20 5:10 6:2,4 6:5,23 7:11 8:17 8:21 9:2,12,14 10:1,9 16:14 17:5 18:5,8 21:20,22,25 22:2 23:12 24:12,18 24:19 28:12 30:6 32:18 33:3 33:17,23 36:1,3 37:11,14 40:18
**contributing** 32:13
**control** 20:13,18 43:12
**conversation** 34:8
**copies** 43:11
**corporate** 20:10
**corporation** 4:12 4:15
**correct** 43:7
**corresponding** 32:21
**cost** 16:2 24:23 25:9,11
**count** 36:18
**country** 32:14
**county** 43:3,6,17
**couple** 3:18 7:12 16:8 25:8 28:21 33:1 35:1 36:10
**course** 31:21
**cover** 28:18

**crashed** 35:19
**crazy** 24:21
**created** 10:9
**credit** 26:8
**credits** 26:6
**crude** 9:20
**csr** 1:11 43:16
**current** 5:1 6:9
**customer** 8:7
**cut** 14:11 40:24
**cute** 15:2,3,9 20:25 23:23 27:12 31:21 32:13

**d**

**d** 35:3
**dad** 2:17 35:10
**dagon** 34:3
**daily** 29:1 30:24
**dalton** 32:8,9,12
**data** 6:24
**date** 19:7,10 20:2 27:15 38:8
**dates** 18:18 20:1 20:2,4
**daughter** 3:23
**daughter's** 18:21
**daughters** 14:8,9
**dave** 39:12
**day** 3:22 5:22 6:8 7:1,5 9:10 12:13,14,14,23 17:7 24:9 28:19 33:2 34:23
**days** 5:5 24:1 28:14,24

**deafness** 9:3
**deal** 9:20
**deals** 24:15,17 27:4
**debt** 12:8
**decaling** 19:21
**decision** 33:11 38:3
**decisions** 30:11
**definitely** 16:7
**deliver** 17:7 22:9
**delivered** 29:22
**delivery** 11:12 11:25 17:5 25:13
**denied** 22:1,3
**dense** 11:12,24
**dependent** 22:21
**depends** 37:9,25
**depot** 13:20
**depth** 25:12
**detail** 24:23
**development** 20:8
**diesel** 9:22,24 25:22
**difference** 41:3
**different** 2:11,23 11:1 15:25 19:21 33:1
**dire** 6:23
**direct** 7:9 43:10
**direction** 43:12
**directly** 32:21
**disagree** 23:24
**disclaimer** 4:9
**discount** 25:24

**discounts** 25:21 40:8
**discussed** 10:18
**dishion** 18:15
**dislocated** 10:14
**dispute** 39:18
**distracted** 31:7
**dividend** 16:12 16:18 26:20,22
**dock** 17:13,14,15
**docks** 17:11
**dog** 16:25
**doing** 2:14 6:19 6:21 21:5 22:22 26:20,21,23 27:1 31:18
**dollar** 26:24,24 26:25 27:2
**dollars** 24:12,16 25:9
**door** 5:19
**double** 15:19 37:2 38:13
**doubled** 5:21
**drills** 2:15
**drivers** 10:10 11:13,13 16:24 17:6,16 18:1
**dsp** 12:13
**dsps** 5:25
**dunlap** 15:4

**e**

**e** 21:8 36:21,21 36:22 41:25
**eager** 19:8
**earlier** 26:11

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 47 of 59 PageID #: 283

earn 29:12
earnings 8:13
echoes 18:23
economic 7:14
economy 36:23
ecosystem 5:24
20:5
eddie 20:20
edged 38:13
efficient 12:16
eight 12:3 18:21
either 13:9
eleven 11:21
eligible 11:14
12:5
eliminated 14:5
else's 29:19
emphasized 7:9
employee 4:17
26:5
employees 2:10
33:25
encourage 7:2
34:10
endorsed 4:11
engineering 17:4
17:6
enormous 40:5
40:25
entertain 2:16
entire 5:16,18
9:23 37:21
41:14
entry 11:12
environment
7:15 9:15
equal 14:17

especially 41:19
essentially 5:10
evaluating 30:9
event 5:17,23
eventually 27:22
everybody 2:3
2:18 27:5 42:5
evolve 33:4
34:22
ex 26:12
exactly 34:18
examine 9:4
examining 11:1
excellent 12:19
15:19
excerpt 5:11
excess 28:16
excited 2:4 24:4
exciting 40:6
exhausted 18:1
expand 40:14
expanded 8:14
expect 3:25 8:8
37:3
expense 9:4
experience 3:2
16:1 18:6 22:6
experienced
6:10
experiencing
17:21 32:24
expires 43:17
expo 1:5 5:15
15:5,22 18:18
24:6 31:24
33:18 41:10
express 4:12,15
4:17 21:17 23:8

23:12,14 32:20
external 10:6
extra 29:25

**f**

factor 40:15
factually 8:10
failed 2:20 33:22
failing 8:16
failures 30:5
fair 16:24
fall 38:7
false 6:17
familiar 19:16
29:24
fantastic 18:20
39:15
far 37:25
favorable 6:20
favorite 24:2
fearful 32:20,22
federal 4:12,15
fedex 1:5 2:10,22
4:12,15,17,18,19
5:1,9,24 6:1,4,14
6:17,18,22 7:8
7:14,15 8:5,8,10
8:13,14,19 9:11
9:12 10:5,16
17:3,8,23 20:2,5
20:9 21:21 22:6
22:24 23:11,13
24:13 29:17,19
29:23 30:2,4,14
32:21 33:7 37:1
37:7,10,13,13,15
40:9 42:2

fedex's 4:23
feedback 5:13
7:16 13:7
feel 6:21 22:16
felt 9:17
female 14:16
fifth 26:10
figure 5:2
figured 14:25
filar 1:11 43:5
43:16
files 19:12,15,19
fill 19:18
filling 19:20
finally 21:20
financial 6:23
12:16
financing 11:15
12:7
find 16:15 31:22
fire 8:19
firefly 32:11
first 2:6 3:7,14
4:3 5:9 7:21
8:24 11:10 15:6
18:16 25:4,5
35:4 36:13
38:18 40:13
five 5:25 11:8
12:14 23:1,3
24:6,25 25:9
26:21,23,24,25
26:25 27:1 34:6
36:6,20,23 37:2
38:2
fixed 22:8,12,15
22:21 23:5,6

**flat** 22:25,25
**fleet** 40:24 41:3
**fleets** 40:5
**flow** 25:8
**fluctuates** 12:13
**flynn** 28:1
**focus** 40:19
**follower** 34:10
**fond** 32:10
**food** 31:15,17
**forcibly** 29:18
**four** 5:20 7:21
  14:1,7,10 21:23
  26:25 38:15
**fourth** 26:4,4
**fox** 34:1,3,4
**friday** 6:11 7:5
  9:9 28:3 34:3,9
  34:13,23 37:6
**front** 12:10
  20:14 25:7 30:2
**frustrating** 9:15
**fuel** 7:23,25 8:8
  8:10,11,15,18,25
  9:4,19,25 10:2
  10:15 25:19,20
  27:15
**fun** 3:24,25 4:6
  18:11,15
**funny** 39:12

**g**

**gallon** 25:22,22
  25:24,24 27:16
**gap** 12:9
**gauge** 39:24
**general** 7:18

**generally** 16:11
**getting** 16:18
  20:14 24:17
  30:19 35:12
  36:2 40:25
**gilchrist** 27:11
**girl** 3:21 14:17
**girl's** 18:20
  23:23 24:2
**give** 5:12 10:24
  13:21,22,23
  14:12 29:5
  33:13 36:4,10
  40:10
**giving** 8:21
  25:21
**glad** 28:17,20
**go** 5:6 9:18
  10:22 11:6 13:7
  14:25 15:6
  17:10 19:22
  20:20,23 23:5,15
  24:20,20 25:6
  27:8 29:4,7,9,23
  31:7,8 34:13,20
  36:7 38:9 42:3
**goes** 8:1 25:24
**going** 2:16,16,17
  2:18,19,21,22,23
  3:23,24 4:1,6
  5:7,11,12,22 9:6
  10:18,23,24 11:4
  11:6 13:4,4,15
  14:11,18 15:3
  16:9 18:14 21:4
  22:16,19 23:8,10
  23:11,13,21 25:1
  25:5 28:25 29:3

29:7,11,14 30:16
31:6,9,19 33:4,8
34:22 35:2
36:10,22 37:20
37:22 38:2,6,21
38:23,24,24,25
39:3,12,17 40:2
40:4,7 42:3
**good** 6:22 11:4
  11:24 12:22
  13:18 16:1 18:6
  18:10,13 20:21
  23:10,20,20,25
  24:17 28:10
  31:11 34:21
  36:15 37:23
**goodness** 14:9
**gosh** 11:14 23:19
**great** 11:18
  16:24
**greater** 36:22
**ground** 1:5 2:10
  2:22 4:12,15,17
  4:18,19 5:9,24
  6:2,14,17,18,22
  7:8,14,15 8:11
  9:11 10:5,16
  17:4,8,23 20:5
  21:21 22:6,24
  23:9,11 24:13
  29:17,19,23 30:2
  30:4,14 31:23
  33:7 37:10,13,13
  37:15 42:2
**ground's** 8:5,8
  20:10 23:14
  37:7

**groups** 6:5
**grow** 22:17,19
**growing** 23:1
**growth** 21:9
  22:19 23:10
  36:21,24
**guess** 30:21
  39:21
**guy** 24:1
**guys** 11:9 12:11
  12:21 35:16
  41:8,11

**h**

**half** 2:24 5:22
  40:25
**hand** 27:23
**handful** 9:22
  27:21 28:24
**handle** 23:14
**happen** 5:7
  20:15,15 29:21
  34:12
**happened** 7:3
  21:24
**happening** 30:19
  32:19,24 36:14
**happens** 20:3
  31:1
**hard** 12:23
  20:11
**hashtag** 34:9
**haul** 6:4,4 7:10
  9:24 10:1,6,11
  11:2 19:8,17
  25:14
**hawkins** 31:20

www.veritext.com    Veritext Legal Solutions    800-556-8974

| | | | |
|---|---|---|---|
| **head**  2:15 29:4,8 | **huge**  8:22 9:20 | **industry**  5:1 | **joke**  39:16 |
| **headquarter** | **hum**  19:1 | 16:9,23 36:20 | **jokes**  2:17 |
| 20:10 | **hundreds**  27:18 | **inextricably** | **jr**  20:21 |
| **health**  26:2 | **hurt**  6:16 16:24 | 37:15 | **july**  18:21 |
| **hear**  2:17,17 | **husband**  31:12 | **influencing** | **jump**  28:1 31:19 |
| 5:11 34:24 | **husband's**  35:8 | 40:15 | **jumping**  31:9 |
| **hello**  25:23 | | **information** | **june**  8:13 |
| 26:10,11,13 | **i** | 4:21,22,24 7:19 | **justin**  18:15,19 |
| 27:13 | **idea**  2:13 15:1 | **initial**  1:5 27:20 | 19:14 |
| **help**  3:20 33:3 | 38:8 | **initials**  35:6,10 | |
| **helpful**  4:24 | **imagine**  15:15 | **initiatives**  6:17 | **k** |
| **helping**  27:3 | **immediate**  33:4 | **inquiries**  27:19 | **k**  28:13,15,22,23 |
| 33:16 | **impact**  29:12 | **inside**  39:16 | 29:3,6,10,14,16 |
| **hereinbefore** | **impacting**  17:8 | **integrated**  23:9 | 29:18 30:1,3,5,8 |
| 43:9 | **importance**  9:9 | **intercom**  15:14 | 30:14,16,20 39:4 |
| **hey**  17:24 20:15 | **important**  29:17 | **interest**  33:12 | **keep**  20:16,20 |
| **high**  21:7,7 | 30:15 33:17,19 | **interesting**  6:3 | 28:22 30:15 |
| **higher**  8:8 22:18 | 34:10 38:3 | 30:25 | 31:9 41:18 |
| 30:23 41:1 | **inaudible**  18:25 | **internal**  33:8,10 | **keeping**  10:16 |
| **highlight**  9:6 | 19:2 31:17 | **interview**  34:2 | **key**  7:20 40:15 |
| **highlighted**  8:12 | **incentives**  9:11 | **introduce**  10:23 | **keynote**  6:7,8,15 |
| 8:14 | 9:15 29:1,12 | **inventory**  10:25 | 7:1 24:10,11,24 |
| **highlighting**  8:2 | **included**  29:17 | **investment** | 27:8 30:10 33:2 |
| **highlights**  7:20 | **increased**  8:11 | 11:17 12:10 | 33:20 40:3 41:2 |
| **historically**  10:8 | **incredible**  5:20 | **investor**  4:25 | **kick**  15:3 |
| 30:16 38:13 | 35:12,14 | 36:14 | **kidding**  18:14 |
| **history**  12:19 | **incredibly**  37:6 | **investors**  35:1 | **kiddos**  14:1 |
| **hold**  21:16 | **independently** | **invoice**  30:4 | **kids**  13:25 |
| **home**  14:24 | 14:4 | **involve**  19:19 | **kind**  11:16 12:25 |
| **honor**  28:2 | **indiana**  11:20 | **issues**  7:17 | 15:12,15 21:16 |
| **honored**  3:12 | **indianapolis** | | 24:10 35:1 |
| **hoped**  15:22 | 11:20 | **j** | 39:24 |
| **hopefully**  4:23 | **indicated**  23:8 | **james**  28:1,11 | **kindest**  41:17 |
| **hotel**  5:18,19,19 | **individual**  20:6 | **job**  2:20 | **knew**  31:14 |
| **hour**  5:8 7:7 | **individually** | **join**  16:11 24:23 | **knockoff**  25:16 |
| 8:23 | 26:16 | 25:3 33:11 | **know**  4:1 6:18 |
| **hours**  34:6 | **individuals**  20:8 | **joining**  2:5 | 8:10 9:23 13:3 |
| | | | 13:14 15:14 |

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 50 of 59 PageID #: 286

16:1,15 18:4,13
18:24 19:9,10
20:24 21:3,5,7,8
21:12,13,15,17
21:19,21 27:7,13
27:14,22 29:3
30:3 31:5 32:16
32:17,18,22 34:1
34:12 35:7,8
37:4,5,10,24
40:5,16
**knows** 35:5

**l**

**label** 25:20
**language** 5:12
29:18
**largely** 17:9
**larger** 16:25
**largest** 2:9
**las** 5:17
**late** 38:7
**laugh** 2:19
**leagues** 38:25
**leaked** 33:7
**lean** 23:4
**learn** 11:2
**learning** 38:23
39:4,6
**lease** 25:23
26:11,12,13
27:13
**leasing** 12:17
**ledger** 26:5,5
**lee** 35:7
**legit** 35:9,9
**legs** 39:1

**length** 1:10
**lens** 37:9
**letters** 35:7
**level** 11:12
**lever** 22:13
**life** 33:25
**light** 10:20
**lightning** 36:9
**likes** 15:8
**line** 6:4,4 7:10
9:23 10:1,6,11
11:2 15:25 19:8
19:17 25:14
37:1
**lines** 7:13
**linked** 37:15
**list** 8:1 14:2,7,10
**listed** 11:11,21
11:22 12:4,14
**listings** 11:9
**lists** 7:21
**lit** 8:19
**literally** 17:18
18:12 27:18
31:12 35:18
**little** 3:20,21
11:18 15:10
28:3 32:14 35:9
**live** 27:18
**loaded** 17:14
35:22
**loading** 17:19
23:16
**loan** 11:16
**local** 20:6 34:7
**locations** 17:18
**locked** 18:17

**log** 36:3
**logistics** 33:5
**long** 9:12 10:7
32:5 39:23
**longer** 29:1
**look** 3:7 7:2 8:5
8:7 16:14 30:17
34:17 36:21
**looked** 15:23
16:3,7 38:12
**looking** 5:3
11:15 12:6
28:12 38:1,1,5
**lose** 24:1
**lot** 2:21 6:24
12:1 16:10 20:4
20:13 21:4 22:4
22:5,25 24:19
26:7 28:7 29:13
30:1,6 33:13
34:7 38:15,20
40:7,14
**lots** 12:16
**love** 14:23 15:3,7
18:17,22 28:1,4
28:9 41:8
**loving** 23:21
**low** 11:17
**lower** 8:9 12:9
26:15
**lowest** 16:15
**lured** 30:1

**m**

**macomb** 43:3,6
43:17
**mail** 41:25

**major** 26:2
40:13
**majority** 32:5
**making** 26:9
30:12 34:8 41:3
**male** 14:16
**man** 34:21 38:16
**management**
11:23
**manager** 20:6
**managers** 12:15
19:6
**margins** 8:15
12:15
**market** 10:25
40:10
**markets** 40:13
40:14
**mashed** 39:19
**massive** 41:22
**materially** 4:22
4:24
**matter** 28:14
37:22 38:22
**maximize** 24:7
**mean** 9:20 11:16
12:25 13:10,12
17:1 20:22
24:15 41:6,12
**means** 4:16
**meant** 41:14,17
**measure** 25:12
**media** 33:16,18
34:7,7,10
**medical** 26:2
**meet** 15:5 32:9
**melander** 7:8

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 51 of 59 PageID #: 287

| | | | |
|---|---|---|---|
| **members** 24:25 27:2 | **momentum** 38:18 | 36:7 | **o** |
| **memo** 33:8 | **money** 30:2 40:7 | **needing** 3:20 | **obviously** 21:10 27:21 41:22 42:1 |
| **mentioned** 7:7 23:16 26:11 | **months** 3:19 7:4 21:23 22:25 34:23 37:3,5 38:1 40:24 | **needs** 11:18 20:15,15 28:21 | **offering** 40:7 |
| **menu** 3:9 | **negative** 22:20 | **offers** 26:2 |
| **message** 6:12,16 8:23 30:20 34:22 36:4 | **negotiating** 21:6 | **office** 13:20 |
| **mouth** 32:4 | **negotiations** 22:13 | **officially** 28:8 |
| **move** 22:20 | **network** 5:17,21 6:20,23 7:12,17 9:24 10:4,6,8,12 17:8 23:9,13,14 23:15 37:11,14 41:14 | **oh** 11:14 34:21 |
| **met** 14:14,16 15:8 | **movement** 28:5 | **ohio** 11:10 |
| **movies** 24:2 | **oil** 9:20 24:20 |
| **metro** 40:13 | **moving** 7:12 | **okay** 10:21 13:8 13:11 14:19 16:4 20:25 38:8 |
| **michael** 15:4,7 15:10,18 | **mygroundbiz** 35:19 36:2 | **never** 15:8 |
| **mygroundbiz....** 7:19 | **new** 10:25 11:8 19:16 25:5 35:1 36:13 38:21 | **oldest** 18:20 |
| **michael's** 15:19 15:21 | | **onboard** 40:5 |
| **n** | **newly** 3:18 | **one's** 12:14 24:3 |
| **michigan** 12:3 43:2,6 | **name** 2:7 3:20 3:22,22 4:5 13:2 13:5 14:3,17 15:8,8,9 18:20 18:21,22,24 19:25 20:21 23:23 24:3 27:11 31:20 32:10,12 35:7,8 35:10 39:13 | **news** 34:2,3 | **ones** 8:18 14:6 31:10 |
| **middle** 24:11 31:4 | **nine** 11:22 21:9 21:11 | **open** 2:24 |
| **miles** 12:1 | **nominating** 33:6 | **operating** 7:14 12:15 |
| **million** 12:14 34:2,5,6 | **non** 4:22 | **operational** 38:20 |
| **mind** 28:22 30:15 | **north** 11:10 12:12 | **operator** 11:23 12:18 |
| **notary** 43:5,17 | **opinion** 39:20,20 |
| **mine** 35:21 | **named** 28:2 | **notes** 35:16 43:8 | **opinions** 4:17,18 4:19 |
| **minute** 4:2 | **names** 14:2,5,7,8 14:10 15:13 | **november** 6:12 7:5 | **opportunities** 11:22 |
| **minutes** 24:24 24:25 36:6 | **naming** 13:25 18:11 31:13 | **number** 9:7 16:10,14 19:21 25:19 28:22 32:2 41:22 | **opportunity** 7:1 10:9 11:19 12:4 12:20 14:17 40:21 |
| **mirrors** 25:16 | **narrative** 21:20 | |
| **misaligned** 9:14 | **nashville** 2:12 | |
| **mission** 33:22 | **navigate** 20:11 | **numbers** 30:22 | **optimization** 11:18 |
| **mobile** 3:8 | **need** 6:23 10:4 13:19,19 14:24 | | |
| **mom** 35:10 | | | |
| **moment** 10:14 23:18 | | | |
| **moments** 37:17 | | | |

Case 3:22-cv-00656 Document 17-7 Filed 09/19/22 Page 52 of 59 PageID #: 288

| | | | |
|---|---|---|---|
| **order** 16:12 36:5 | 38:3,4,18 | **peak** 7:18 30:23 | **play** 36:24 |
| **organization** | **partial** 12:25 | 38:7,10,12,12,13 | **player** 5:24 |
| 11:6 25:1 26:7 | **participate** | 38:16,24 39:3 | **please** 41:18,23 |
| **organized** 24:14 | 10:11 12:24 | **people** 13:10 | **pleasure** 41:11 |
| **outdoors** 17:19 | 13:9 30:3 | 20:9,14 22:4 | **plenty** 38:23 |
| 17:19 23:17 | **participation** | 30:1 38:12,16 | **plus** 35:10 |
| **outlook** 22:23 | 24:7 | 39:16 | **point** 7:22 8:24 |
| 23:1 | **particularly** | **percent** 5:16,25 | 24:13 25:16 |
| **outright** 13:10 | 9:17,23 10:2 | 8:15 10:6 21:9 | 28:8 |
| **outside** 20:13 | 12:24 16:23 | 21:11 37:11,13 | **points** 7:21 8:2 |
| **outsourced** | **parts** 11:1 19:22 | 40:17 41:13 | **positions** 17:11 |
| 37:11 | 20:5 35:3 | **percentage** | **positive** 23:2 |
| **outsourcing** 10:5 | **pass** 8:16 26:16 | 22:15 | **poskina** 39:13 |
| **overcapacity** | **passing** 8:15 | **perform** 16:17 | **possible** 20:17 |
| 17:9 | 9:13 | 30:5 | **possibly** 27:7 |
| **overlap** 6:1,3 | **passionate** 5:21 | **performance** | **post** 6:7 31:23 |
| **overlapped** 14:6 | **patience** 16:10 | 12:19 16:13,16 | **posted** 7:18 |
| 14:8 | **patton** 2:3,8 | 16:24 | 28:19 30:20 |
| **overwhelming** | 12:22 13:2,8,14 | **permission** 32:6 | 32:6 34:4 |
| 32:5 | 13:21 14:21,25 | **permutation** | **posts** 30:19 |
| **owner** 2:8 | 15:12,18 16:4 | 6:16 | 41:10 |
| **owners** 33:24 | 18:23 19:2,14 | **perspective** | **potatoes** 39:14 |
| 37:12 | 20:23 21:1,19 | 32:17 | 39:19 |
| | 23:25 24:9 28:4 | **photos** 41:1 | **potentially** 38:6 |
| **p** | 28:10,17 31:1,6 | **pickup** 17:5 | **power** 26:14 |
| | 31:16 32:1 33:1 | 25:13 | 27:4 |
| **p&d** 11:2,11 | 33:21,23 34:16 | **pictures** 19:19 | **pregnant** 3:18 |
| 12:3 | 34:21 35:12,17 | **piece** 29:10 | **premium** 16:19 |
| **packages** 17:15 | 35:22,25 36:9,17 | **pieces** 33:2 39:6 | 25:25 |
| 17:17,25 | 38:11 39:15 | **piloting** 40:23 | **present** 6:6 |
| **paid** 22:11 | 40:1 41:12 | **pittsburgh** 20:9 | **presentation** |
| **paris** 5:18,19 | **paul** 7:7 | **place** 3:14 5:5 | 6:15 |
| **part** 8:22 10:8 | **pay** 17:5 25:6,11 | 11:23 12:15,18 | **presentations** |
| 11:21 13:15 | 28:16 | 42:4 43:9 | 6:8 |
| 16:21 17:2,23 | **paying** 16:19 | **plan** 40:12 | **press** 5:9 17:13 |
| 20:16 23:9 | 25:7 | **plans** 32:22 | 42:2 |
| 24:11 25:17 | **pays** 22:7 30:2 | **platform** 40:6,11 | **pretty** 28:4 |
| 26:3 30:23 34:8 | | | |
| 36:22 37:19 | | | |

Case 3:22-cv-00656   Document 17-7   Filed 09/19/22   Page 53 of 59 PageID #: 289

**previous** 7:24
8:1 9:1
**price** 4:23 11:12
24:20 25:16,17
**prices** 9:20,22
10:3,15 26:15
**priority** 22:18
**private** 25:20
**pro** 18:5
**probably** 16:6
36:7,8
**process** 20:12,12
27:21
**processing** 27:19
**procurement**
24:14
**professional**
38:25
**professionals**
33:6
**profit** 38:18
**profitability**
39:3
**profitable** 5:3
**profits** 38:15
**program** 12:17
15:24 16:13,17
25:6,18 26:3,4
26:14 27:18,23
39:23 40:6,8,16
40:18,21
**program's** 40:2
**programs** 16:7
**projected** 21:9
22:25
**projections** 21:9
**promise** 28:3

**proper** 19:23
**prospective** 4:25
**protects** 37:16
**provide** 6:24
**provided** 7:18
**providers** 7:10
7:13,16 10:1,6
**providing** 6:2
**proximity** 11:25
**public** 4:22 11:9
17:3 43:5,17
**publicly** 8:11
13:11,17 21:21
28:20 36:25
40:12
**pull** 3:9 14:3
35:18,19
**pulled** 17:14
**purchase** 19:8
26:13,15
**purchasing** 24:5
24:8,18,22 25:20
26:14,18 27:4
**pure** 36:24
**purple** 6:11 7:5
9:9 28:3,3 34:9
34:13,23 37:6
**push** 21:15
**pushed** 20:1,4
**pushing** 9:12
**put** 17:16,17
18:2 24:14
25:11 32:3

**q**

**q&a** 2:24 3:9,11
10:23 11:7
14:22 21:3

28:19
**quality** 41:1
**question** 3:14,16
3:17,21 4:3,4,6
12:23 13:23
15:6,20,21 18:14
19:5 23:21
27:11,25 28:11
28:18 31:8,19
32:8 35:1,2,3
36:16 38:5 39:9
39:11,22 41:21
**questions** 3:1,3,7
3:10,13 18:10
23:20 31:11
36:6,10,13 41:7
41:22,24,25
**quick** 4:9 24:6
27:9
**quickly** 10:23
27:6
**quite** 21:3

**r**

**ramp** 40:10
**rapid** 10:15
**rate** 1:6 16:15
**rates** 7:23,25
8:10 9:1 24:18
**ray** 35:8
**raylee** 35:6
**rc** 35:6,10
**reach** 27:24
40:20 41:23
**read** 4:9 5:11
41:6
**reading** 18:12

**real** 29:12 30:19
**really** 5:6 7:1
9:15 11:17
12:15,17,18,18
12:20 13:3 15:7
15:16 17:7 18:5
20:25 23:2,23
24:17 25:25
31:11,11 33:17
33:19 36:20
37:4,17 38:16
41:9,9,19,19
**realm** 26:1
**recap** 1:5 24:6
**receive** 16:12
22:9 27:3 29:25
**received** 27:18
**receiving** 28:13
28:25
**recognized** 9:8
**recommend**
18:19
**recommendation**
4:1 14:12
**recommendati...**
21:13
**recommended**
4:11 39:13
**record** 4:10
36:25
**records** 12:17
**recruit** 10:10
**refund** 16:2
**regarding** 32:21
**regardless** 22:9
**regularly** 25:15
**related** 10:20
28:22 33:14

Page 11

Case 3:22-cv-00656 Document 17-7 Filed 09/19/22 Page 54 of 59 PageID #: 290

**relates** 39:4
**relation** 6:11
**release** 5:9 9:6
  30:17 42:2
**released** 7:8 8:13
  29:15 30:21
  42:2
**relevant** 9:18
**rely** 11:5
**remain** 7:23,25
  9:1
**remember** 16:17
**renegotiate**
  21:22
**renegotiation**
  21:14,16 22:1,2
**reply** 36:5
**report** 8:13,14
**requests** 22:1,2
**required** 16:11
**resonating** 32:23
**response** 5:9,13
**responses** 7:15
**responsibility**
  43:11
**responsible** 7:11
**rest** 27:8
**result** 16:19
  17:22
**retail** 24:18
**retaliation** 32:22
**retention** 26:6
**retro** 15:24
**reveal** 13:4
**revenue** 37:1
**rewatch** 31:25
**right** 5:5,5 9:21
  11:8 13:17,18

14:19,21 15:25
  17:8,14,19 18:7
  18:24 20:14
  23:15,19 28:5,9
  31:18 32:7,17,19
  34:14,18,25 36:8
  36:12 37:24
  38:17,18,21,25
  39:19
**rise** 17:1
**risk** 16:16 37:20
**risks** 30:4
**river** 32:10,13
  32:14
**road** 2:11
**rob** 20:19,22
**rock** 18:17
**rod** 23:22
**roll** 40:13
**rollout** 27:15
  39:24 40:4
**room** 17:15
**rooms** 5:18
**round** 36:10
**route** 2:8 3:3
  4:10,12 24:5,22
  25:19
**routes** 11:11,21
  11:22 12:4,13
  17:10
**row** 7:23,24 8:25
**rsvps** 5:21
**rubrics** 30:12
**rule** 3:11
**rumored** 28:24
**run** 12:16 36:7
**running** 39:18

**runs** 3:3 9:24
  10:11 19:8

**s**

**s** 12:23
**sadly** 32:11
**safety** 19:23
**saginaw** 12:3
**savannah** 14:13
  15:2,3
**save** 40:7
**savings** 26:8,13
  26:17,22 27:16
  33:25
**saw** 8:5
**saying** 7:10 8:14
  8:25 9:6 21:21
  30:21
**says** 6:16 7:13
  7:22 31:22
**sba** 11:15 12:5
**schedule** 28:12
  28:15,22,23 29:3
  29:6,10,14,16,18
  30:1,3,5,8,14,16
  30:20 39:4
**scheduling** 19:5
**scott** 27:11,14
**screen** 3:8 35:15
**sea** 39:1
**season** 38:7,13
  38:24 39:3
**second** 5:14 7:22
  7:24 8:25 9:3
  35:22 36:16
  38:4
**seconds** 29:8

**section** 3:9,11
**see** 7:1 8:23 9:11
  10:3 14:6,23
  15:13 20:1,4
  23:5,22 27:8
  30:13 31:18,20
  34:13 36:4
  37:17 39:15
  42:4
**seeing** 6:1,1 9:20
  16:25 36:1
**seen** 5:9 9:21
  10:7 21:10
**seller** 12:7 20:3
**senior** 20:6
**sensational** 5:16
**sense** 23:4,7
**sent** 36:1
**september** 43:12
**series** 32:10
**serious** 35:13
**seriously** 37:6
**serve** 33:6
**service** 7:9,13,16
  10:1
**services** 6:2
**session** 2:25
  31:23
**sessions** 31:24
  32:2
**set** 19:6 37:25
  38:2
**settlement** 7:19
**shame** 13:11,17
**share** 4:21 10:20
  13:6 33:16
**sharing** 34:7

www.veritext.com          Veritext Legal Solutions          800-556-8974

**shirt** 34:13
**short** 39:13
**shotting** 35:15
**show** 32:19,25
33:23
**showed** 41:1,2
**shows** 5:21
**shrinking** 23:1
**shut** 15:1
**side** 13:22 16:6,9
16:22 19:17,18
22:21 23:5
28:19 33:15
**sign** 23:2 29:16
**signature** 43:16
**signed** 30:16
**significant** 25:25
26:12
**significantly**
36:22
**signing** 28:15,15
**silicon** 26:5,5
**single** 32:4
**site** 11:9
**sites** 14:3
**size** 11:16
**skewed** 22:10
**skins** 39:14,18
**slide** 22:13
**slides** 27:8
**small** 33:23
37:12
**social** 34:10
**sold** 5:17,18
**solid** 12:18
**solidarity** 32:19
32:25

**solutions** 20:9
**soon** 39:5
**sooner** 40:22
**sort** 13:1 21:13
38:7
**sorts** 2:23 6:5
17:1
**sound** 13:18
15:13
**sounds** 15:9
**space** 36:14,15
**spade** 37:20,20
**span** 5:20
**spare** 11:13,13
12:4
**speak** 6:9 20:2
30:11 37:22
39:7,8
**speaking** 17:3
21:21 33:18
**speaks** 6:9
**specifically**
31:22
**specifics** 19:20
**spectacular** 28:5
**spence** 14:23
**spencer** 2:7
14:12,24 15:22
18:11 19:5
20:19 24:5
27:13 28:11
30:18 31:22
32:8,16,25 33:21
33:23 34:25
36:13 38:5
39:22 41:5
**spencers** 14:16
14:17

**spend** 24:12,16
**spending** 25:14
**spent** 26:7
**spinning** 35:20
35:21
**sponsored** 4:13
**sponsors** 5:23
32:2,3,3
**sports** 15:14
**spreadsheet** 14:4
**stable** 12:18
**stadium** 15:14
**staff** 33:10 41:24
**standup** 19:5,7,9
20:1,2,3 38:7
**start** 25:1 36:19
40:14
**started** 6:15 9:19
**starter** 11:18
**starting** 27:20
30:23
**state** 6:9 43:2,6
**stated** 43:9
**statement** 7:8
**states** 2:9,11
4:21 36:2
**station** 19:5
**steady** 20:20
**stem** 12:1
**stenographic**
43:8
**steps** 20:12
**steve** 39:21
**stock** 4:23
**stop** 21:8 22:7
29:11
**stories** 33:19,19
34:1

**story** 22:3 30:6
33:21
**straight** 29:3
38:25
**strong** 12:15,20
**stuff** 20:7
**subscription**
25:6
**subsidize** 37:7
**successful** 38:10
**successfully**
10:10
**suggest** 4:5 35:5
**suggested** 15:5
**suggestion** 35:9
35:11
**suggestions** 3:24
18:13 21:14
23:20 35:13,14
38:9
**super** 24:4 29:17
**supervision**
43:10
**supplement** 7:23
7:25 8:25
**supplements** 8:6
10:4,16,17
**support** 41:8
**supporting**
41:16
**supportive** 41:10
**supposed** 28:23
**surcharge** 8:6
**surcharges** 8:8
8:11,16,17 9:13
**sure** 3:1 6:12
20:21 26:9 34:8
40:20

| | | | |
|---|---|---|---|
| **surge** 9:21 28:16 30:24 | **telescope** 37:25 | **thinks** 20:20 23:22 27:11 | **tires** 25:7,9,10 25:11,15,16 41:1 |
| **survive** 37:13,14 | **tell** 11:4,4 13:5 24:4 30:6 37:23 37:23,24 | 28:2 31:20 | **today** 2:17 3:2 3:24 4:6,9,18,21 |
| **swan** 32:8 | | **third** 26:1 38:14 | 11:14 18:10 |
| **sweet** 13:22 18:16 41:9 | **ten** 11:10 25:9 27:2 33:7 | **thomas** 39:12 | 21:24 31:13 35:16 37:1 |
| **sword** 38:13 | **tennessee** 2:12 | **thoughts** 21:17 | **today's** 5:6 |
| **t** | **tent** 17:19 | **thousand** 11:11 14:2,7 25:9 | **told** 21:24 33:20 |
| **table** 20:16 24:3 | **tenured** 11:23 | 26:23,24,25 27:2 | **tone** 9:2 |
| **tailored** 2:25 | **terminal** 11:25 17:11,20 29:22 | **thousands** 21:20 | **tons** 33:17 |
| **take** 7:2 10:11 11:7 13:22 | **terminals** 17:9 23:16 40:17 | **three** 7:4 14:9 16:12,16 21:23 | **top** 37:1 |
| 17:16 19:17 | **territory** 29:19 29:24 | 26:24 33:3 | **total** 16:2 |
| 23:13 26:12 27:20 32:14 | | 34:22 35:7 | **totally** 29:7 |
| 38:17 39:24 40:2 42:5 | **territory's** 22:16 22:19 | 39:18 40:23 | **touch** 17:25 20:5 20:10 |
| **taken** 43:8 | **texted** 31:12 | **threshold** 29:11 30:23 | **touched** 18:1 |
| **takeover** 20:2,6 38:24 | **thank** 14:9 18:18 27:13 32:12 | **thresholds** 28:25 29:1,2,14 30:24 | **tough** 37:4,4,17 |
| **talk** 6:11 11:14 24:11 30:12 | 41:9,11,15 | **thrilled** 2:7 3:19 | **track** 20:17 |
| 33:2 | **thanks** 21:4 | **thrown** 18:16 | **tractor** 19:12,15 19:19,20,21 |
| **talking** 26:7 33:18 | **thing** 4:8 8:19 9:24 33:4 36:17 | **thumbs** 13:9,10 | **tractors** 19:9,24 |
| **tap** 27:16 | 38:11 39:2 | **time** 2:6,22,22 3:7,12 5:20 8:9 | **trade** 4:22 33:5,9 33:12,14 |
| **targeted** 38:16 | **things** 5:4 8:2 16:8 17:1,7 20:7 | 9:3 10:7 14:16 | **tradition** 3:12 |
| **targeting** 38:6 | 20:17 28:21 | 18:1 19:16 | **traditional** 16:5 |
| **taught** 10:13 | 30:15 32:22 37:19 41:17 | 23:13 24:13 26:7 29:4 30:19 | **trailers** 7:12 |
| **tax** 26:6 | **think** 12:23 13:11 15:16 | 31:2 33:4 34:24 36:15 37:21 | **training** 11:24 |
| **teach** 2:21,22 11:3 38:22 | 16:4,21 17:6 22:5,18 23:3,7 | 38:15 42:4 43:9 | **transcribed** 1:11 43:10 |
| **team** 27:24 41:15 | 24:16 35:5,18,25 36:2,8,25 37:16 | **timelines** 39:25 | **transcript** 43:8 |
| **team's** 32:4 | 38:8,11 39:2 40:1 | **timeliness** 10:20 | **transition** 11:24 |
| **technology** 19:23 | | **times** 37:17 41:19 | **transparent** 40:3 |
| | | **tire** 25:4,6,12,13 39:23 40:24 41:1 | **transpiring** 5:4 7:4 |
| | | | **transportation** 7:9,16 10:1 |

www.veritext.com          Veritext Legal Solutions          800-556-8974

**tread** 25:12
**tried** 35:19
**truck** 12:8,17
  18:2 25:23
  26:10,11,13
  27:13
**trucks** 2:10
  17:12,12,13
  24:20 26:13,15
**true** 43:7
**truth** 37:22
**try** 20:11 21:15
  24:24
**trying** 4:25 5:2
  6:16 17:4 19:6
  31:22 35:17
  36:3
**tsp** 1:5
**tsps** 7:16
**tune** 31:12
**turn** 18:14 34:11
**turned** 18:21
**tutorial** 29:5
**twitter** 34:4
**two** 5:22 8:7,9
  8:12 9:5 11:21
  13:23 19:11
  24:25 25:19
  26:23,24 28:19
  35:2 36:12 40:4
**type** 4:4
**typical** 12:13
  19:10

**u**

**u.s.** 8:16,20
  10:17

**um** 19:1
**unbelievable**
  41:13
**unchanged** 7:23
  7:25 9:1,7
**undersigned**
  43:11
**understand** 4:25
  20:12 29:7
**undoubtedly**
  6:18
**united** 2:9 4:20
  36:2
**unleaded** 9:25
  25:22,25
**unsure** 19:6
**upcoming** 7:20
**update** 10:24
**updated** 7:3
**updates** 5:3,7
**urgent** 10:3
**use** 25:12 26:14
  34:11
**user** 27:13
**usually** 22:10

**v**

**valid** 31:16,16
**value** 20:16
**variable** 21:7
  22:7,10,14,17
  23:5,6
**vegas** 5:17
**vehicle** 12:5
**vehicles** 17:17
  25:8
**verify** 19:23

**video** 34:5
**videos** 29:5
**viewers** 34:5
**viewing** 6:19
**views** 34:2,6
**vikram** 35:3,5,7
**violet** 28:2
**viral** 34:2
**volume** 21:17
  22:11,21 23:12
  23:15
**vote** 12:25

**w**

**wait** 21:16
**want** 3:10 10:22
  12:6 14:5 18:4,6
  22:14,15,20 23:5
  25:3 27:7,17,25
  31:12,25 32:3
  33:11 34:11
  38:16 40:16,18
  41:5 42:1
**wanted** 10:19
  19:10 21:2,12
  24:6,7 32:16
**wanting** 11:2
  32:18
**wants** 21:5,17
  27:12,14 40:16
**watch** 29:6
**watched** 24:10
**way** 3:7,21 5:11
  6:21 7:2,10
  10:25 25:15,17
  33:8 37:23
  38:17 40:20,25
  41:18

**ways** 33:3 40:10
**we've** 2:13 3:18
  5:8 9:21 11:10
  12:3 25:2 26:6
  27:18 34:9
**web** 14:3
**webinar** 2:4,6,14
  3:2,4,13 5:8
  6:19 9:19 10:21
  15:6 21:23 29:5
  31:2,4,13 39:6
  42:3
**webinars** 2:13
**wednesday** 2:4
**week** 2:5,18 3:16
  3:17 5:20 11:9
  12:12,21 23:21
  30:21 42:5
**weekend** 5:8,15
  7:3 10:21 32:9
**weekly** 29:2,11
  29:13
**weeks** 9:22
  27:21 38:15
**welcome** 2:3,6
  3:25
**went** 5:10 14:4
  34:2
**whatsoever** 4:14
**wheeler** 9:25
  19:18
**wheelers** 7:11
**wheels** 35:20
**wife** 13:24
**williams** 20:19
**willing** 11:23
  37:8

Case 3:22-cv-00656  Document 17-7  Filed 09/19/22  Page 58 of 59 PageID #: 294

| | |
|---|---|
| **win** 15:19 23:11 | **yep** 15:17 39:11 |
| **words** 32:3 | **z** |
| **work** 16:2 20:11 | **zoom** 3:8 |
| 21:1 29:19 | |
| 32:11 | |
| **workaholic** 28:8 | |
| **workers** 15:24 | |
| 16:5,8,22 17:21 | |
| **world** 41:14,18 | |
| **worry** 35:16 | |
| **wrap** 26:18 | |
| 39:10 | |
| **wrong** 39:20 | |
| **y** | |
| **yeah** 13:8,13 | |
| 14:18 18:23,25 | |
| 19:4,14 20:19,24 | |
| 21:19 23:25 | |
| 24:9 28:7 30:18 | |
| 32:7 34:13,18 | |
| 35:15,17,24 | |
| 36:17 40:1 | |
| 41:12 | |
| **year** 7:21,22,24 | |
| 8:25 21:6,11,11 | |
| 23:3 24:12 | |
| 26:20 30:22,24 | |
| 39:18 40:4 | |
| **year's** 18:18 | |
| 30:17 | |
| **years** 2:14 8:7,9 | |
| 8:12 9:5 10:12 | |
| 10:13,13,14 | |
| 16:12,17 23:1 | |
| 36:20,23 37:2 | |
| 38:2 | |

www.veritext.com    Veritext Legal Solutions    800-556-8974