# Route Consultant Founder Spencer Patton Calls for Network-Wide Financial Remedies for FedEx Ground Contracted Service Providers (CSPs)

NEWS PROVIDED BY
**Route Consultant** →
Jul 20, 2022, 13:00 ET

NASHVILLE, Tenn., July 20, 2022 /PRNewswire/ -- In a video appeal and supporting letter Spencer Patton, Founder + President of Route Consultant, urged FedEx Ground to provide substantial financial remedies to its base of 6,000+ Contracted Service Providers (CSPs) by November 25, 2022.

Continue Reading


The FedEx Ground pickup & delivery (P&D) and linehaul networks are serviced by contracted logistics companies, and FedEx Ground relies entirely on the service success of these companies for its day-to-day operations. Mr. Patton notes in his letter that the current CSP financial model is collapsing due to substantial increases in the cost of fuel, labor, and vehicles over the past 12 months:

**FedEx Ground's largest contractor: Financial model is collapsing from big increases in cost of fuel, labor, vehicles**


Tweet this

Route Consultant offers consulting services to new and experienced professionals in the logistics community. These services include acquisition strategy, business valuations, operations efficiency, post-close support, compliance review, and more. Finally, Route Consultant maintains an exclusive portfolio of routes and runs for sale across the United States.

**Links:**

Spencer Patton video, letter to FedEx Ground: https://www.routeconsultant.com/updates/route-consultant-founder-spencer-patton-calls-for-network-wide-financial-remedies

Video Conference - Wednesday 7/20, 3:30pm CT: https://www.routeconsultant.com/upcoming-events/weekly-webinar-072022

**Contact:**

To schedule an interview or if you have questions, please contact:

Chad Schmidt
chad@sheridanpr.com
(615) 504-6336

SOURCE Route Consultant